# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNA K. NUPSON, | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : NO. 2:18-cv-02505-NIQA |
| SCHNADER HARRISON SEGAL & LEWIS, LLP AND BRUCE A. ROSENFIELD, ESQ., | : |
| Defendants. | : |

## ENTRY OF APPEARANCE

**TO THE CLERK OF THE COURT:**

Kindly enter the appearance of Patrick M. Northen, Esquire, as counsel for Defendants Schnader Harrison Segal & Lewis, LLP and Bruce A. Rosenfield, Esq., in the above-referenced matter.

Respectfully submitted,

Dated: August 7, 2018

/s/ *Patrick M. Northen*
Patrick M. Northen, Esquire
PA Attorney Id. No. 76419
**DILWORTH PAXSON LLP**
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
Tel: 215-575-7000
Fax: 215-575-7200
pnorthen@dilworthlaw.com
*Counsel for Defendants Schnader Harrison Segal & Lewis, LLP and Bruce A. Rosenfield, Esq.*

# **CERTIFICATE OF SERVICE**

I hereby certify that, on the below date, I caused a true and correct copy of the foregoing Entry of Appearance to be filed via the ECF system and served on all counsel of record.

Dated: August 7, 2018                                   DILWORTH PAXSON LLP

/s/ *Patrick M. Northen*
Patrick M. Northen

**THE FOREGOING DOCUMENT WAS FILED ELECTRONICALLY AND IS AVAILABLE FOR VIEWING AND DOWNLOADING FROM THE CM/ECF SYSTEM**