UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNA K. NUPSON, | ) |
|     Plaintiff, | ) |
| v. | ) Case No. 2:18-cv-02505-NIQA |
| SCHNADER HARRISON SEGAL & LEWIS LLP, and BRUCE A. ROSENFIELD, ESQ., | ) |
|     Defendants. | ) |

## JOINT STATUS REPORT PURSUANT TO RULE 26(F)

Basis of Jurisdiction: Diversity

Jury Trial: ___X___ Non-Jury Trial: _____ Arbitration: _____

Plaintiff's counsel participating in the Rule 16 Conference: **Joel M. Young**
Defendant's counsel participating in the Rule 16 Conference: **Lawrence G. McMichael**
Do counsel have full authority to settle at Rule 16 Conference? **Yes.**
If not, client with such authority who will attend conference: _____

When did the parties hold the Rule 26 Conference? **Monday, August 13, 2018**
When did the parties comply with Rule 26(a)'s duty of self-executing disclosure? **N/A**

Plan for Discovery:

1. The parties agree that discovery shall not commence until after ruling on dispositive motion(s): **Yes** (yes/no)

2. The parties anticipate that discovery should be completed within **300 days after ruling on Motion to Dismiss; self executing discovery 30 days after ruling on Motion to Dismiss**.

3. What is the minimum amount of time necessary to complete discovery prior to an ADR session, should one be ordered or agreed to? **150 days**.

4. Have the parties discussed issues relating to claims of privilege or of protection as trial-preparation material, as required by Rule 26(f)(3)(D)? **Yes. The parties anticipate privilege issues arising from defendant's representation of multiple clients and plaintiff's assertion of the crime/fraud exception to the attorney client privilege.**

5. Identify any other discovery issues which should be addressed at the Rule 16 Conference, including limitations on discovery, protective Orders needed, or other elements which should be included in a particularized discovery plan: **There should be a confidentiality**

**order to protect personal information of the plaintiff and other Middleton family members.**

6. If you contend the discovery period should exceed 90 days, please state reason: **Extensive, complicated and lengthy factual history, going back more than 20 years.**

7. It is expected that the parties will reach an agreement on how to conduct electronic discovery. **Yes, the parties will try to reach agreement.** In the event the parties cannot reach such an agreement before the Rule 16 scheduling conference, the Court will enter an order incorporating default standards.

8. Does either side anticipate the use of experts?
   Plaintiff **Yes** (yes/no)          Defendants **Yes** (yes/no)
   If yes, what is the proposed deadline for expert discovery? **60 days from the close of discovery for plaintiff's expert reports; then 30 days for defendant's expert reports; then 60 days for expert depositions.**

9. Does either side expect to file a case-dispositive motion? **Yes** (yes/no)
   If yes, under what Rule? **Defendants under Rules 12 and 56; plaintiff under Rule 56.**
   If yes, specify the issue: **Statute of limitations; failure to state a claim; malpractice**
   Proposed deadline for filing dispositive motions: **60 days from the close of all discovery**

10. Approximate date case should be trial-ready: **June 2020**
    Time for Plaintiff's case: **7 days**  Time for Defendant's case: **7 days**

11. What is the outcome of your discussions with your clients about proceeding before a Magistrate Judge for final disposition? **Plaintiff requests a jury trial and the case should remain before an Article III judge.**

12. Local Rule 53.3 requires litigants in all civil actions to consider the use of an alternative dispute resolution process. Is mediation or a settlement conference likely to be helpful? **Yes** (yes/no)
    If so, when: Early **No** (yes/no) After Discovery **Yes** (yes/no)

| */s/  Joel M. Young* | */s/  Lawrence G. McMichael* |
|---|---|
| Joel M. Young, Esquire | Lawrence G. McMichael, Esquire |
| Joel M. Young Attorney at Law, LLC | Dilworth Paxson, LLP |
| *Counsel for Plaintiff* | *Counsel for Defendants* |