IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANNA K. NUPSON,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | No.: 18-cv-2505 |
| | : | |
| **SCHNADER HARRISON SEGAL &** | : | |
| **LEWIS LLP,** *et al.* | : | |
| **Defendants.** | : | |

# O R D E R

AND NOW, this __7TH__ day of April, 2021, upon consideration of Plaintiff's Motion to Compel Discovery Responses from Defendants (Pl.'s Mot. to Compel, ECF No. 102), Intervenors' and Defendants' responses thereto (Intervenors' Resp., ECF No 121-4; Defs.' Resp., ECF No. 123), Plaintiff's reply in support of her motion (Pl.'s Reply, ECF No. 132), Intervenors' and Defendants' sur-replies thereto (Intervenors' Sur-reply, ECF No. 139; Defs.' Sur-reply, ECF No. 140), and Plaintiff's supplemental reply in support of her motion. (Pl.'s Supp. Reply, ECF No. 153), and for the reasons set forth in the memorandum filed concurrently with this Order, **IT IS HEREBY ORDERED** that Plaintiff's motion is **GRANTED in part** and **DENIED in part** as follows:

1. Defendant shall produce Anna Nupson 2001 Trust administration documents from 2017 onward, to the extent they have not already done so.

2. Defendants shall revise their privilege log (ECF No. 102-23) with an additional field describing each document in sufficient detail to determine whether the claimed privileges, or an exception thereto, apply.

3. Defendants shall also revise their privilege log to withdraw all assertions of the work-product doctrine for documents created prior to June 5, 2014.

4. Defendants shall produce any documents created prior to that date that it withheld solely on the basis of the work-product doctrine.

5. The remainder of the motion is **DENIED**.

BY THE COURT:

/s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge