# EXHIBIT A

**Compiled Log of Documents Challenged by Ms. Nupson in Motion to Compel v. Blank Rome[1]**

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| BHICOZ 003748 | 2003/02/03 to 02/04 Email chain beginning between Michael Gunter, Esq. (counsel for Lucia Hughes) and Larry Laubach, Esq., et al. and ending with redacted email as described in next column. | Body of last email at the top of first page, re email exchange with Mr. Gunter, from Larry Laubach, Esq., to John S. Middleton and Scott Barbakoff, Esq., redacted as attorney-client privileged.  Messrs. Laubach and Barbakoff represented Bradford and John individually and in his capacities as officer of Bradford, trustee of the 1994 Anna Trusts, and trustee and beneficiary of the original 2001 GRAT | Bradford, John individually and John as Trustee of, *inter alia*, 1994 Anna Trusts for which Ms. Nupson was a beneficiary at the time of the notes' creation. | Yes - relates to 2002/2003 negotiations of Family Settlement Agreement re the 1994 Anna Trust | N/A | None |

[1]Column A provides either the starting Bates number for documents that were produced in redacted form, or the entry number for documents that were withheld in their entirety and listed on the privilege logs in the Orphans' Court Litigation.  Column B describes either (1) a document that was produced in redacted form or (2) a document that was withheld in its entirety.  Column C identifies the privilege invoked; for redacted documents, it also provides a more specific description of the information that was redacted.  Column D identifies the person(s) who hold any privilege or other protection and – where applicable – in what capacity.  Column E states whether the document or redacted portion thereof relates to the 1994 Anna Trust, the Modified 2001 GRAT or the 2001 Anna GRAT.  Column F provides any additional notes necessary to explain what has been redacted or withheld.  Column G identifies the Subpoena Request, if any, to which the redacted information or withheld document is responsive, subject to the assumption – which Blank Rome objects to – that Ms. Nupson is permitted to seek documents that do not appear on the Attachment to the Subpoena.

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| BHICOZ 005093 | 2003/03/20 – Memorandum from John S. Middleton to Elizabeth Arias, Esq., (counsel for Ms. Hughes) and Bruce Rosenfield, Esq., (counsel for Ms. Nupson and Mrs. Middleton) re March 31, 2003 Payments to Noteholders, with attached account statements for 1994 Anna Trust | First page of handwritten notes by John S. Middleton directed to Larry Laubach, Esq., re promissory notes redacted as attorney-client privileged. | Bradford; John as Bradford officer | No, relates to Bradford's calculation of its interest payments under promissory notes | N/A | None |
| BHICOZ 005822 | 1994/09/12 – Agreement of Trust for 1994 Anna Trust | Richard Silpe  (Cozen, counsel for Bradford and for John individually and as officer of Bradford, Trustee and sole beneficiary of the original 2001 GRAT, and Trustee of the 1994 Anna Trust) handwritten notes from 01/03 - 02/03 re issues for client redacted as attorney-client privileged | Bradford, John individually and John as Trustee of 1994 Anna Trust  for which Ms. Nupson was a beneficiary at the time of the document's creation. | Yes - relates to Family Settlement Agreement re 1994 Anna Trust | N/A | None |
| BHI003345 | 1999/01/01 - 1999/12/31 - John S. Middleton desk calendar for 1999 | Entries redacted on: 2/01, 6/24, 9/28, 10/11, 10/12, 10/18, 11/15, 11/6, and 11/22 – | Bradford and/or Double Play | No - does not refer to trust of any kind | Unredacted document was among documents inadvertently produced when Blank Rome responded to | 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | | questions/issues for discussion by John Middleton with Larry Laubach, Esq., as counsel for Bradford and Double Play re Phillies/Double Play partnership and other legal issues relating to Bradford planning redacted as attorney-client privilege | | | Defendants' subpoena, was subject to clawback request and Motion to Compel Compliance with Protective Order, which was granted by the Court. Plaintiff did not challenge invocation of privilege at that time and agreed to return/certify to destruction of this document. | |
| BHI003973 | 2000/01/01 - 2000/12/31 - John S. Middleton desk calendar for 2000 | Entries redacted on 1/14, 2/22, 5/2, 5/26, 7/26, 8/15, 10/5, 10/6, 10/9, 10/10, 10/11, 11/15 – comments/questions by John Middleton to Larry Laubach, Esq., as counsel for Bradford, about legal issues relating to Bradford planning redacted as attorney-client privilege | Bradford | No - does not refer to trust of any kind | Unredacted document was among documents inadvertently produced when Blank Rome responded to Defendants' subpoena, was subject to clawback request and Motion to Compel Compliance with Protective Order, which was granted by the Court. Plaintiff did not challenge invocation of privilege at that time and agreed to return/certify to destruction of this document. | 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| BHI004601 | 2001/01/01 - 2001/12/31 - John S. Middleton desk calendar for 2001 | Entries redacted on 1/16, 1/24, 1/26, 1/29, 4/4, 4/5, 4/17, 4/23, 4/25, 5/1, 5/29, 8/6, 10/4, 11/14, 11/27 – comments/ questions by John Middleton for Larry Laubach, Esq., Bruce Rosenfield, Esq., and/or John Stine (accountant retained to provide services to assist counsel in providing legal advice) re S-Corp conversion and related issues redacted as attorney-client privilege | Bradford | No - does not refer to trust of any kind | Unredacted document was among documents inadvertently produced when Blank Rome responded to Defendants' subpoena, was subject to clawback request and Motion to Compel Compliance with Protective Order, which was granted by the Court. Plaintiff did not challenge invocation of privilege at that time and agreed to return/certify to destruction of this document. | 8 |
| BHI011707 | 2003/03/03 - Exhibit G-11 – draft Stock Purchase Agreement | John S. Middleton handwritten notes for issues to discuss re draft document with Larry Laubach, Esq., as counsel for Bradford, John as Bradford officer, and John individually relating to repurchase of shares from 1994 GST trust for benefit of John C. Hughes - redacted as | Bradford, John as Bradford officer, and John individually | No - notes re Stock Purchase Agreement relates to GST Trust for John Hughes | N/A | None |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | | attorney-client privileged | | | | |
| BHI041291 | 2002/10/14 – Larry Laubach email to John S. Middleton, Scott Barbakoff with 10/13/2002 email from Michael Gunter (Gunter email is produced in entirety) | Redaction of top email from Larry Laubach to John Middleton and Scott Barbakoff (Cozen attorney) re Michael Gunter email redacted as attorney-client privileged | Bradford, John individually, John as Bradford officer, as Trustee and beneficiary of the original GRAT for which Ms. Nupson was not a beneficiary at the time of the document's creation | No - redacted information does not refer to 1994 Anna Trust and she was not a beneficiary of the original 2001 Trust at the time document was created | N/A | None |
| BHI042303 | 2002/10/14 – Larry Laubach email to John S. Middleton and Scott Barbakoff with 10/13/2002 email from Michael Gunter (Gunter email is produced in entirety) | Redaction of top email from Larry Laubach to John Middleton and Scott Barbakoff (Cozen attorney) re Michael Gunter email redacted as attorney-client privileged | Bradford, John individually, John as Bradford officer, as Trustee and beneficiary of the original GRAT for which Ms. Nupson was not a beneficiary at the time of the document's creation | No - redacted information does not refer to 1994 Anna Trust and she was not a beneficiary of the original 2001 Trust at the time document was created | N/A | None |
| BHI042423 | This document was produced in unredacted form as part of the meet and confer process in the Orphans' Court Litigation | | | | | |
| BHI046191 | 2002/03/12 Email chain from Womble Carlyle to Bruce Rosenfield | Top emails among Bruce Rosenfield, Larry Laubach and John S. Middleton redacted as attorney-client privileged and work product | Bradford, John as officer of Bradford | No | N/A | 8 |
| BHI049980 | 2000/11/13 – Howard Lawson report | First page redacted as W/P – Note taken by Rebecca Ward, Esq. (Blank Rome) during document collection in the current litigation | Bradford, John individually, and John in his capacity as Trustee for the 1994 Anna Trusts and the Modified 2001 GRAT | No - redacted note does not refer to administration of the Trusts, but instead is simply counsel's notation taken in process of collecting documents. | The underlying document—the Howard Lawson Report – has been produced in full, with the starting Bates-number BHI049980. The *only* redacted information is a handwritten | 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | | | | | note taken by Blank Rome attorney Rebecca Ward in course of document collection to respond to Ms. Nupson's discovery requests in the Orphan's Court Litigation. | |
| BHI050090 | Stock ledgers | First page redacted as W/P – Note taken by Rebecca D. Ward, Esq. (Blank Rome) during document collection in the current litigation | Bradford, John individually, and John in his capacity as Trustee for the 1994 Anna Trusts and the Modified 2001 GRAT | No - redacted note does not refer to administration of the Trusts, but instead is simply counsel's notation taken in process of collecting documents. | The underlying documents — the Stock Ledgers – have been produced in full, with the starting Bates-number BHI049980.  The *only* redacted information is a handwritten note taken by Blank Rome attorney Rebecca Ward in course of document collection to respond to Ms. Nupson's discovery requests in the Orphan's Court Litigation. | 8 |
| BHI057025 - BHI057030  [Only page BHI057030 is redacted] | BHI Standard Journal Entries posted 2004/4/30 for Fleet-Project Apple 1- Retainer Fee and Fleet-Valuation as of 2/1/01, and supporting documents. | 2002/04/03 Letter from Bruce Rosenfield as counsel for Bradford to John Middleton re Fleet Engagement letter, cc to Larry Laubach, as counsel for Bradford, redacted as attorney- | Bradford | No -- redacted information does not refer to any trust of any kind | N/A | 1, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | | client privileged | | | | |
| BHI067178 | 2001/03/08 – Ernst & Young Audit Report and Consolidated Financial Statements for years ended January 31, 2001 and 2000 | Robert Siwicki handwritten note re conversation with Annette Madison re tax issues redacted from first page as attorney-client privileged | Bradford, McIntosh Inns | No - redacted note does not refer to any trust for which Ms. Nupson has ever been a beneficiary | N/A | 1, 8 |
| BHI067211 | 2002/01/22 – Projected Net Dollar Revenue by Brand for John Middleton, Inc. | 2002/04/18 – body of Michael Burke of Fleet M&A Advisors email to Clint Price of JMI, Robert Siwicki, A. Traynham (Fleet) with handwritten note by Clint Price re JMI redacted as attorney-client privileged | Bradford; JMI (which is now owned by Philip Morris USA, Inc.) | No | N/A | 1, 8 |
| BHI067408 | 2001/09/14 Depreciation Expenses Estimate for 5 Fiscal years Beginning FY 2001 | Body of 2001/09/14 letter from Clint Price (JMI officer) to Robert Siwicki re information requested for valuation and body of 2001/09/14 letter from Wil Ridington (JMI officer) to Robert Siwicki re depreciation redacted as attorney-client privileged | Bradford, JMI (which is now owned by Philip Morris USA, Inc.) | No | N/A | 1, 8 |

7

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| BHI067421 | 2001 Marketing Brochure for John Middleton, Inc. | Body of 2001/08/08 Clint Price (JMI officer) Memorandum to Robert Siwicki re JMI and its products redacted as attorney-client privileged | Bradford, JMI (which is now owned by Philip Morris USA, Inc.) | No | N/A | 1, 8 |
| BHICOZ 011524  ONLY PAGE REDACTED: BHICOZ 011546 | 1995/09/22 - Communication from Herbert Middleton to Bruce Rosenfield, Esq. and John Stine regarding misc. matters for Mr. Middleton | Redacted BHIC0Z011546 as non-responsive and attorney/client. | Privilege as to BHICOZ011546 held by John Middleton in his capacity as the Executor of the Estate of Herbert H. Middleton, Jr. | No | N/A | None |
| BHISH 001077 | 2011/10/07 – 09:  Emails between Bruce Rosenfield, Leah Ricci and John S. Middleton | Redacted as non-responsive portions of emails relating to matters other than Anna Nupson or trust for which she is a beneficiary | N/A | No | N/A | 8 |
| BHICOZ 015553 | This document was produced in unredacted form as part of the meet and confer process in the Orphans' Court Litigation | | | | | |
| BHICOZ 015564 | This document was produced in unredacted form as part of the meet and confer process in the Orphans' Court Litigation | | | | | |
| BHICOZ 016752 | 5/19/2004 16:01 email from L. Laubach to Bruce Rosenfield and Amy | Attorney-client privilege; non-responsive | John and Leigh Middleton individually | No | This document contains redactions of information pertaining only to personal | None |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | Newman (both of Schnader) re various matters on behalf of Middleton family. Communication regarding personal legal issue relating to John and Leigh Middleton and their children redacted | | | | information and/or accounts of John S. Middleton, Leigh P. Middleton, their children (John P. Middleton and Frances B. Middleton) and/or Trusts for their benefit. | |
| BHICOZ 016971 | 6/5/2003 21:22 email from L. Laubach to J. Middleton re original settlement documents | Redacted body of email between L. Laubach and J. Middleton as attorney/client privileged | Bradford, John individually and as Trustee of the 1994 Anna Trust, the original 2001 GRAT, and the 1994 Grandchildren's Trust | Yes - addresses true up to be completed in connection with division of 1994 Anna Trust into fbo Hughes and fbo Middleton shares. | Interests of John as trustee differed from interests of beneficiaries in the Hughes Family. In addition, legal fees were not paid from trusts of which Ms. Nupson is a beneficiary | None |
| BHICOZ 017637 | 1/31/2003 15:12 email from John Stine to Laura MacDonough (both of E&Y), cc to L. Laubach re corporate promissory note and stock purchase agreement | Redacted body of email among J. Stine, L. MacDonough and L. Laubach as attorney/client privileged. Financial advisor required to assist counsel in providing legal advice to client | Bradford, John individually and as Trustee of the 1994 Anna Trust, the original 2001 GRAT, and the 1994 Grandchildren's Trust | Yes - redacted information refers to, inter alia, Stock Purchase Agreement for repurchase of stock from the 1994 Anna Trust and promissory note from Bradford | Interests of John as trustee differed from interests of beneficiaries. In addition, legal fees were not paid from trusts of which Ms. Nupson is a beneficiary | 8 |
| BHICOZ 018904 | 1/31/2003 23:03 email from L. Laubach to R. Silpe (Cozen) and John Stine | Redacted body of email from L. Laubach to J. Stine as attorney-client | John individually and as Trustee of the 1994 Grandchildren's Trust | No | N/A | 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | (E&Y) re advice to clients re negotiations with Hughes family re 1994 Grandchildren's Trust | privileged and work product. Financial advisor required to assist counsel in providing legal advice to client | | | | |
| BHICOZ 019023 | This document was produced in unredacted form as part of the meet and confer process in the Orphans' Court Litigation | | | | | |
| BHICOZ 019078 | 4/6/2004 21:47 email from L. Laubach to J. Middleton re Hughes family and settlement agreement | Redacted body of email between L. Laubach and J. Middleton re true up and other outstanding issues as attorney/client privileged | John individually and as Trustee of the Anna 1994 Trust | Yes - addresses true up to be completed in connection with division of 1994 Anna Trust into fbo Hughes and fbo Middleton shares | Interests of John as trustee differed from interests of beneficiaries.  In addition, legal fees were not paid from trusts of which Ms. Nupson is a beneficiary | 7 |
| BHICOZ 019166 | 2/6/2003 13:59 email from Bruce Rosenfield to L. Laubach re advice to J. Middleton about 1996 Trust established for benefit of John Powers Middleton, with attachment (listed below) | Redacted email between B. Rosenfield and L. Laubach re J. Middleton/L. Middleton trust for benefit of their children as non-responsive and attorney/client privileged | John and Leigh Middleton individually | No | This document contains redactions of information pertaining only to personal information and/or accounts of John S. Middleton, Leigh P. Middleton, their children (John P. Middleton and Frances B. Middleton) and/or Trusts for their benefit. | 8 |
| BHICOZ 019427 | 2/12/2003 13:55 email from L. Laubach to Scott Barbakoff (Cozen) re advice to client about stock power for Lucia Hughes as custodian for her son Alex | Redacted body of email from L. Laubach to S. Barbakoff as attorney-client privileged and work product | Bradford, John individually | No | N/A | None |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| BHICOZ 019743 | 5/19/2004 16:01 email from L. Laubach to Bruce Rosenfield re various matters on behalf of Middleton family.  Bodies of emails between L. Laubach and B. Rosenfield re personal legal issue relating to John and Leigh Middleton and their children redacted | Attorney-client privilege; non-responsive | John and Leigh Middleton individually | No -- redacted information does not refer to any trust for which Ms. Nupson has ever been a beneficiary  This document contains redactions of information pertaining only to personal information and/or accounts of John S. Middleton, Leigh P. Middleton, their children (John P. Middleton and Frances B. Middleton) and/or Trusts for their benefit. | N/A | 8 |
| BHICOZ 019954 | 2/15/2003 18:47 email from L. Laubach to John Middleton re Exhibits U, V, W to master Settlement Agreement and side Letter re indemnification for any tax consequences from modifying original 2001 GRAT | Redacted body of email between L. Laubach and J. Middleton as attorney/client privileged | Bradford, John individually, as Trustee of the original 2001 GRAT (of which Ms. Nupson was not a beneficiary), the 1994 Anna Trust and the 1994 Grandchildren's Trust (of which Ms. Nupson was not a beneficiary) | Yes - addresses, among other things, changes to 2003 Master Settlement Agreement, including stock purchase agreements | Interests of John as trustee differed from interests of beneficiaries.  In addition, legal fees were not paid from trusts of which Ms. Nupson is a beneficiary. | 8 |
| BHICOZ 020847 | This document was produced in unredacted form as part of the meet and confer process in the Orphans' Court Litigation ||||||
| BHICOZ 021206 | 4/6/2004 21:48 email from L. Laubach to John Stine (E&Y) re legal and tax | Redacted body of email from L. Laubach to J. Stine as attorney/client | Bradford, John individually and as Trustee of 1994 Anna Trusts | Yes - addresses, among other things, true-up calculations for 1994 Trust | Interests of John as trustee differed from interests of beneficiaries.  In addition, legal | 8 |

11

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | issues relating to settlement with Hughes family | privileged. Financial advisor required to assist counsel in providing legal advice to client | | | fees were not paid from trusts of which Ms. Nupson is a beneficiary. | |
| BHICOZ 021836 | 2/18/2003 21:13 email from James B. Jumper to L. Laubach (both of Cozen) re communications with or legal advice to clients re Exhibit 2 to master Settlement Agreement | Redacted body of emails among J. Jumper, L. Laubach, S. Barbakoff and J. Middleton re receipt and release agreement in 1994 Grandchildren's Trust as attorney/client privileged | John as Trustee of the 1994 Grandchildren's Trusts, of which Ms. Nupson is not a beneficiary | No | N/A | None |
| BHICOZ 022838 | 1/30/2003 18:58 email from Laubach, Larry P. to John Middleton and Scott Barbakoff (Cozen) re settlement discussions with Hughes family | Redacted body of email from L. Laubach to J. Middleton, S. Barbakoff as attorney/client privileged. | Bradford, John individually and as Trustee of the 1994 Anna Trust, the original 2001 GRAT, and the 1994 Grandchildren's Trust | Yes - addresses status of negotiations, including promissory notes to be issued in connection with redemption of shares by, among others, the Anna 1994 Trust | Interests of John as trustee differed from interests of beneficiaries. In addition, legal fees were not paid from trusts of which Ms. Nupson is a beneficiary. | None |
| BHICOZ 022988 | 4/6/2004 21:47 email from Laubach, Larry P. to John Middleton re settlement with Hughes family | Redacted bodies of emails between L. Laubach and J. Middleton as attorney/client privileged | Bradford, John individually and as Trustee of 1994 Anna Trusts | Yes - addresses, among other things, true-up calculations for 1994 Trust | Interests of John as trustee differed from interests of beneficiaries. In addition, legal fees were not paid from trusts of which Ms. Nupson is a beneficiary. | None |
| BHICOZ 023802 BHICOZ 023835 | These documents were produced in unredacted form as part of the meet and confer process in the Orphans' Court Litigation | | | | | |

12

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| BHICOZ 023848 | | | | | | |
| BHICOZ 023903 | 2/12/2003 13:47 email from Laubach, Larry P. to John Middleton re corporate dividend | Redacted bodies of emails between L. Laubach and J. Middleton as attorney/client privileged | Bradford, John individually and as Trustee of the 1994 Anna Trust, the original 2001 GRAT, and the 1994 Grandchildren's Trust | Yes - addresses, among other things, tax liability for shareholders and stock purchase closing date | Interests of John as trustee differed from interests of beneficiaries.  In addition, legal fees were not paid from trusts of which Ms. Nupson is a beneficiary | None |
| BHICOZ 023919 | 2/5/2003 19:24 email from Laubach, Larry P. to John Middleton re comments on draft settlement agreement | Redacted bodies of emails between L. Laubach and J. Middleton as attorney/client privileged | Bradford, John individually and as Trustee of the 1994 Anna Trust, the original 2001 GRAT, and the 1994 Grandchildren's Trust | Yes - addresses status of negotiations, including proposed changes by Lucia Hughes | Interests of John as trustee differed from interests of beneficiaries.  In addition, legal fees were not paid from trusts of which Ms. Nupson is a beneficiary. | None |
| BHICOZ 027788 | 1/31/2003 23:03 email from Larry P. Laubach to John Stine (E&Y) and Richard Silpe (Cozen) re communications with and/or advice to clients re discussions with Hughes family | Redacted body of email from L. Laubach to J. Stine as attorney/client privileged. Financial advisor required to assist counsel in providing legal advice to client | Bradford, John individually and as Trustee of the 1994 Anna Trust, the original 2001 GRAT, and the 1994 Grandchildren's Trust | Yes - addresses status of negotiations, including proposed changes by Lucia Hughes | Interests of John as trustee differed from interests of beneficiaries.  In addition, legal fees were not paid from trusts of which Ms. Nupson is a beneficiary. | 8 |
| BHICOZ 028612 | 2/4/2003 15:52 email from Larry P. Laubach to John Middleton and Scott Barbakoff (Cozen) re revised settlement agreement | Redacted body of email between L. Laubach and J. Middleton as attorney/client privileged | Bradford, John individually and as Trustee of the 1994 Anna Trust, the original 2001 GRAT, and the 1994 Grandchildren's Trust | Yes - addresses status of negotiations, including proposed changes by Lucia Hughes | Interests of John as trustee differed from interests of beneficiaries.  In addition, legal fees were not paid from trusts of which Ms. Nupson is a beneficiary. | None |

13

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| BHICOZ 029475 | 2/6/2003 18:02 email from Scott D. Barbakoff to L. Laubach re communications with and/or advice to clients re closing of books on notes and stock purchase agreements | Redacted body of S. Barbakoff email to L. Laubach as attorney/client privileged | Bradford, John individually and as Trustee of the 1994 Anna Trust, the original 2001 GRAT, and the 1994 Grandchildren's Trust | Yes - redacted notes refer to, inter alia, Stock Purchase Agreement for repurchase of stock from the 1994 Anna Trust and promissory note from Bradford | Interests of John as trustee differed from interests of beneficiaries.  In addition, legal fees were not paid from trusts of which Ms. Nupson is a beneficiary | None |
| BHICOZ 030150 | 1/31/2003 15:12 email from John Stine to Laura MacDonough (both of E&Y) re corporate promissory note and stock purchase agreement | Redacted body of J. Stine email to L. Laubach, L. MacDonough as attorney/client privileged. Financial advisor required to assist counsel in providing legal advice to client | Bradford, John individually and as Trustee of the 1994 Anna Trust, the original 2001 GRAT, and the 1994 Grandchildren's Trust | Yes - redacted information refers to, inter alia, Stock Purchase Agreement for repurchase of stock from the 1994 Anna Trust and promissory note from Bradford | Interests of John as trustee differed from interests of beneficiaries.  In addition, legal fees were not paid from trusts of which Ms. Nupson is a beneficiary | 8 |
| BHICOZ 030518 | 1/30/2003 18:58 email from Larry P. Laubach to John Middleton and Scott Barbakoff (Cozen) re settlement discussions with Hughes family | Redacted body of email among L. Laubach, S. Barbakoff and J. Middleton as attorney/client privileged | Bradford, John individually and as Trustee of the 1994 Anna Trust, the original 2001 GRAT, and the 1994 Grandchildren's Trust | Yes - addresses status of negotiations, including promissory notes to be issued in connection with redemption of shares by, among others, the Anna 1994 Trust | Interests of John as trustee differed from interests of beneficiaries.  In addition, legal fees were not paid from trusts of which Ms. Nupson is a beneficiary. | None |
| BHICOZ 030561 | 3/6/2003 23:35 email from Larry P. Laubach to John Stine (E&Y), John Middleton, Scott Barbakoff (Cozen) re timeline for closing on settlement documents | Redacted body of email among L. Laubach, S. Barbakoff, J. Stine and J. Middleton as attorney/client privileged. Financial advisor required to assist counsel | Bradford, John individually and as Trustee of the 1994 Anna Trust, the Modified 2001 GRAT, and the 1994 Grandchildren's Trust | Yes - addresses, among other things, tax liability for shareholders and stock purchase closing date | Interests of John as trustee differed from interests of beneficiaries.  In addition, legal fees were not paid from trusts of which Ms. Nupson is a beneficiary. | 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | | in providing legal advice to client | | | | |
| BHICOZ 031370 | 2/5/2003 19:24 email from Larry P. Laubach to John Middleton re comments on settlement agreement | Redacted body of email between L. Laubach and J. Middleton as attorney/client privileged | Bradford, John individually and as Trustee of the 1994 Anna Trust, the original 2001 GRAT, and the 1994 Grandchildren's Trust | Yes - addresses status of negotiations, including proposed changes by Lucia Hughes | Interests of John as trustee differed from interests of beneficiaries.  In addition, legal fees were not paid from trusts of which Ms. Nupson is a beneficiary. | None |
| BHISH 003751 | 2011/03/08 Emails between Bruce Rosenfield and John S. Middleton relating to personal estate planning for John S. Middleton, i.e., matters other than Anna Nupson or trust for which she is a beneficiary, redacted | non-responsive; attorney/client privileged | John S. Middleton | No | N/A

This document contains redactions of information pertaining only to personal information and/or accounts of John S. Middleton, Leigh P. Middleton, their children (John P. Middleton and Frances B. Middleton) and/or Trusts for their benefit. | 8 |
| BHISH 003823 | 2012/08/31 Emails between John S. Middleton and Bruce Rosenfield. Information regarding health of Bruce Rosenfield's wife redacted. | Confidential | N/A | No | N/A | 8 |
| BHISH 003831 | 2013/12/23 Emails between Bruce Rosenfield and John S. Middleton regarding | Confidential | N/A | No | "Personal/Non-Responsive Documents" – only redactions are of Account Numbers and | 8 |

15

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | Marital Trust of Herbert H. Middleton.  ABA number and account number of Schnader Harrison redacted. | | | | ABA routing numbers. | |
| BHISH 003950 | 2011/01/12 Emails among Roberta McAndrew (Schnader), Bruce Rosenfield and John S. Middleton.  Communication regarding health issue of Leigh P. Middleton redacted. | Non-responsive; Confidential | John S. Middleton; Leigh P. Middleton | No | N/A | 8 |
| BHISH 003963 | 2011/01/12 Emails between Bruce Rosenfield and John Middleton. Communication regarding health issue of Leigh P. Middleton redacted. | Non-responsive; Confidential | John S. Middleton; Leigh P. Middleton | No | N/A | 8 |
| BHISH 03999 | 2012/08/27 Emails between Bruce Rosenfield and John Middleton. Information regarding health of Bruce Rosenfield's wife redacted. | Confidential | N/A | No | N/A | 8 |
| BHISH 003521 | 2012/06/01 Emails among Larry Laubach, Bruce Rosenfield, John Middleton and John Stine regarding estate planning for John S. | Non-responsive; attorney-client privilege | John S. Middleton; Leigh P. Middleton | No | This document contains redactions of information pertaining only to personal estate planning for John S. Middleton, Leigh P. Middleton, | 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | Middleton and Leigh P. Middleton redacted. | | | | their children (John P. Middleton and Frances B. Middleton) and/or Trusts for their benefit | |
| BHISH 003538 | 2011/04/27 Emails between John S. Middleton and Bruce Rosenfield regarding forwarded email from Tom Riley regarding estate planning and life insurance for John S. Middleton and his family redacted. | Redacted as non-responsive and attorney/client privileged portions of emails relating to personal estate planning for John S. Middleton, i.e., matters other than Anna Nupson or trust for which she is a beneficiary | John S. Middleton | No | This document contains redactions of information pertaining only to John S. Middleton's personal estate planning. | 8 |
| BHISH 003540 | 2008/12/18 Emails between John Middleton and Bruce Rosenfield relating to personal legal matters for J. Middleton, i.e., matters other than Anna Nupson or trust for which she is a beneficiary, redacted. | Non-responsive; attorney-client privilege | John Middleton | No | N/A | 8 |
| BHISH 003554 | 2011/11/03 Emails between Bruce Rosenfield and John Middleton relating to personal financial accounts of John S. Middleton and his family, i.e., matters other | Non-responsive; attorney-client privilege | John S. Middleton; Leigh P. Middleton | No | This document contains redactions of information pertaining only to personal information and/or accounts of John S. Middleton, Leigh P. Middleton, their children (John | 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | than Anna Nupson or trust for which she is a beneficiary, redacted | | | | P. Middleton and Frances B. Middleton) and/or Trusts for their benefit. | |
| BHISH 003571 | 2009/09/14 – Emails between Bruce Rosenfield, John S. Middleton and Anna Nupson.  Communication regarding health of Bruce Rosenfield's wife redacted | Confidential | N/A | No | N/A | 8 |
| BHISH 003628 | 2012/08/31 Emails among Larry Laubach, Bruce Rosenfield and John S. Middleton.  Information regarding health of Bruce Rosenfield's wife redacted. | Confidential | N/A | No | N/A | 8 |
| BHISH 003714 | 2012/08/31 Emails among Larry Laubach, Bruce Rosenfield and John Middleton. Information regarding health of Bruce Rosenfield's wife redacted. | Confidential | N/A | No | N/A | 8 |
| BHICOZ 038996 | 2010/5/12 Email from L. Laubach to John S. Middleton regarding negotiations with Ms. Hughes's attorney, Jill Raspet, about negotiations regarding 1994 Anna Trust | Redacted body of email from L. Laubach to J. Middleton as AC | John individually and as Trustee of 1994 Anna Trusts | Yes - addresses, among other things, true up to be completed in connection with division of 1994 Anna Trust into fbo Hughes and fbo Middleton shares | Interests of John as trustee differed from interests of beneficiaries.  It is unclear whether legal fees were paid from trusts of which Ms. Nupson is a beneficiary. | 7 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| BHICOZ 031533 | 2010/09/27 Email from L. Laubach to John Middleton regarding negotiations with Bruce Rosenfield and Ms. Nupson regarding 1994 Anna Trust | Redacted body of email from L. Laubach to J. Middleton as AC | John individually and as Trustee of 1994 Anna Trusts | Yes - addresses distributions from Anna 1994 Trust in context of negotiations with Lucia Hughes regarding true-up calculations, possible unitrust conversion and accountings | Interests of John as trustee differed from interests of beneficiaries. It is unclear whether legal fees were paid from trusts of which Ms. Nupson is a beneficiary. | 7 |
| BHICOZ 039219 | 12/21/2010 Email from L. Laubach to John Middleton regarding Ms. Nupson's demand that 1994 Anna Trust pay for expenses | Redacted body of email from L. Laubach to J. Middleton as AC | John individually and as Trustee of 1994 Anna Trusts | Yes - addresses issues raised in accounting for 1994 Anna Trusts | Interests of John as trustee differed from interests of beneficiaries. It is unclear whether legal fees were paid from trusts of which Ms. Nupson is a beneficiary. | 7 |
| BHICOZ 031757 | 2012/11/21 L. Laubach email to John Middleton re trust payout rates and personal information of L. Laubach | Redacted body of emails between J. Middleton and L. Laubach as AC | John Middleton individually and as Trustee of the 1994 Anna Trusts | Yes - addresses payout rates for distributions from 1994 Anna Trusts | Interests of John as trustee differed from interests of beneficiaries. It is unclear whether legal fees were paid from trusts of which Ms. Nupson is a beneficiary. | 7 as to part of redacted information  None as to balance of redacted information |
| BHICOZ 031861 | This document was produced in unredacted form as part of the meet and confer process in the Orphans' Court Litigation | | | | | |
| BHICOZ 037343 | This document was produced in unredacted form as part of the meet and confer process in the Orphans' Court Litigation | | | | | |
| BHICOZ 037436 | 2014/06/04 Bruce Rosenfield email to John Middleton and Larry Laubach re Ms. Nupson's | Redacted body of top email from Bruce Rosenfield to John Middleton and Larry | John Middleton individually, as Trustee of the May 1982 Trust and as Trustee of the 1994 Anna Trusts | Yes | Yes - litigation threatened by beneficiary. It is unclear whether legal fees were paid from trusts of which Ms. | 6, 7 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | demand for distribution from May 1982 trust due to invalidity of assignment | Laubach as AC and WP | | | Nupson is a beneficiary. | |
| BHICOZ 032296 | 2014/06/10 Larry Laubach email to John Middleton and Bruce Rosenfield regarding Ms. Nupson's demands relating to May 1982 and 1994 Anna Trusts | Redacted body of top email from Larry Laubach to Bruce Rosenfield and John Middleton as AC and WP | John Middleton individually, as trustee of the May 1982 Trust and the 1994 Anna Trusts | Yes | Yes - litigation threatened by beneficiary.  It is unclear whether legal fees were paid from trusts of which Ms. Nupson is a beneficiary. | 6, 7 |
| BHICOZ 032301 | 2014/07/04 Bruce Rosenfield letter to Larry Laubach and John Middleton re demand letter from Hughes family in response to correspondence from Thomas Mucci as counsel for Ms. Nupson | Redacted body of top email from Bruce Rosenfield to John Middleton and Larry Laubach as AC and WP | John Middleton individually, as trustee of the May 1982 Trust and the 1994 Anna Trusts | Yes | Yes - litigation threatened by beneficiary.  It is unclear whether legal fees were paid from trusts of which Ms. Nupson is a beneficiary. | 6, 7, 8 |
| BHICOZ 032397 | 2015/01/21 Margaret Thompson email to John Middleton, James Mannion and Larry Laubach regarding 1994 Anna Trust distributions | Redacted body of top emails among Margaret Thompson, Larry Laubach (both of Cozen), James Mannion and John Middleton as AC and WP | John Middleton individually and as trustee of the 1994 Anna Trusts | Yes | Yes - litigation threatened by beneficiary.  It is unclear whether legal fees were paid from trusts of which Ms. Nupson is a beneficiary. | 7 |
| BHICOZ 032399 | 2015/01/21 John Middleton email to James Mannion, Margaret Thompson and Larry Laubach regarding 1994 Anna Trust | Redacted body of top emails among Margaret Thompson, Larry Laubach (both of Cozen), James Mannion and John | John Middleton individually and as trustee of the 1994 Anna Trusts | Yes | Yes - litigation threatened by beneficiary.  It is unclear whether legal fees were paid from trusts of which Ms. Nupson is a beneficiary. | 7 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | | Middleton as AC and WP | | | | |
| BHICOZ 032441 | 2010/08/16 Larry Laubach email to John Middleton regarding discussion with Ms. Hughes's attorney Jill Raspet | Redacted body of email between Larry Laubach and John Middleton as AC | John individually and as Trustee of 1994 Anna Trusts | Yes - addresses, among other things, distributions from 1994 Anna Trust in context of negotiations | Interests of John as trustee differed from interests of beneficiaries.  It is unclear whether legal fees were paid from trusts of which Ms. Nupson is a beneficiary. | None |
| BHICOZ 032446 | This document was produced in unredacted form as part of the meet and confer process in the Orphans' Court Litigation | | | | | |
| BHICOZ 039420 | 2010/09/27 Larry Laubach email to John Middleton regarding Ms. Nupson's request for distributions in Anna 1994 Trust in context of negotiations with Ms. Hughes | Redacted body of email between L. Laubach and J. Middleton as attorney/client privileged | John, individually and as Trustee of the 1994 Anna Trusts | Yes - addresses, among other things, distributions from 1994 Anna Trust in context of negotiations | Interests of John as trustee differed from interests of beneficiaries.  It is unclear whether legal fees were paid from trusts of which Ms. Nupson is a beneficiary. | None |
| BHICOZ 039423 | 2011/09/24 John Middleton email to Larry Laubach regarding distributions from 1994 Anna Trusts, negotiations with Lucia Hughes and Ms. Nupson's potential challenge to 1994 Anna Trust | Redacted body of email between Larry Laubach and John Middleton as AC | John Middleton individually and as trustee of the 1994 Anna Trusts | Yes | Interests of John as trustee differed from interests of beneficiaries.  It is unclear whether legal fees were paid from trusts of which Ms. Nupson is a beneficiary. | None |
| BHICOZ 039434 | This document was produced in unredacted form as part of the meet and confer process in the Orphans' Court Litigation | | | | | |
| BHICOZ 033062 | This document was produced in unredacted form as part of the meet and confer process in the Orphans' Court Litigation | | | | | |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| BHICOZ 040154 | 2014/01/06 Email chain between Margaret Thompson, Bruce Rosenfield and Larry Laubach re Ms. Nupson's demands in various family trusts and estates | Redacted body of referenced emails as AC | John Middleton individually, as Trustee of the 1972 Trust, as Trustee of the May 1982 Trust, as Trustee of the 1994 Anna Trusts, as former Trustee of the Modified 2001 GRAT, as Executor of the Estate of Frances S. Middleton, and as Executor of the Estate of Herbert Middleton | Yes | Yes - litigation threatened by beneficiary. It is unclear whether legal fees were paid from trusts of which Ms. Nupson is a beneficiary. | 2, 3, 6, 7, 8 |
| BHICOZ 038436 | 2014/10/14 Larry Laubach email to Margaret Thompson and Bruce Rosenfield re Ms. Nupson's demands in various family trusts and estates | Redacted body of referenced email as AC and WP | John Middleton individually, as trustee of the 1972 Trust, as Trustee of the May 1982 Trust, as Trustee of the 1990 Trust, and as Trustee of the 1994 Anna Trusts | Yes | Yes - litigation threatened by beneficiary.  It is unclear whether legal fees were paid from trusts of which Ms. Nupson is a beneficiary. | 6, 7, 8 |
| BHICOZ 038442 | 2014/10/15 Wilbur Kipnes email to Larry Laubach and Bruce Rosenfield re Ms. Nupson's demands in various family trusts and estates | Redacted body of referenced email as AC and WP | John Middleton individually, as trustee of the 1972 Trust, as Trustee of the May 1982 Trust, as Trustee of the 1990 Trust, and as Trustee of the 1994 Anna Trusts | Yes | Yes - litigation threatened by beneficiary.  It is unclear whether legal fees were paid from trusts of which Ms. Nupson is a beneficiary. | 6, 7, 8 |
| BHISH 029638 | 2013/08/05 Emails among Rosemary Maher and Bruce Rosenfield (both of Schnader), John Middleton, and Michael Kelly | Nonresponsive; Confidential | Bradford | No | N/A | 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | (accountant at Dock Street Capital) regarding trusts for individuals other than Ms. Nupson redacted.  Page SH029642 is the only page with a redaction, and the redaction relates to Trusts for individuals other than the Middleton family. | | | | | |
| BHISH 040533 | 2012/06/01 Emails among Bruce Rosenfeld, Jennifer Stoudt, Nadine Doolittle, Roberta McAndrew (all of Schnader), John S. Middleton, Larry P. Laubach (of Cozen) and John Stine (of Grant Thornton) regarding estate planning for John S. Middleton and his family redacted. | Non-responsive; Confidential; Attorney-client privileged; Work product doctrine | John S. Middleton; Leigh P. Middleton | No | This document contains redactions of information pertaining only to personal information and/or accounts of John S. Middleton, Leigh P. Middleton, their children (John P. Middleton and Frances B. Middleton) and/or Trusts for their benefit. | 8 |
| BHISH 042019 | 2006/12/04 Emails among Nancy Pole, Bruce Rosenfeld, Amy Newman, Nadine Doolittle regarding 2001 JSM Family Trust and Trust for Hughes Family under 2001 GRAT redacted | Redacted portions of email relating to J. Middleton and Hughes Family Trusts for which Anna Nupson is not a beneficiary as non-responsive and A/C | John Middleton individually and as trustee of a trust of which Ms. Nupson is not a beneficiary | No | This document contains redactions of information pertaining only to the trusts created under the 2001 GRAT for the benefit of the Hughes Family and John S. Middleton's Family, and not | 8 |

23

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | | | | | Ms. Nupson | |
| BHICOZ 041105 | 2002/03/12 Bruce Rosenfield Email to Larry Laubach re demand for information from Lucia Hughes | Redacted body of email as A/C | Bradford | No | N/A | None |
| 10 | 2002/04/05 – Letter from Larry Laubach, Esq., to Bruce Rosenfield, Esq., both as counsel to Bradford Holdings, Inc. ("Bradford"), enclosing 2002/03/12 analysis of Bradford prepared by John Stine/Ernst & Young at request of counsel to assist counsel in providing legal advice to Bradford regarding conversion from C-Corp to S-Corp status | A/C | Bradford | No | N/A | 8 |
| 11 | 2002/05/13 – Memorandum from Larry Laubach, Esq., to John S. Middleton regarding election of directors | A/C | Bradford | No | N/A | 8 |
| 14 | 2001/02/21 – John S. | A/C | Bradford | No | N/A | None |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | Middleton email to Larry Laubach, Esq. re Thorkelson and Smith | | | | | |
| 17 | 2000/09/28 - Bruce Rosenfield, Esq., memorandum, with attached agenda, to Roy Ross, Esq., (both as counsel to John Middleton individually and Frances S. Middleton) and Larry Laubach, Esq. re discussions with John S. Middleton and Frances Middleton re her estate planning. | A/C – FSM Executors | John individually; John as Executor and Ms. Hughes as Executrix of the Estate of Frances S. Middleton | No – does not refer to any trust for which Ms. Nupson is a beneficiary; relates to Frances Middleton's estate planning. | N/A | 3, 8 |
| 18 | 2000/08/02 - John S. Middleton email to Larry Laubach, Esq. and Bruce Rosenfield, Esq. (both as counsel for Bradford) soliciting comments on attached draft letter to Robert Siwicki regarding issues for which Mr. Siwicki was retained at request of counsel to assist counsel in giving legal advice to Bradford regarding | A/C | Bradford and Double Play, Inc. | No | N/A | 1, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | conversion from C-Corp to S-Corp status | | | | | |
| 19 | 2000/08/02 - John S. Middleton letter to Bruce Rosenfield, Esq., as counsel for Bradford and Double Play, re issues for which Mr. Siwicki was retained at request of counsel to assist counsel in giving legal advice to Bradford regarding conversion from C-Corp to S-Corp status | A/C | Bradford and Double Play, Inc. | No | N/A | 1, 8 |
| 20 | 2000/06/14 - John S. Middleton email to Bruce Rosenfield, Esq., cc to Larry Laubach, Esq., both as counsel for Bradford and Double Play, re Howard Lawson | A/C | Bradford and Double Play, Inc. | No | N/A | 1, 8 |
| 27 | 1998/07/30 - Ivy Shapiro (paralegal with Schnader, counsel for Bradford) letter to Richard Shaffert (Bradford) re G.W. Hunter Articles of Dissolution | A/C | Bradford | No | N/A | None |
| 28 | 1997/08/19 - Margaret Thompson, Esq., as counsel | A/C | Bradford | No – relates to advice to parent corporation about propriety of | N/A | None |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | for Bradford, letter to Richard Shaffert re tax issues for Bradford relating to Assignments of Split-Dollar Agreements from parent corporation to subsidiary. | | | assignment to subsidiary corporation | | |
| 33 | 2002/04/01 – Letter agreement between Bruce Rosenfield/Schnader Harrison Segal & Lewis LLP ("Schnader") as counsel for Bradford and Fleet Advisors regarding engagement to provide services to assist counsel in advising client. | A/C | Bradford | No | N/A | 1, 8 |
| 34 | 2002/04/03 - Bruce Rosenfield, Esq., as counsel for Bradford, letter to John S. Middleton, cc to Larry Laubach, Esq., as counsel for Bradford, re Fleet engagement letter. | A/C | Bradford | No | N/A | 1, 8 |
| 35 | 2002/01/25 - draft of Fleet Advisors engagement letter, with Larry Laubach, Esq., as counsel for Bradford, | A/C | Bradford | No | N/A | 1 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | handwritten notes re advice to client re same. | | | | | |
| 36 | 2002/11/22 - Fleet Advisors Built in Gains Valuation as of 2/1/2001, prepared pursuant to engagement by Schnader/Bruce Rosenfield as counsel for Bradford to assist in providing legal advice to client regarding conversion to S-Corp. | A/C | Bradford | No | N/A | 1, 8 |
| 37 | 2002/07/30 – Letter from Robert Siwicki to Bruce A. Rosenfield, Esq., as counsel for Bradford, regarding draft valuation requested by counsel to assist counsel in providing legal advice to client regarding conversion to S-Corp. | A/C | Bradford | No | N/A | 1, 8 |
| 38 | 2002/04/01 – Letter agreement between Bruce Rosenfield/Schnader Harrison Segal & Lewis LLP ("Schnader"), as counsel for Bradford, and Fleet Advisors regarding engagement to provide | A/C | Bradford | No | N/A | 1, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | services to assist counsel in advising client. | | | | | |
| 39 | 2001/08/31 - Letter agreement with Fleet Advisors regarding access to confidential Bradford information in connection with engagement to provide services to assist Bruce Rosenfield/Schnader as counsel for Bradford in advising client | A/C | Bradford | No | N/A | 1, 8 |
| 40 | 2001/08/31 - Letter agreement with Fleet Advisors regarding access to confidential Bradford information in connection with engagement to provide services to assist Bruce Rosenfield/Schnader as counsel for Bradford in advising client | A/C | Bradford | No | N/A | 1, 8 |
| 41 | 2002/01/30 – black-lined draft of letter agreement by Bruce Rosenfield/Schnader, as counsel for Bradford, with Fleet Advisors regarding engagement to | A/C | Bradford | No | N/A | 1, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | provide services to assist counsel in advising client | | | | | |
| 42 | 2002/01/30 – Email from Fleet Advisors to Larry Laubach, Esq., as counsel for Bradford, with clean and black-lined versions of letter regarding engagement to provide services to assist counsel in advising client | A/C | Bradford | No | N/A | 1 |
| 43 | 2001/05/25 - Larry Laubach, Esq., as counsel for Bradford, letter to Robert Siwicki with marked-up letter regarding Howard Lawson engagement to provide services to assist counsel in advising client. | A/C | Bradford | No | N/A | 1 |
| 44 | 2002/03/14 – Emails between Robert Siwicki and Larry Laubach, Esq., as counsel for Bradford, emails re Fleet Advisors' access to proprietary information of Bradford | A/C | Bradford | No | N/A | 1 |
| 45 | 2002/03/14 - Emails between Robert Siwicki and Larry Laubach, Esq., as | A/C | Bradford | No | N/A | 1 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | counsel for Bradford, emails re Fleet Advisors' access to proprietary information of Bradford | | | | | |
| 46 | 2002/02/05 - Larry Laubach, Esq., as counsel for Bradford, memorandum to Robert Siwicki and Andrea Falcone of Fleet Advisors re Fleet Advisors' access to proprietary information of Bradford | A/C | Bradford | No | N/A | 1 |
| 47 | 2002/02/01 - Larry Laubach, Esq., as counsel for Bradford, memorandum to Robert Siwicki and Andrea Falcone of Fleet Advisors re Fleet Advisors' access to proprietary information of Bradford | A/C | Bradford | No | N/A | 1 |
| 48 | 2002/01/25 – Larry Laubach/Bruce Rosenfield/Schnader as counsel for Bradford black-line of Bradford/Fleet Advisors agreement re access to proprietary information of Bradford | A/C | Bradford | No | N/A | 1, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| 49 | 2002/01/25 – Larry Laubach/Bruce Rosenfield/Schnader as counsel for Bradford black-line of letter re Fleet Advisors' engagement to provide services to assist counsel in advising client | A/C | Bradford | No | N/A | 1, 8 |
| 50 | 2002/01/25 – Larry Laubach/Bruce Rosenfield/Schnader as counsel for Bradford black-line of letter re Fleet Advisors' engagement to provide services to assist counsel in advising client | A/C | Bradford | No | N/A | 1, 8 |
| 51 | 2002/01/17 - 2002/01/25 - Larry Laubach/Bruce Rosenfield/Schnader as counsel for Bradford black-line of letter re Fleet Advisors' engagement to provide services to assist counsel in advising client with handwritten notes by Larry Laubach, Esq. | A/C | Bradford | No | N/A | 1 |
| 52 | 2002/04/17 - Larry Laubach, Esq., as counsel for | A/C | Bradford | No | N/A | 1 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | Bradford, letter to Robert Siwicki regarding engagement of Fleet Advisors to assist counsel in giving legal advice to client | | | | | |
| 53 | 2002/04/03 - Larry Laubach, Esq., as counsel for Bradford, cover letter to Robert Siwicki re engagement by counsel for Built-In Gains valuation and confidentiality agreement | A/C | Bradford | No | N/A | 1 |
| 54 | 2002/04/01 – Letter between Bruce Rosenfield/Schnader as counsel for Bradford and Fleet Advisors regarding engagement for Built-In Gains valuation to assist counsel in advising client | A/C | Bradford | No | N/A | 1, 8 |
| 55 | 2002/04/1 – Robert Siwicki letter to Larry Laubach, Esq., as counsel for Bradford, re engagement for Built-In Gains valuation to assist counsel in advising client | A/C | Bradford | No | N/A | 1 |
| 56 | 2001/08/31 – Bradford letter agreement with Fleet | A/C | Bradford | No | N/A | 1, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | Advisors regarding access to confidential Bradford information in connection with engagement to provide services to assist counsel in advising client | | | | | |
| 57 | 2002/04/01 – Bruce Rosenfield/Schnader, as counsel for Bradford, letter engaging Fleet Advisors to provide valuation to assist counsel in advising client | A/C | Bradford | No | N/A | 1, 8 |
| 58 | 2002/05/07 - Draft report of Fleet Advisors to Bruce Rosenfield and Larry Laubach, as counsel to Bradford, to assist counsel in providing legal advice to client with Larry Laubach, Esq. handwritten notes | A/C | Bradford | No | N/A | 1 |
| 65 | 2002/04/1 – Letter from Robert Siwicki to Bruce Rosenfield, Esq., as counsel for Bradford, regarding Schnader's engagement of Fleet M&A Advisors to provide professional services to assist counsel in | A/C | Bradford | No | N/A | 1, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | advising client. | | | | | |
| 66 | 2002/04/1 – Letter from Robert Siwicki to John S. Middleton regarding engagement by Bruce Rosenfield/Schnader as counsel for Bradford for Built-In Gains valuation | A/C | Bradford | No | N/A | 1, 8 |
| 67 | 2002/04/1 – Letter from Robert Siwicki to John S. Middleton regarding engagement by Bruce Rosenfield/Schnader as counsel for Bradford for Built-In Gains valuation | A/C | Bradford | No | N/A | 1, 8 |
| 68 | 2002/04/1 - Letter from Robert Siwicki to Bruce Rosenfield, Esq., as counsel for Bradford, regarding Schnader's engagement of Fleet M&A Advisors to provide professional services to assist counsel in providing advice to client | A/C | Bradford | No | N/A | 1, 8 |
| 69 | 2002/04/1 - Letter from Robert Siwicki to Bruce Rosenfield, Esq., as counsel for Bradford, regarding | A/C | Bradford | No | N/A | 1, 8 |

35

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | Schnader's engagement of Fleet M&A Advisors to provide professional services to assist counsel in providing advice to client | | | | | |
| 70 | 2001/08/31 - Bradford Letter agreement with Fleet Advisors regarding access to confidential Bradford information in connection with engagement by Bruce Rosenfield/Schnader as counsel for Bradford to provide services to assist counsel in advising client | A/C | Bradford | No | N/A | 1, 8 |
| 71 | 2001/08/31 - Bradford Letter agreement with Fleet Advisors regarding access to confidential Bradford information in connection with engagement by Bruce Rosenfield/Schnader as counsel for Bradford to provide services to assist counsel in advising client | A/C | Bradford | No | N/A | 1, 8 |
| 72 | 2001/08/31 - Bradford Letter agreement with Fleet Advisors regarding access to | A/C | Bradford | No | N/A | 1, 8 |

36

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | confidential Bradford information in connection with engagement by Bruce Rosenfield/Schnader as counsel for Bradford to provide services to assist counsel in advising client | | | | | |
| 73 | 2001/06/11 - Letter from Robert Siwicki to Bruce Rosenfield, Esq., as counsel for Bradford regarding Schnader's engagement of Howard Lawson to provide professional services to assist counsel in advising JMI in connection with S-Corp election | A/C | Bradford; JMI (now owned by Philip Morris) | No | N/A | 1, 8 |
| 74 | 1999/12/14 – Letter from Robert Siwicki (Howard Lawson) to Bruce Rosenfield, Esq., as counsel for Bradford, regarding Schnader's engagement of Howard Lawson to provide professional services to assist counsel in advising client | A/C | Bradford | No | N/A | 1, 8 |
| 75 | 2001/06/11 - Letter from | A/C | Bradford; JMI (now owned by | No | N/A | 1, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | Robert Siwicki to Bruce Rosenfield, Esq., as counsel for Bradford, regarding Schnader's engagement of Howard Lawson to provide professional services to assist counsel in advising JMI in connection with S-Corp election | | Philip Morris) | | | |
| 76 | 2001/06/11 - Letter from Robert Siwicki to Bruce Rosenfield, Esq., as counsel for Bradford regarding Schnader's engagement of Howard Lawson to provide professional services to assist counsel in advising JMI in connection with S-Corp election | A/C | Bradford; JMI (now owned by Philip Morris) | No | N/A | 1, 8 |
| 77 | 2000/08/8 - Letter from T. Patrick Hurley of Howard Lawson to Bruce Rosenfield, Esq., as counsel for Bradford, re agreement for access to proprietary information of Bradford to provide professional services to assist counsel in | A/C | Bradford | No | N/A | 1, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | advising client. | | | | | |
| 78 | 1999/12/14 – Letter from George Moorbury of Howard Lawson to Bruce Rosenfield, Esq., as counsel for Bradford, regarding Schnader's engagement of Howard Lawson to provide professional services to assist counsel in advising client | A/C | Bradford | No | N/A | 1, 8 |
| 99 | 2003/12/03 - Scott Barbakoff, Esq., and Larry Laubach, Esq., as counsel for Bradford and John in various capacities, handwritten notes all over face of document from John Stine (Ernst & Young) to Elizabeth Arias, Esq. (counsel for Ms. Hughes), re true-up for 1994 Anna Trust division, and attached internal communications and email from John S. Middleton to Larry Laubach, Esq.  Clean copy of document to Ms. Arias | A/C | Bradford; John individually and in capacities as Bradford officer and Trustee of 1994 Anna Trusts | Yes – Barbakoff and Laubach notes relate to true-up of division of 1994 Anna Trust | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel.. | None |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | has been produced | | | | | |
| 100 | 2001/04/3 Letter from Jeffery God, Esq., (Schnader, as counsel for Bradford and JMI) to Tish Why (JMI), cc: Larry Laubach, Esq. (as counsel for Bradford and JMI), regarding Articles and Certificates of Mergers re mergers of JMLP, Inc., John Middleton Company, and JMHC, Inc. into JMI | A/C | Bradford and/or JMI (now owned by Philip Morris) | No | N/A | None |
| 101 | 2000/08/02 Letter from John S. Middleton to Bruce Rosenfield, Esq., as counsel for Bradford, re Howard, Lawson valuation | A/C | Bradford | No | N/A | 1, 8 |
| 118 | 2008/11/19 – Letter from Margaret Thompson, Esq., as counsel to Frances S. Middleton, to Frances S. Middleton re gifting | A/C – FSM Executors | John Middleton as Executor and Lucia Hughes as Executrix for the Estate of Frances S. Middleton | No – relates to advice to Mrs. Middleton regarding annual gifts to children and grandchildren | N/A | 3 |
| 119 | 2008/11/19 - Letter from Margaret Thompson, Esq., as counsel to Frances S. Middleton,  to Frances S. Middleton re gifting with | A/C – FSM Executors | John Middleton as Executor and Lucia Hughes as Executrix for the Estate of Frances S. Middleton | No – relates to advice to Mrs. Middleton regarding annual gifts to children and grandchildren | N/A | 3, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | handwritten note | | | | | |
| 120 | 2001/04/25 – document entitled "Frances Middleton Estate Planning Meeting" – agenda for meeting with Bruce Middleton, Esq., and Margaret Thompson, Esq., as counsel for Mrs. Middleton and John Stine/Ernst & Young, who were retained to provide services to assist attorney in providing estate planning advice. | A/C – FSM Executors | John Middleton as Executor and Lucia Hughes as Executrix for the Estate of Frances S. Middleton | No – relates to advice to Mrs. Middleton regarding her estate planning and/or planning as settlor of trusts | N/A | 2, 3, 8 |
| 121 | 2008/11/19 - Letter from Margaret Thompson, Esq., as counsel to Frances S. Middleton,  to Frances S. Middleton re gifting | A/C – FSM Executors | John Middleton as Executor and Lucia Hughes as Executrix for the Estate of Frances S. Middleton | No – relates to advice to Mrs. Middleton regarding annual gifts to children and grandchildren | N/A | 3, 8 |
| 122 | 2008/11/19 - Letter from Margaret Thompson, Esq., as counsel to Frances S. Middleton,  to Frances S. Middleton re gifting | A/C – FSM Executors | John Middleton as Executor and Lucia Hughes as Executrix for the Estate of Frances S. Middleton | No – relates to advice to Mrs. Middleton regarding annual gifts to children and grandchildren | N/A | 3, 8 |
| 123 | 2009/05/28 – Letter from Margaret Thompson, Esq., as counsel to Frances S. Middleton,  to Frances S. | A/C – FSM Executors | John Middleton as Executor and Lucia Hughes as Executrix for the Estate of Frances S. Middleton | No – relates to advice to Mrs. Middleton regarding annual gifts to children and grandchildren | N/A | 3, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | Middleton re gifting | | | | | |
| 124 | 2009/12/09 - Letter from Margaret Thompson, Esq., as counsel to Frances S. Middleton,  to Frances S. Middleton re gifting and anticipated correspondence from Bruce Rosenfield, on behalf of Anna Nupson, regarding proposed 4% distributions from 1994 Anna Trust to Ms. Nupson | A/C – FSM Executors | John Middleton as Executor and Lucia Hughes as Executrix for the Estate of Frances S. Middleton | No as to portion relating to advice to Mrs. Middleton regarding annual gifts to children and grandchildren

Yes as to portion of letter regarding anticipated correspondence from Bruce Rosenfield regarding the 1994 Anna Trust | N/A | 3, 8 |
| 204 | 2002 - 2003 draft of Frances S. Middleton 2001 Agreement of Trust with John S. Middleton handwritten notes over the face of the document | A/C | John individually and in his capacity as Trustee and sole beneficiary of the Original 2001 GRAT | No – hand-written notes taken during negotiations, at time before Ms. Nupson became a beneficiary under the Modified 2001 GRAT | N/A | 3, 8 |
| 208 | These documents were produced in unredacted form as part of the meet and confer process in the Orphans' Court Litigation | | | | | |
| 213 | | | | | | |
| 214 | | | | | | |
| 215 | | | | | | |
| 217 | 2002/11/22 - Fleet "Built in Gains Valuation of Certain Bradford Holdings, Inc. Subsidiaries as of February 1, 2001" prepared at request | A/C | Bradford | No | N/A | 1, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | of counsel to assist in providing legal advice to BHI. | | | | | |
| 219 | 2000/11/28 – Ernst & Young document entitled "Supporting calculations for sub-chapter S memo of November 28, 2000," prepared to assist counsel in providing legal advice to BHI | A/C | Bradford | No | N/A | 8 |
| 228 | 2002/10/14 – Larry Laubach email to John S. Middleton re communications with Michael Gunter | A/C | Bradford; John individually and as Trustee and sole beneficiary of the Original 2001 GRAT | No – Ms. Nupson was not a beneficiary of the Original 2001 GRAT | N/A | 3 |
| 236 | 2003/01/31 - email from John S. Middleton communication to Scott Barbakoff re shareholders. | A/C | Bradford | No | N/A | None |
| 271 | 2003/01/31 - John S. Middleton communication to Scott Barbakoff re shareholders | A/C | Bradford | No | N/A | None |
| 275 | 2000/08/11 - John S. Middleton communication to Bruce Rosenfield re Howard Lawson valuation | A/C | Bradford | No | N/A | 1, 8 |
| 276 | 2000/06/14 - John S. | A/C | Bradford and Double Play, Inc. | No | N/A | 1 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | Middleton email to Bruce Rosenfield, Esq., cc to Larry Laubach, Esq., both as counsel for Bradford and Double Play, re Howard Lawson | | | | | |
| 277 | 2000/08/02 - John S. Middleton communication to Bruce Rosenfield Double Play, Inc. | A/C | Bradford | No | N/A | 8 |
| 278 | 2000/08/02 - John S. Middleton communication to Larry Laubach and Bruce Rosenfield re request for review/comment on draft letter to Robert Siwicki | A/C | Bradford | No | N/A | 1, 8 |
| 279 | 2001/03/11 - Bruce Rosenfield communication to John S. Middleton re redemption of Thorkelson and Flood stock | A/C | Bradford | No | N/A | 8 |
| 281 | 2001/03/29 - John Stine communication to Bruce Rosenfield, John S. Middleton, Larry Laubach S-Corp reorganization, to assist counsel in providing legal advice to client | A/C | John Middleton individually; John as Trustee of November 1982 and 1/18/94 Grandchildren's Trusts for which Ms. Nupson is not a beneficiary; John as Trustee of 1994 Anna Trusts | No | A redacted version of this document *was* produced to Ms. Nupson, providing the portions of the communication regarding the 1994 Anna Trust  The only remaining redactions | 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | regarding impact on November 1982 trust (for which Ms. Nupson is not a beneficiary), January 1994 GST (for which Ms. Nupson is not a beneficiary) and 1994 Anna Trust | | | | were of information pertaining only to personal information and/or accounts of John S. Middleton, Leigh P. Middleton, their children (John P. Middleton and Frances B. Middleton) and/or Trusts for their benefit. | |
| 289 | 2000/08/31 - John S. Middleton communication to Bruce Rosenfield re Howard Lawson valuation | A/C | Bradford | No | N/A | 1, 8 |
| 290 | 2000/06/14 - John S. Middleton email to Bruce Rosenfield, Esq., cc to Larry Laubach, Esq., both as counsel for Bradford and Double Play, re Howard Lawson | A/C | Bradford and Double Play, Inc. | No | N/A | 1, 8 |
| 291 | 2000/08/02 - John S. Middleton communication to Bruce Rosenfield re Robert Siwicki/Howard Lawson valuation | A/C | Bradford | No | N/A | 1, 8 |
| 292 | 2000/08/02 - John S. Middleton communication to Larry Laubach and Bruce Rosenfield seeking | A/C | Bradford | No | N/A | 1, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | comments on attached draft letter to Robert Siwicki | | | | | |
| 320 | 2002/01/30 – draft letter for review/comment by Bruce Rosenfield/Schnader Harrison Segal & Lewis re retention of Fleet Advisors to assist counsel in providing legal advice to client | A/C | Bradford | No | N/A | 1, 8 |
| 321 | 2000/08/31 - John S. Middleton communication to Bruce Rosenfield re Howard Lawson valuation | A/C | Bradford | No | N/A | 1, 8 |
| 322 | 2000/06/14 - John S. Middleton email to Bruce Rosenfield, Esq., cc to Larry Laubach, Esq., both as counsel for Bradford and Double Play, re Howard Lawson | A/C | Bradford and Double Play, Inc. | No | N/A | 1, 8 |
| 323 | 2000/08/02 - John S. Middleton communication to Bruce Rosenfield re Robert Siwicki/Howard Lawson valuation | A/C | Bradford | No | N/A | 1, 8 |
| 324 | 2000/08/02 - John S. Middleton communication | A/C | Bradford | No | N/A | 1, 8 |

46

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | to Larry Laubach and Bruce Rosenfield re Howard Lawson valuation | | | | | |
| 325 | 2000/08/03 - draft John S. Middleton letter to Robert Siwicki for review and comment by Larry Laubach and Bruce Rosenfield | A/C | Bradford | No | N/A | 1, 8 |
| 326 | 2000/10/06 - John S. Middleton email to Bruce Rosenfield with changes John S. Middleton wants communicated to R. Siwicki to draft valuation of Double Play | A/C | Bradford and Double Play | No | N/A | 1, 8 |
| 340 | 2001/03/11 - Bruce Rosenfield communication to John S. Middleton re redemption of Thorkelson and Flood stock | A/C | Bradford | No | N/A | 8 |
| 354 | 2003/01/31 – John S. Middleton email to Scott Barbakoff, Esq. re shareholders | A/C | Bradford | No | N/A | None |
| 358 | 2001/08/31 - Bradford Letter agreement with Fleet Advisors regarding access to confidential Bradford | A/C | Bradford | No | N/A | 1, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | information in connection with engagement by Bruce Rosenfield/Schnader as counsel for Bradford to provide services to assist counsel in advising client | | | | | |
| 359 | 2002/01/30 – draft of Fleet Advisors engagement letter for built in gains valuation for review/comment by John S. Middleton and counsel | A/C | Bradford | No | N/A | 1 |
| 360 | 2002/01/30 – draft Fleet Advisors engagement letter for review/comment by Bruce Rosenfield | A/C | Bradford | No | N/A | 1, 8 |
| 361 | 1999/12/03 – John S. Middleton email to Larry Laubach and Bruce Rosenfield re legal advice sought regarding possible corporate restructuring | A/C | Bradford | No | N/A | 8 |
| 362 | 2000/08/31 – John S. Middleton letter to Bruce Rosenfield re Howard Lawson valuation | A/C | Bradford | No | N/A | 1, 8 |
| 363 | 2000/06/14 - John S. Middleton email to Bruce Rosenfield, Esq., cc to Larry | A/C | Bradford and Double Play, Inc. | No | N/A | 1, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
|  | Laubach, Esq., both as counsel for Bradford and Double Play, re Howard Lawson |  |  |  |  |  |
| 364 | 2000/08/02 - John S. Middleton letter to Bruce Rosenfield re Howard Lawson valuation | A/C | Bradford | No | N/A | 1, 8 |
| 365 | 2000/08/02 - John S. Middleton email to Larry Laubach and Bruce Rosenfield re review of draft letter to Robert Siwicki | A/C | Bradford | No | N/A | 1, 8 |
| 366 | 2000/08/03 - draft John S. Middleton letter to Robert Siwicki for review and comment by Larry Laubach and Bruce Rosenfield | A/C | Bradford | No | N/A | 1, 8 |
| 367 | 2000/10/06 - John S. Middleton email to Bruce Rosenfield with changes John S. Middleton wants communicated to R. Siwicki to draft valuation of Double Play | A/C | Bradford and Double Play | No | N/A | 1, 8 |
| 368 | 2001/03/11 - Bruce Rosenfield communication to John S. Middleton re | A/C | Bradford | No | N/A | None |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
|  | redemption of Thorkelson and Flood stock and planning |  |  |  |  |  |
| 372 | 2005/07/12 - Bruce Rosenfield letter to Frances S. Middleton re (a) estate planning, including (b) gifting to her grandchildren; (c) actions as settlor of 1998 Revocable Trust; (d) gifting to 1990 Trust for which Mrs. Middleton's three children are beneficiaries; and (e) trusts under the Modified 2001 GRAT f/b/o Lucia Hughes and John Middleton | A/C - FSM Executors | John Middleton and Lucia Hughes as Executor and Executrix of the Estate of Frances S. Middleton | No – document does not involve advice to Mrs. Middleton regarding actions as a Trustee of a trust for which Ms. Nupson is a beneficiary, but instead involves advice to Mrs. Middleton about her own estate planning and actions as a settlor | N/A | 3, 8 |
| 373 | 2005/07/12 - Bruce Rosenfield letter to Frances S. Middleton re (a) estate planning, including (b) gifting to her grandchildren; (c) actions as settlor of 1998 Revocable Trust; (d) gifting to 1990 Trust for which Mrs. Middleton's three children are beneficiaries; and (e) trusts under the | A/C - FSM Executors | John Middleton and Lucia Hughes as Executor and Executrix of the Estate of Frances S. Middleton | No – document does not involve advice to Mrs. Middleton regarding actions as a Trustee of a trust for which Ms. Nupson is a beneficiary, but instead involves advice to Mrs. Middleton about her own estate planning and actions as a settlor | N/A | 3, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | Modified 2001 GRAT f/b/o Lucia Hughes and John Middleton, with Mrs. Middleton's handwritten notes | | | | | |
| 374 | This document was produced in unredacted form as part of the meet and confer process in the Orphans' Court Litigation | | | | | |
| 375 | 2002 - Chart of "Frances Middleton Current Assets Available for Distribution" including assets held in 1972, 1982 and 1990 insurance trusts, Marital Trust, and Original 2001 GRAT, with Mrs. Middleton's handwritten notes, for discussion with Bruce Rosenfield regarding her estate planning | A/C - FSM Executors | John Middleton and Lucia Hughes as Executor and Executrix of the Estate of Frances S. Middleton | No – document does not involve advice to Mrs. Middleton regarding actions as a Trustee of a trust for which Ms. Nupson is a beneficiary, but instead involves advice to Mrs. Middleton about her own estate planning and actions as a settlor | N/A | 3, 8 |
| 376 | 2005/09/29 - Bruce Rosenfield letter to Frances S. Middleton re gift tax issues and gift to 4/18/1990 insurance trust | A/C - FSM Executors | John Middleton and Lucia Hughes as Executor and Executrix of the Estate of Frances S. Middleton | No – document does not involve advice to Mrs. Middleton regarding actions as a Trustee of a trust for which Ms. Nupson is a beneficiary, but instead involves advice to Mrs. Middleton about her own estate planning and actions as a settlor | N/A | 3, 8 |
| 377 | This document was produced in unredacted form as part of the meet and confer process in the Orphans' Court Litigation | | | | | |
| 385 | 2000/09/25 - Agenda for | A/C - FSM Executors | John Middleton and Lucia | No – document does not involve | N/A | 2, 3, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | Ernst & Young (John Stine) and Schnader (Bruce Rosenfield) meeting with Frances S. Middleton | | Hughes as Executor and Executrix of the Estate of Frances S. Middleton | advice to Mrs. Middleton regarding actions as a Trustee of a trust for which Ms. Nupson is a beneficiary, but instead involves advice to Mrs. Middleton about her own estate planning and actions as a settlor | | |
| 386 | 2000/09/25 – Ernst & Young (John Stine) and Schnader (Bruce Rosenfield) Chart of estate planning techniques for France S. Middleton | A/C - FSM Executors | John Middleton and Lucia Hughes as Executor and Executrix of the Estate of Frances S. Middleton | No – document does not involve advice to Mrs. Middleton regarding actions as a Trustee of a trust for which Ms. Nupson is a beneficiary, but instead involves advice to Mrs. Middleton about her own estate planning and actions as a settlor | N/A | 2, 3, 8 |
| 388 | 2000/09/11 - John Stine letter to Frances re estate planning, to assist counsel (Bruce Rosenfield) in providing legal advice | A/C - FSM Executors | John Middleton and Lucia Hughes as Executor and Executrix of the Estate of Frances S. Middleton | No – document does not involve advice to Mrs. Middleton regarding actions as a Trustee of a trust for which Ms. Nupson is a beneficiary, but instead involves advice to Mrs. Middleton about her own estate planning and actions as a settlor | N/A | 2, 3, 8 |
| 389 | 2000/09/11 - Ernst & Young PowerPoint presentation re "Frances Middleton Estate Planning Strategies," to assist counsel (Bruce | A/C - FSM Executors | John Middleton and Lucia Hughes as Executor and Executrix of the Estate of Frances S. Middleton | No – document does not involve advice to Mrs. Middleton regarding actions as a Trustee of a trust for which Ms. Nupson is a beneficiary, but instead involves | N/A | 2, 3, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | Rosenfield) in providing legal advice | | | advice to Mrs. Middleton about her own estate planning and actions as a settlor | | |
| 390 | 2000/09/25 - Agenda for Ernst & Young (John Stine) and Schnader (Bruce Rosenfield) meeting with Frances S. Middleton | A/C - FSM Executors | John Middleton and Lucia Hughes as Executor and Executrix of the Estate of Frances S. Middleton | No – document does not involve advice to Mrs. Middleton regarding actions as a Trustee of a trust for which Ms. Nupson is a beneficiary, but instead involves advice to Mrs. Middleton about her own estate planning and actions as a settlor | N/A | 2, 3, 8 |
| 391 | 2000/09/25 – Ernst & Young (John Stine) and Schnader (Bruce Rosenfield) Chart of estate planning techniques for France S. Middleton | A/C - FSM Executors | John Middleton and Lucia Hughes as Executor and Executrix of the Estate of Frances S. Middleton | No – document does not involve advice to Mrs. Middleton regarding actions as a Trustee of a trust for which Ms. Nupson is a beneficiary, but instead involves advice to Mrs. Middleton about her own estate planning and actions as a settlor | N/A | 2, 3, 8 |
| 392 | 2008/11/19 - Margaret Thompson, Esq., letter to Frances S. Middleton re gifting | A/C - FSM Executors | John Middleton as Executor and Lucia Hughes as Executrix for the Estate of Frances S. Middleton | No – relates to advice to Mrs. Middleton regarding annual gifts to children and grandchildren | N/A | 3, 8 |
| 393 | 2001/06/28 - Bruce Rosenfield letter to Frances S. Middleton, cc to John S. Middleton re "Estate Planning" | A/C - FSM Executors | John Middleton as Executor and Lucia Hughes as Executrix for the Estate of Frances S. Middleton | No – document does not involve advice to Mrs. Middleton regarding actions as a Trustee of a trust for which Ms. Nupson is a beneficiary, but instead involves | N/A | 2, 3, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | | | | advice to Mrs. Middleton about her own estate planning and actions as a settlor | | |
| 394 | 2001 – Draft of Original Grantor Retained Annuity Trust | A/C - FSM Executors | John Middleton as Executor and Lucia Hughes as Executrix for the Estate of Frances S. Middleton | No – document does not involve advice to Mrs. Middleton regarding actions as a Trustee of a trust for which Ms. Nupson is a beneficiary, but instead involves advice to Mrs. Middleton about her own estate planning and actions as a settlor | N/A | 2, 3, 8 |
| 395 | 2003/03/25 - Schnader invoice re Frances S. Middleton | A/C - FSM Executors | John Middleton as Executor and Lucia Hughes as Executrix for the Estate of Frances S. Middleton | No – document does not involve advice to Mrs. Middleton regarding actions as a Trustee of a trust for which Ms. Nupson is a beneficiary, but instead involves services to Mrs. Middleton in her capacity as settlor | N/A | 2, 3, 8 |
| 396 | 2003/03/25 - Schnader invoice re Frances S. Middleton | A/C - FSM Executors | John Middleton as Executor and Lucia Hughes as Executrix for the Estate of Frances S. Middleton | No – document does not involve advice to Mrs. Middleton regarding actions as a Trustee of a trust for which Ms. Nupson is a beneficiary, but instead involves services to Mrs. Middleton in her capacity as settlor | N/A | 2, 3, 8 |
| 397 | 2005/09 Frances S. Middleton handwritten notes regarding discussions with | A/C - FSM Executors | John Middleton as Executor and Lucia Hughes as Executrix for the Estate of Frances S. | No – document does not involve advice to Mrs. Middleton regarding actions as a Trustee of | N/A | 2, 3, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | Bruce Rosenfield | | Middleton | a trust for which Ms. Nupson is a beneficiary | | |
| 398 | Pre-2001 Undated Frances S. Middleton handwritten notes regarding discussions with Bruce Rosenfield regarding gifting issues | A/C - FSM Executors | John Middleton as Executor and Lucia Hughes as Executrix for the Estate of Frances S. Middleton | No – document does not involve advice to Mrs. Middleton regarding actions as a Trustee of a trust for which Ms. Nupson is a beneficiary, but instead involves services to Mrs. Middleton in her capacity as settlor | N/A | 2, 3, 8 |
| 399 | Undated Frances S. Middleton handwritten notes re discussion with Bruce Rosenfield about estate planning | A/C - FSM Executors | John Middleton as Executor and Lucia Hughes as Executrix for the Estate of Frances S. Middleton | No – document does not involve advice to Mrs. Middleton regarding actions as a Trustee of a trust for which Ms. Nupson is a beneficiary, but instead involves services to Mrs. Middleton in her capacity as settlor | N/A | 2, 3, 8 |
| 400 | 2002/08/05 - Frances S. Middleton handwritten notes regarding discussions with Bruce Rosenfield on gifting issues and tax issues, Original 2001 GRAT, and 1994 Anna Trusts | A/C - FSM Executors | John Middleton as Executor and Lucia Hughes as Executrix for the Estate of Frances S. Middleton | No – document does not involve advice to Mrs. Middleton regarding actions as a Trustee of a trust for which Ms. Nupson is a beneficiary, but instead involves services to Mrs. Middleton in her capacity as settlor | N/A | 2, 3, 8 |
| 406 | 2000/06/14 - John S. Middleton email to Bruce Rosenfield, Esq., cc to Larry Laubach, Esq., both as counsel for Bradford and | A/C | Bradford and Double Play, Inc. | No | N/A | 1, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | Double Play, re Howard Lawson | | | | | |
| 407 | 2000/08/02 - John S. Middleton letter to Bruce Rosenfield re Howard Lawson valuation | A/C | Bradford | No | N/A | 1, 8 |
| 408 | 2000/08/02 - John S. Middleton email to Larry Laubach and Bruce Rosenfield re review of draft letter to Robert Siwicki | A/C | Bradford | No | N/A | 1, 8 |
| 409 | 2000/08/03 - draft John S. Middleton letter to Robert Siwicki for review and comment by Larry Laubach and Bruce Rosenfield | A/C | Bradford | No | N/A | 8 |
| 410 | 2000/10/06 - John S. Middleton email to Bruce Rosenfield with changes John S. Middleton wants communicated to R. Siwicki to draft valuation of Double Play | A/C | Bradford and Double Play | No | N/A | 1, 8 |
| 411 | 2000/08/31 - John S. Middleton letter to Bruce Rosenfield cc to Donald Erickson of Ernst & Young re Howard Lawson | A/C | Bradford | No | N/A | 1, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | valuation; Ernst & Young included to provide services to assist counsel in providing legal advice to client | | | | | |
| 412 | 2000/08 – John S. Middleton notes/comments to counsel re Robert Siwicki valuation | A/C | Bradford | No | N/A | 1, 8 |
| 427 | 1999/05/18 - William Webb (Schnader) letter to John S. Middleton re transfer of BHI shares | A/C | Phillies Partnership | No | N/A | 8 |
| 435 | 2000/08/08 - Confidentiality Agreement between Howard, Lawson & Co. and Schnader Harrison Segal & Lewis, addressed to Bruce Rosenfield and Larry Laubach.  Participation of financial advisor required to assist in providing legal advice to client. | A/C | Bradford | No | N/A | 1, 8 |
| 436 | 2001/08/31 – Letter agreement between Fleet Securities, Inc., and Bradford Holdings, Inc., signed by Robert Siwicki | A/C | Bradford | No | N/A | 1, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
|  | and John S. Middleton. Participation of financial advisor required to assist in providing legal advice to client. |  |  |  |  |  |
| 438 | 2004/03/25 - Robert Siwicki letter to Larry Laubach regarding proprietary materials.  Participation of financial advisor required to assist in providing legal advice to client. | A/C | Bradford | No | N/A | 1, 8 |
| 439 | 2004/03/25 - Larry Laubach letter to Robert Siwicki regarding proprietary materials.  Participation of financial advisor required to assist in providing legal advice to client. | A/C | Bradford | No | N/A | 1, 8 |
| 440 | 2002/12/03 – John S. Middleton letter to Robert Siwicki regarding record retention.  Participation of financial advisor required to assist in providing legal advice to client. | A/C | Bradford | No | N/A | 1, 8 |
| 441 | 2002/11/26 – Robert Siwicki letter to John S. | A/C | Bradford | No | N/A | 1, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
|  | Middleton regarding proprietary information. Participation of financial advisor required to assist in providing legal advice to client. |  |  |  |  |  |
| 443 | 2002/04/01 - Robert Siwicki letter to Bradford Holdings, Inc., re Fleet M&A Advisors' engagement for built-in gains evaluation. Participation of financial advisor required to assist in providing legal advice to client. | A/C | Bradford | No | N/A | 1, 8 |
| 444 | 2002/04/01 - Addendum to letter listed above at No. 443 | A/C | Bradford | No | N/A | 1, 8 |
| 445 | 2002/11/22 -  Fleet Advisors Built in Gains Valuation of BHI and Subsidiaries dated as of February 1, 2001, prepared at request of counsel (Bruce Rosenfield/Schnader Harrison) to assist in providing legal advice to client | A/C | Bradford | No | N/A | 1, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| 446 | 2002/11/22 - Fleet Advisors Built in Gains Valuation of BHI and Subsidiaries dated as of February 1, 2001, prepared at request of counsel (Bruce Rosenfield/Schnader Harrison) to assist in providing legal advice to client | A/C | Bradford | No | N/A | 1, 8 |
| 447 | 2002/11/22 - Fleet Advisors Built in Gains Valuation of BHI and Subsidiaries dated as of February 1, 2001, prepared at request of counsel (Bruce Rosenfield/Schnader Harrison) to assist in providing legal advice to client | A/C | Bradford | No | N/A | 1, 8 |
| 448 | 2002/04/01 – Robert Siwicki letter to Bruce Rosenfield regarding Fleet Securities, Inc., engagement for valuation of common shares of Bradford Holdings, Inc., to assist counsel in providing advice | A/C | Bradford | No | N/A | 1, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | to client, executed by Robert Siwicki, Bruce Rosenfield and John S. Middleton on behalf of Bradford Holdings, Inc. | | | | | |
| 449 | 2002/04/01 – Robert Siwicki letter to Bruce Rosenfield regarding Fleet Securities, Inc., engagement for valuation of common shares of Bradford Holdings, Inc., to assist counsel in providing advice to client, executed by Robert Siwicki, Bruce Rosenfield and John S. Middleton on behalf of Bradford Holdings, Inc. | A/C | Bradford | No | N/A | 1, 8 |
| 450 | 1999/12/14 - Robert Siwicki letter to Bruce Rosenfield regarding Howard Lawson & Co. engagement for valuation of common shares of Bradford Holdings, Inc., to assist counsel in providing advice to client, executed by Robert Siwicki, Bruce Rosenfield and John | A/C | Bradford | No | N/A | 1, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | S. Middleton on behalf of Bradford Holdings, Inc. | | | | | |
| 451 | 2000/08/31 – John Stine (Ernst & Young) letter to Bruce Rosenfield regarding Arthur Andersen valuation of the Phillies, provided to assist counsel in providing legal advice to client | A/C | Bradford | No | N/A | None |
| 452 | 1999/02/25- Howard Lawson & Co. report to Bruce Rosenfield regarding Valuation of Minority Interests of Common Stock of BHI as of 8/31/1998, provided to assist counsel in providing legal advice to client | A/C | Bradford | No | N/A | 1, 8 |
| 453 | 2001/11/19 – John S. Middleton letter to Robert Siwicki re discussions with Thorkelsons and Smiths. Participation of financial advisor required to assist in providing legal advice to client. | A/C | Bradford | No | N/A | 1, 8 |
| 454 | 2000/08/31 – John Stine (Ernst & Young) letter to | A/C | Bradford | No | N/A | None |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | Bruce Rosenfield regarding Arthur Andersen valuation of the Phillies, provided to assist counsel in providing legal advice to client | | | | | |
| 455 | 2000/08/02 – John S. Middleton letter to Bruce Rosenfield regarding Arthur Andersen's October 31, 1999 valuation of the Phillies | A/C | Bradford/Double Play | No | N/A | 8 |
| 456 | 2001/01/11 - Letter from Annette Madison to Robert Siwicki re valuation analysis to be done for S-Corp conversion.  Participation of financial advisor required to assist in providing legal advice to client. | A/C | Bradford | No | N/A | 1, 8 |
| 457 | 2002/04/17 – Larry Laubach letter to Robert Siwicki re Thorkelson/Smith purchase agreements.  Participation of financial advisor required to assist in providing legal advice to client. | A/C | Bradford | No | N/A | 1, 8 |
| 458 | 2001/04/17 - Larry Laubach letter to Robert Siwicki re | A/C | Bradford | No | N/A | 1, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
|  | Thorkelson/Smith purchase agreements. Participation of financial advisor required to assist in providing legal advice to client. |  |  |  |  |  |
| 459 | 2002/04/03 – Larry Laubach letter to Robert Siwicki re Built-In Gains Valuation and confidentiality agreements. Participation of financial advisor required to assist in providing legal advice to client. | A/C | Bradford | No | N/A | 1, 8 |
| 460 | 2002/05/14 - Clint Price (JMI) letter to Robert Siwicki re John Middleton, Inc. Participation of financial advisor required to assist in providing legal advice to client. | A/C | Bradford | No | N/A | 1, 8 |
| 461 | 2002/01/25 - Clint Price (JMI) to Michael J. Burke of Fleet M&A Advisors re John Middleton, Inc., trademark information. Participation of financial advisor required to assist in providing legal advice to | A/C | Bradford | No | N/A | 1, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | client. | | | | | |
| 463 | 2001/08/14 - Clint Price (JMI) letter to Robert Siwicki re information about John Middleton, Inc. Participation of financial advisor at request of counsel required to assist in providing legal advice to client. | A/C | Bradford | No | N/A | 1, 8 |
| 464 | 2001/01/11 - Robert Siwicki handwritten notes re telephone conference with Clint Price (JMI). Participation of financial advisor required at request of counsel to assist in providing legal advice to client. | A/C | Bradford | No | N/A | 1, 8 |
| 467 | 2001/08/06 - Clint Price (JMI) List of Customer Rankings in Sales Dollars Feb 2000 - Jan 2001, with Robert Siwicki handwritten notes

and | A/C | Bradford | No | N/A | 1, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | 2001/08/14 – Clint Price (JMI) John Middleton, Inc. List of Key Vendors for Manufacturing, with Robert Siwicki handwritten notes.<br><br>Participation of financial advisor required to assist in providing legal advice to client. | | | | | |
| 468 | 2001/08/14 - Clint Price communication, at request of counsel, to Robert Siwicki re valuation. Participation of financial advisor required to assist in providing legal advice to client. | A/C | Bradford | No | N/A | 1, 8 |
| 469 | 2001/08/07 - Clint Price memorandum to Robert Siwicki re Environmental Analysis for John Middleton, Inc. Participation of financial advisor required to assist in providing legal advice to client. | A/C | Bradford | No | N/A | 1, 8 |
| 471 | 2002/01/10 - Lisa Haas | A/C | Bradford | No | N/A | 1, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | letter to Michael Burke of Fleet M&A Advisors re list of Mortgages, Notes and Revolving Credit Lines. Participation of financial advisor required to assist in providing legal advice to client. | | | | | |
| 479 | 2013/11/05 – Margaret Thompson, Esq. communication to John Middleton regarding bequests and probate | A/C | John, serving as Executor for Estate of Frances S. Middleton; John as Trustee of the 1998 Revocable Trust of Frances S. Middleton; John as Trustee of the Marital Trust; John as Trustee of the 1/18/94 Grandchildren's Trusts f/b/o his children; John as Trustee of his own family trust; John as Trustee of the 1972, 1982 and 1990 insurance trusts | No as to portions of the document regarding the 1/18/94 Grandchildren's Trust f/b/o Mr. Middleton's children, or his own family trust.

Yes as to portions of the document regarding administration for trusts and/or estates for which Ms. Nupson is a beneficiary. | Portions of the document relating to the 1998 Revocable Trust, the Marital Trust, or the 1972, 1982 and 1990 insurance trusts.  Accordingly, a redacted version of this document **was** produced in the Orphans' Court Litigation with all portions relating to estate administration or the trusts for which Ms. Nupson is a beneficiary.

The only portions withheld, following production of the redacted version of this document, relate to a trust created by Mr. Middleton for his children or the 1/18/94 "Grandchildren's Trust" created by HHM, Jr., and FSM | 2, 3, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | | | | | for Mr. Middleton's children. | |
| 480 | 2014/04/28 – John Middleton communication to Margaret Thompson, Esq. regarding estate liabilities and demands by Ms. Nupson's counsel for information regarding distributions from Frances Middleton's estate | A/C | John, serving as Executor for Estate of Frances S. Middleton, and as Trustee of the 1998 Revocable Trust of Frances S. Middleton | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 2, 3, 7, 8 |
| 481 | 2015/01/21 – Communications between Margaret Thompson, Esq., James Mannion, Esq., Larry Laubach, Esq., and John Middleton regarding trust dispute | A/C and WP | John as Trustee of the 1994 Anna Trust | Yes | Yes – relates to active litigation with beneficiaries | 7, 8 |
| 482 | 2014/12/07 - Communications between James Mannion, Esq. and Margaret Thompson, Esq. regarding litigation strategy | A/C and WP | John as Trustee of the 1994 Anna Trust | Yes | Yes – relates to active litigation with beneficiaries | 7, 8 |
| 483 | These documents were produced in unredacted form as part of the meet-and-confer process in the Orphans' Court Litigation. | | | | | |
| 484 | | | | | | |
| 492 | 2010/06/22 Larry Laubach email to John Middleton re negotiations with Ms. Nupson, Ms. Hughes and/or | A/C | John, individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate | None |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | Ms. Hughes' counsel Jill Raspet re 1994 Anna Trust | | | | counsel. | |
| 500 | 2007/10/24 Brett Altman email to Philip Kircher and Larry Laubach (all of Cozen) re communications with and/or advice to clients re stock purchase agreement with Lucia Hughes individually, with attachment (listed below) | A/C | Bradford | No | N/A | None |
| 501 | 2007/10/24 - Brett Altman comments on Stock Purchase Agreement with Lucia Hughes | A/C | Bradford | No | N/A | None |
| 507 | 2010/09/09 John Middleton email to Larry Laubach re Ms. Nupson's, Ms. Hughes' and/or Ms. Hughes' counsel Jill Raspet's demands relating to the 1994 Anna Trust | A/C | John, individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel. | None |
| 508 | 2003/02/03 Larry Laubach email to James Jumper (both of Cozen) re shareholder records, with attachment (listed below) | A/C | Bradford | No – though attached document refers to 1994 Anna Trust as shareholder, document itself is not a trust administration record. Rather, it is a corporate record regarding all shareholders | N/A | None |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| 509 | 2003/02/03 - attachment to email listed above; document re shareholder records | A/C | Bradford | No – though document refers to 1994 Anna Trust as shareholder, document itself is not a trust administration record.  Rather, it is a corporate record regarding all shareholders | N/A | None |
| 521 522 | These documents were produced in unredacted form as part of the meet and confer process in the Orphans' Court Litigation | | | | | |
| 525 | 2004/04/07 John Middleton email to Larry Laubach re settlement agreement with Hughes family and remaining issues | A/C | Bradford; John, individually; John as trustee of the April 1990 insurance trust; John as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel.<br><br>In addition, legal fees were not paid from trusts for which Ms. Nupson is a beneficiary | None |
| 533 | 2010/08/04 Larry Laubach email to John S. Middleton re Bruce Rosenfield discussions with Ms. Nupson about her demands to modify and/or set aside 1994 Anna Trust | A/C and WP | John, individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel.  Unclear whether attorneys' fees paid from trust of which Ms. Nupson is a beneficiary. | None |
| 534 | 2010/07/20 John S. Middleton email to Larry | A/C and WP | John, individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of | None |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | Laubach re Ms. Hughes demands re the 1994 Anna Trust and Ms. Nupson's demands to modify or set aside 1994 Anna Trust | | | | beneficiaries who were represented by separate counsel.  Unclear whether attorneys' fees paid from trust of which Ms. Nupson is a beneficiary. | |
| 538 | 2010/09/22 John Middleton email to Larry Laubach re discussions with Ms. Nupson, Mrs. Middleton, Ms. Hughes and/or Ms. Hughes' attorney Jill Raspet regarding distributions from 1994 Anna Trust and Ms. Nupson's demands to modify and/or set aside 1994 Anna Trust | A/C and WP | John, individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel. | None |
| 539 | 2003/02/03 Larry Laubach email to James Jumper (both of Cozen) re discussions with and/or advice to John Middleton/Bradford about shareholder records, with attachment (listed below) | A/C | Bradford | Though attached document refers to 1994 Anna Trust as shareholder, document itself is not a trust administration record. Rather, it is a corporate record regarding all shareholders | N/A | None |
| 540 | 2003/02/03 Larry Laubach document re shareholder records, attached to email above, for review/comment | A/C | A/C | Though attached document refers to 1994 Anna Trust as shareholder, document itself is not a trust administration record. | N/A | None |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | by James Jumper and John Middleton | | | Rather, it is a corporate record regarding all shareholders | | |
| 541 | 2010/12/14 Margaret Thompson email to Michael Heller and Larry Laubach (all of Cozen) re Cozen O'Conner attorneys' fees and status of accounting for 1994 Anna Trust | A/C and WP | Cozen O'Connor, P.C. | No – this is an internal Cozen O'Connor communication regarding its own policy. | N/A. | None |
| 549 | This document was produced in unredacted form as part of the meet and confer process in the Orphans' Court Litigation | | | | | |
| 557 | 2004/04/07 John Middleton email to Larry Laubach re 2003 settlement agreement with Hughes family and remaining issues | A/C | Bradford; John, individually; John as trustee of the April 1990 insurance trust; John as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel.

In addition, legal fees were not paid from trusts for which Ms. Nupson is a beneficiary | None |
| 558 | 2010/06/01 Larry Laubach email to Margaret Thompson (both of Cozen) re discussions with John Middleton about Frances S. Middleton | A/C | John individually | No | N/A | 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| 562 | 2010/04/15 John Middleton email to Larry Laubach re Ms. Nupson's demands to modify or set aside 1994 Anna Trust | A/C and WP | John, individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel. | None |
| 563 | 2010/09/22 John Middleton email to Larry Laubach re Frances S. Middleton gifts to Hughes children | A/C | John individually | No | N/A | None |
| 568 | 2002/09/26 Larry Laubach email to Richard Silpe (both of Cozen) re discussions with and/or advice to John Middleton about possible amendments to Bradford shareholder's agreement, attachment listed below. | A/C | Bradford; John individually | No – shareholder's agreement is a corporate governance document | N/A | None |
| 569 | This document was produced in unredacted form as part of the meet and confer process in the Orphans' Court Litigation | | | | | |
| 582 | 2010/09/22 Larry Laubach email to John Middleton re discussions with Ms. Nupson and/or her counsel Bruce Rosenfield, and Ms. Hughes and/or her counsel Jill Raspet regarding distributions from the 1994 Anna Trust | A/C and WP | John, individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel. | None |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| 583 | 2010/06/15 Larry Laubach email chain with John S. Middleton re Ms. Hughes' and/or her counsel's demands relating to the 1994 Anna Trust, and discussions regarding construction of agreement with Altria | A/C and WP | John, individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel. | None |
| 585 | 2003/01/31 John Middleton memorandum to Scott Barbakoff (attached to email listed above) re information from Bradford about shareholders | A/C | Bradford | No | N/A | None |
| 589 | 2004/04/07 Larry Laubach email to John Middleton re settlement with Hughes family and remaining issues | A/C | Bradford; John, individually; John as trustee of the April 1990 insurance trust; John as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel.

In addition, legal fees were not paid from trusts for which Ms. Nupson is a beneficiary | None |
| 592 | 2010/07/20 John Middleton email to Larry Laubach re Ms. Nupson's, Ms. Hughes' | A/C and WP | John, individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were | None |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | and/or their respective counsel's demands relating to 1994 Anna Trust | | | | represented by separate counsel. | |
| 593 | 2003/01/31 Email from John S. Middleton to Larry Laubach re: shareholders (with attachment listed below) | A/C | Bradford | No | N/A | None |
| 594 | 2003/01/31 document from John Middleton to Larry Laubach re shareholders (attachment to above) | A/C | Bradford | No | N/A | None |
| 596 | 2001/02/01 Fleet Securities letter to Bruce Rosenfield re Fleet engagement | A/C | Bradford | No | N/A | 1 |
| 597 | 2010/07/14 John Middleton email to Larry Laubach re discussions with Ms. Nupson, Ms. Hughes and/or their respective counsel re Ms. Nupson's demands relating to the 1994 Anna Trust | A/C and WP | John, individually and as Trustee of the 1994 Anna Trusts | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel. | None |
| 598 | 2003/02/03 John Middleton email to Larry Laubach re shareholders, with attachment listed below | A/C | Bradford | No | N/A | None |
| 599 | 2003/02/03 John Middleton | A/C | Bradford | No | N/A | None |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | draft document re shareholders for review/comment by Larry Laubach | | | | | |
| 600 | 2010/04/14 Larry Laubach email to John S. Middleton re discussions with Lucia Hughes' counsel regarding Ms. Hughes' and Ms. Nupson's demands relating to the 1994 Anna Trust | A/C | John, individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel. | None |
| 601 | 2003/02/18 Larry Laubach email to James Jumper, Scott Barbakoff (all of Cozen) and John Middleton re discussions with Ms. Hughes' counsel | A/C | Bradford; John as Trustee of the 1/18/94 Grandchildren's Trust, 1994 Anna Trust, Original 2001 GRAT and proposed Modified 2001 GRAT | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel. | None |
| 604 | 2003/02/11 John Middleton email to Larry Laubach re confidentiality agreement with and discussions with counsel for Hughes sons, with attachment listed below | A/C | Bradford | No | N/A | None |
| 605 | 2003/02/11 John Middleton comments on draft letter to counsel for Hughes sons | A/C | Bradford | No | N/A | None |
| 606 | 2003/02/03 John Middleton email to Larry Laubach re | A/C | Bradford | No | N/A | None |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | shareholders, with attachment listed below | | | | | |
| 607 | 2003/02/03 John Middleton document re shareholders for review/comment by Larry Laubach | A/C | Bradford | No – document is a corporate record regarding all shareholders | N/A | None |
| 608 613 | These documents were produced in unredacted form as part of the meet and confer process in the Orphans' Court Litigation | | | | | |
| 615 | 2010/09/09 Larry Laubach email to John Middleton re discussions with Ms. Nupson and/or Ms. Hughes' attorney about their demands re 1994 Anna Trust | A/C | John, individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel. It is unclear whether legal fees were paid from trusts of which Ms. Nupson was a beneficiary. | None |
| 617 | 2004/04/07 Larry Laubach email to John Middleton re settlement with Hughes family and remaining issues | A/C | Bradford; John, individually; John as trustee of the April 1990 insurance trust; John as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel. In addition, legal fees were not paid from trusts for which Ms. Nupson is a beneficiary | None |
| 620 | 2005/09/16 Larry Laubach letter to John Middleton re | A/C | John, individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of | None |

77

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | true-up for 1994 Anna Trust | | | | beneficiaries who were represented by separate counsel | |
| 621 | 2010/06/22 John Middleton email to Larry Laubach re discussions with Ms. Nupson, Ms. Hughes and/or their counsel about demands regarding the 1994 Anna Trust | A/C and WP | John, individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel | None |
| 622 | 2010/09/09 Larry Laubach email to John Middleton re discussions with Ms. Nupson, Ms. Hughes and/or their counsel about demands regarding the 1994 Anna Trust | A/C and WP | John, individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel | None |
| 627 | 2010/07/20 Larry Laubach email to John Middleton re discussions with Ms. Nupson, Ms. Hughes and/or their attorneys regarding the 1994 Anna Trust | A/C and WP | John, individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel | None |
| 634 | This document was produced in unredacted form as part of the meet and confer process in the Orphans' Court Litigation | | | | | |
| 649 | 2010/05/13 John Middleton email to Larry Laubach re response to written demand by Jill Raspet, counsel for Ms. Hughes, and Ms. | A/C and WP | John, individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel.. | None |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | Nupson's position re 1994 Anna Trust | | | | | |
| 652 | These documents were produced in unredacted form as part of the meet and confer process in the Orphans' Court Litigation | | | | | |
| 653 | | | | | | |
| 657 | 2010/05/13 Larry Laubach email to John Middleton re response to letter from Jill Rapset, counsel for Ms. Hughes, regarding Ms. Hughes' and Ms. Nupson's positions to the 1994 Anna Trust | A/C and WP | John, individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel. | None |
| 659 | 2010/09/09 John Middleton email to Larry Laubach re Ms. Nupson's, Ms. Hughes' and/or Ms. Hughes' counsel Jill Raspet's demands relating to the 1994 Anna Trust | A/C and WP | John as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel. | None |
| 663 | 2010/09/14 Larry Laubach email to John Middleton re discussions with Ms. Nupson and/or Ms. Hughes (or her counsel) about their positions relating to the 1994 Anna Trust | A/C and WP | John, individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel. | None |
| 666 | This document was produced in unredacted form as part of the meet and confer process in the Orphans' Court Litigation | | | | | |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| 681 | 2003/02/18 Larry Laubach email to James Jumper, Scott Barbakoff (all of Cozen) and John Middleton re discussions with Ms. Hughes' counsel | A/C | Bradford; John as Trustee of the 1/18/94 Grandchildren's Trust, 1994 Anna Trust, Original 2001 GRAT and proposed Modified 2001 GRAT | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel. | None |
| 682 | 2001/02/21 John Middleton email to Larry P. Laubach re Nancy Smith and Susan Thorkelson | A/C | Bradford | No | N/A | None |
| 684 | This document was produced in unredacted form as part of the meet and confer process in the Orphans' Court Litigation | | | | | |
| 688 | 2003/01/31 – John S. Middleton email to Scott Barbakoff, Esq. re shareholders (attachment to email listed above) | A/C | Bradford | No | N/A | None |
| 697 | These documents were produced in unredacted form as part of the meet and confer process in the Orphans' Court Litigation | | | | | |
| 698 | | | | | | |
| 699 | | | | | | |
| 715 | 2003/10/07 John Stine email to Larry Laubach re discussion with Ms. Hughes counsel, E. Arias, re calculations for true-up of 1994 Anna Trust division | A/C | John, individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel.. | None |
| 717 | These documents were produced in unredacted form as part of the meet and confer process in the Orphans' Court Litigation | | | | | |
| 718 | | | | | | |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| 730 | | | | | | |
| 731 | | | | | | |
| 740 | | | | | | |
| 744 | | | | | | |
| 745 | | | | | | |
| 754 | 2001/02/22 Larry Laubach draft stock purchase agreement for Bradford and Susan Thorkelson. Electronic file named "bradford - stock purchase agreement of susan flood thorkelson v1.WPD" | A/C | Bradford | No | N/A | 8 |
| 755 | 2001/02/22 Larry Laubach draft stock purchase agreement for Bradford and Nancy Smith.  Electronic file named "bradford - stock purchase agreement of nancy f. smith (2).WPD" | A/C | Bradford | No | N/A | 8 |
| 756 | 2001/02/22 Larry Laubach draft stock purchase agreement for Bradford and Susan Thorkelsen" red-lined. Electronic file named "bradford - stock purchase agreement of susan f. | A/C | Bradford | No | N/A | 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | thorkelson vRED (3).WPD" | | | | | |
| 757 | This document was produced in unredacted form as part of the meet and confer process in the Orphans' Court Litigation | | | | | |
| 761 | 2002/09/28 Larry Laubach email to John Stine (E&Y, financial advisor required to provide legal advice to client) re attached settlement proposal as provided to Bruce Rosenfield. Note this email is a duplicate of the document listed at No. 548, and the attachment (which is duplicate of entry No. 549) is non-privileged and has been produced at BHICOZ027904 | A/C | Bradford; John individually; John as Trustee and sole beneficiary of the Original 2001 GRAT; John as Trustee of the 1/18/94 Grandchildren's Trust; John as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel.. | None |
| 767 | This document was produced in unredacted form as part of the meet and confer process in the Orphans' Court Litigation | | | | | |
| 775 | 2003/01/29 Larry Laubach email to John Middleton regarding Ms. Hughes' response to settlement proposal | A/C | Bradford; John individually; John as Trustee and sole beneficiary of Original 2001 GRAT; John as Trustee of 1/18/94 Grandchildren's Trust | No – Ms. Nupson was not a beneficiary of the Original 2001 GRAT | N/A | None |
| 781 | 2003/01/31 John S. Middleton email with Larry Laubach regarding addresses for shareholders | A/C | Bradford; John individually; John as Trustee of the Anna 1994 Trusts; John as sole beneficiary and Trustee of the Original 2001 GRAT; John as Trustee of the proposed | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel.. | None |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | | | Modified 2001 GRAT; John as Trustee of the 1994 Grandchildren's Trusts | | | |
| 782 | 2003/01/31 document from John Middleton to Scott Barbakoff re shareholders | A/C | Bradford | No – document is a corporate record regarding all shareholders | N/A | None |
| 783 | This document was produced in unredacted form as part of the meet and confer process in the Orphans' Court Litigation | | | | | |
| 786 | 2003/02/18 Larry Laubach email to Phyllis Calix re revised document received from Ms. Hughes' counsel | A/C | John, individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel.. | None |
| 791 | These documents were produced in unredacted form as part of the meet and confer process in the Orphans' Court Litigation | | | | | |
| 838 | | | | | | |
| 839 | 2003/02/03 John Middleton email to Larry Laubach re shareholders, with attachment listed below | A/C | Bradford | No | N/A | None |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| 840 | 2003/02/03 John Middleton draft document re shareholders for review/comment by Larry Laubach | A/C | Bradford | No – document is a corporate record regarding all shareholders | N/A | None |
| 842 847 | These documents were produced in unredacted form as part of the meet and confer process in the Orphans' Court Litigation | | | | | |
| 848 | 2003/02/18 James Jumper email to Larry P. Laubach with included email of the same date from Larry Laubach to John Middleton, James Jumper and Scott Barbakoff (all of Cozen) re Ms. Hughes' counsel's revisions to Exhibit 2 (Acknowledgement of Receipt of Funds) to Family Settlement Agreement for 1/18/94 Grandchildren's Trust | A/C | John as Trustee of the 1/18/94 Grandchildren's Trust | No | N/A | None |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| 850 | 2003/01/31 John Middleton memorandum to Scott re information from Bradford about shareholders | A/C | Bradford | No | N/A | None |
| 859 862 863 | These documents were produced in unredacted form as part of the meet and confer process in the Orphans' Court Litigation | | | | | |
| 867 | 2003/02/05 Laubach email to Phyllis Calix re instructions relating to Family Settlement Agreement re 1994 Anna Trust | A/C | John, individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel.. | Non |
| 882 | 2003/02/18 Scott Barbakoff email to Larry Laubach and Phyllis Calix (all of Cozen) re communications with and/or advice to client re signatory authority, with attachment (listed below) | A/C | Bradford; John individually; John as Trustee of the 1994 Anna Trust; John as Trustee of the 1/18/94 Grandchildren's Trust; John as Trustee and sole beneficiary of the Original 2001 GRAT; John as Trustee of the then-proposed Modified 2001 GRAT | Yes, at least as to the portions of the attachments relating to the 1994 Anna Trust and/or the Modified 2001 GRAT.  No as to other portions of the attachments that relate to other trusts. | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel.  N/A | None |
| 883 | 2003/02/18 Scott Barbakoff document attached to email listed above - revised document re signatures/executions | A/C | Bradford; John individually; John as Trustee of the 1994 Anna Trust; John as Trustee of the 1/18/94 Grandchildren's Trust; John as Trustee and sole | Yes, at least as to the portions of the attachments relating to the 1994 Anna Trust and/or the Modified 2001 GRAT. | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel. | None |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | | | beneficiary of the Original 2001 GRAT; John as Trustee of the then-proposed Modified 2001 GRAT | No as to other portions of the attachments that relate to other trusts | N/A | |
| 884 | 2003/02/03 Larry Laubach email to James Jumper (both of Cozen) re shareholder records, with attachment (listed below) | A/C | Bradford | No – though attached document refers to 1994 Anna Trust as shareholder, document itself is not a trust administration record. Rather, it is a corporate record regarding all shareholders | N/A | None |
| 885 | 2003/02/03 - attachment to email listed above; document re shareholder records | A/C | Bradford | No – though document refers to 1994 Anna Trust as shareholder, document itself is not a trust administration record.  Rather, it is a corporate record regarding all shareholders | N/A | None |
| 887 | 2003/02/03 John Middleton email to Larry Laubach re shareholders, with attachment listed below | A/C | Bradford | No | N/A | None |
| 892 | 2003/02/03 Larry Laubach email to James Jumper (both of Cozen) re shareholder records, with attachment (listed below) | A/C | Bradford | No – though attached document refers to 1994 Anna Trust as shareholder, document itself is not a trust administration record. Rather, it is a corporate record regarding all shareholders | N/A | None |
| 893 | 2003/02/03 - attachment to | A/C | Bradford | No – though document refers to | N/A | None |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | email listed above; document re shareholder records | | | 1994 Anna Trust as shareholder, document itself is not a trust administration record.  Rather, it is a corporate record regarding all shareholders | | |
| 906 | 2003/02/12 Scott Barbakoff email to Larry Laubach and Phyllis Calix (all of Cozen) re communications with and/or advice to client re signatory authority, with attachment (listed below) | A/C | Bradford; John individually; John as Trustee of the 1994 Anna Trust; John as Trustee of the 1/18/94 Grandchildren's Trust; John as Trustee and sole beneficiary of the Original 2001 GRAT; John as Trustee of the then-proposed Modified 2001 GRAT | Yes, at least as to the portions of the attachments relating to the 1994 Anna Trust and/or the Modified 2001 GRAT.  No as to other portions of the attachments that relate to other trusts | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel.  N/A | None |
| 907 | 2003/02/12 Scott Barbakoff document attached to email listed above - revised document re signatures/executions | A/C | Bradford; John individually; John as Trustee of the 1994 Anna Trust; John as Trustee of the 1/18/94 Grandchildren's Trust; John as Trustee and sole beneficiary of the Original 2001 GRAT; John as Trustee of the then-proposed Modified 2001 GRAT | Yes, at least as to the portions of the attachments relating to the 1994 Anna Trust and/or the Modified 2001 GRAT.  No as to other portions of the attachments that relate to other trusts | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel. | None |
| 908 | These documents were produced in unredacted form as part of the meet and confer process in the Orphans' Court Litigation | | | | | |
| 909 | | | | | | |
| 921 | | | | | | |

87

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| 922 | | | | | | |
| 923 | | | | | | |
| 924 | 2014/05/19 Emails among John Middleton, Nadine Doolittle (Schnader) and Bruce Rosenfield re John and Leigh Middleton's personal estate planning and demands from T. Mucci (counsel for Ms. Nupson) regarding accounting | A/C and WP | John and Leigh Middleton individually as to communications regarding their personal estate planning; John Middleton, individually and as Trustee of the Anna 1994 Trusts as to demands from T. Mucci | No as to portions relating to John and Leigh Middleton's estate planning (such portions are non-responsive)<br><br>Yes as to portions relating to communications with T. Mucci | As part of the meet and confer process in Orphans' Court, this document **was** produced in redacted form to provide the information relating to communications with Mr. Mucci. The ***only*** remaining redacted information pertains to the personal estate planning of John S. Middleton. | 8 |
| 925 | 2014/06/05 Communication from Rosemary Maher (Schnader) to Bruce Rosenfield re discussion with Larry Laubach and John Middleton regarding legal arguments of Anna Nupson and claim that her assignment was revocable. | A/C and WP | John Middleton, individually and as Trustee of the 1972 Trust, the May 1982 Trust, the 1990 Trust, and the Anna 1994 Trusts | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel. Litigation threatened by beneficiary. | 6, 7, 8 |
| 926 | 2014/06/04 Email among Bruce Rosenfield, John Middleton, Larry Laubach and Rosemary Maher re legal arguments of Anna Nupson and claim that her | A/C and WP | John Middleton, individually and as Trustee of the 1972 Trust, the May 1982 Trust, the 1990 Trust, and the Anna 1994 Trusts | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel. Litigation threatened by beneficiary. | 6, 7, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | assignment was revocable. | | | | | |
| 927 | 2014/05/29 Memorandum from Michael Williams (Schnader) to Nadine Doolittle, Wilbur Kipnes (Schnader) and Bruce Rosenfield re advice for client regarding validity of Ms. Nupson's 1998 Assignment | A/C and WP | John Middleton, individually and as Trustee of the 1972 Trust, the May 1982 Trust, the 1990 Trust, and the Anna 1994 Trusts | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel.  Litigation threatened by beneficiary. | 6, 8 |
| 928 | These documents were produced in unredacted form as part of the meet and confer process in the Orphans' Court Litigation | | | | | |
| 929 | | | | | | |
| 930 | | | | | | |
| 931 | | | | | | |
| 932 | | | | | | |
| 933 | | | | | | |
| 934 | | | | | | |
| 935 | | | | | | |
| 936 | | | | | | |
| 937 | | | | | | |
| 938 | 2010/09/22 Larry Laubach email to John Middleton re Ms. Nupson's and/or her counsel's demands relating to the 1994 Anna Trust | A/C and WP | John individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel. | None |
| 939 | 2010/04/14 Larry Laubach email to John S. Middleton | A/C | John individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of | None |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | re discussions with Lucia Hughes' counsel regarding Ms. Hughes' and Ms. Nupson's demands relating to the 1994 Anna Trust | | | | beneficiaries who were represented by separate counsel. | |
| 940 | 2010/09/09 John Middleton email to Larry Laubach re negotiations with Ms. Nupson, Ms. Hughes and/or Ms. Hughes' counsel Jill Raspet re 1994 Anna Trust | A/C and WP | John individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel. | None |
| 941 | 2009/01/06 Larry P. Laubach email to John Middleton  re discussions with Ms. Nupson and/or Ms. Hughes regarding Ms. Nupson's position re the 1994 Anna Trust | A/C | John individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel. | None |
| 942 | 2010/01/07 John S. Middleton email to Larry P. Laubach re discussions with Lucia Hughes' counsel regarding Ms. Hughes' and Ms. Nupson's demands relating to the 1994 Anna Trust | A/C | John individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel. | None |
| 943 | 2010/01/07 John S. Middleton email to Larry P. | A/C | John individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of | None |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | Laubach re discussions with Lucia Hughes' counsel regarding Ms. Hughes' and Ms. Nupson's demands relating to the 1994 Anna Trust | | | | beneficiaries who were represented by separate counsel. | |
| 944 | 2010/01/07 Larry P. Laubach email to John Middleton  re discussions with Lucia Hughes' counsel regarding Ms. Hughes' and Ms. Nupson's demands relating to the 1994 Anna Trust | A/C | John individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel. | None |
| 945 | 2014/06/06 Bruce Rosenfield email to Larry P. Laubach; John S. Middleton re discussions with Thomas Mucci regarding Ms. Nupson's and Ms. Hughes' competing positions regarding assignment of insurance trust proceeds to 1994 Anna Trust | A/C and WP | John Middleton, individually and as Trustee of the 1972 Trust, the May 1982 Trust, the 1990 Trust, and the Anna 1994 Trusts | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel.  Litigation threatened by beneficiary.  It is unclear whether legal fees were paid from a trust of which Ms. Nupson was a beneficiary. | 8 |
| 946 | 2014/06/06 Larry P. Laubach email to Bruce Rosenfield; John S. Middleton re discussions | A/C and WP | John Middleton, individually and as Trustee of the 1972 Trust, the May 1982 Trust, the 1990 Trust, and the Anna 1994 | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate | 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | with Thomas Mucci regarding Ms. Nupson's and Ms. Hughes' competing positions regarding assignment of insurance trust proceeds to 1994 Anna Trust | | Trusts | | counsel.  Litigation threatened by beneficiary.  It is unclear whether legal fees were paid from a trust of which Ms. Nupson was a beneficiary. | |
| 947 | 2014/06/06 John S. Middleton  email to Larry P. Laubach; Bruce Rosenfield, Esq. re discussions with Thomas Mucci regarding Ms. Nupson's and Ms. Hughes' competing positions regarding assignment of insurance trust proceeds to 1994 Anna Trust | A/C and WP | John Middleton, individually and as Trustee of the 1972 Trust, the May 1982 Trust, the 1990 Trust, and the Anna 1994 Trusts | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel.  Litigation threatened by beneficiary.  It is unclear whether legal fees were paid from a trust of which Ms. Nupson was a beneficiary. | 8 |
| 948 | 2014/06/06 Bruce Rosenfield email to John Middleton ; Larry P. Laubach re discussions with Thomas Mucci regarding Ms. Nupson's and Ms. Hughes' competing positions regarding assignment of insurance trust proceeds to 1994 Anna | A/C and WP | John Middleton, individually and as Trustee of the 1972 Trust, the May 1982 Trust, the 1990 Trust, and the Anna 1994 Trusts | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel.  Litigation threatened by beneficiary.  It is unclear whether legal fees were paid from a trust of which Ms. Nupson was a beneficiary. | 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | Trust | | | | | |
| 949 | 2014/11/05 Draft email from Larry Laubach to John Middleton regarding Ms. Nupson's counsel's demand to inspect records relating to the 1994 Anna Trust and Bradford corporate information | A/C and WP | Bradford; John Middleton, individually | No – relates to request to view corporate documents only | As part of the meet and confer process in Orphans' Court, a redacted version of the document **was** produced to provide information related to the 1994 Anna Trust.  The only information still withheld is privileged documents relating to a demand to inspect corporate records made at a time when Ms. Nupson was no longer a direct or indirect shareholder. | 8 |
| 950 | 2014/12/31 James Mannion email to John Middleton regarding Ms. Nupson's claim that Mannion Prior was disqualified from representing Mr. Middleton in the pending litigation, with attached draft letter (listed below) for review and comment by Mr. Middleton | A/C and WP | John Middleton, individually and as Trustee of the 1972 Trust, the May 1982 Trust, the 1990 Trust, and the Anna 1994 Trusts | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel.  Litigation pending.  It is unclear whether legal fees were paid from a trust of which Ms. Nupson was a beneficiary. | 8 |
| 951 | 2014/12/30 James Mannion draft letter to Joel Young (Ms. Nupson's counsel) | A/C and WP | John Middleton, individually and as Trustee of the 1972 Trust, the May 1982 Trust, the | Yes | Interests of John as trustee differed from interests of beneficiaries who were | 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | regarding Ms. Nupson's claim that Mannion Prior was disqualified from representing Mr. Middleton in the pending litigation, for review and comment by Mr. Middleton | | 1990 Trust, and the Anna 1994 Trusts | | represented by separate counsel.  Litigation pending.  It is unclear whether legal fees were paid from a trust of which Ms. Nupson was a beneficiary. | |
| 952 | 2010/09/28 Larry P. Laubach email to John Middleton  re negotiations with Ms. Nupson, Ms. Hughes and/or Ms. Hughes' counsel Jill Raspet re 1994 Anna Trust | A/C and WP | John individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel. | None |
| 953 | 2008/07/02 Larry P. Laubach email to John Middleton  re discussions with Ms. Nupson and/or Frances S. Middleton (or their counsel) regarding Ms. Nupson's and/or Ms. Hughes' demands relating to the 1994 Anna Trust | A/C | John individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel. | None |
| 954 | 2009/09/14 Larry P. Laubach email to John Middleton  re discussions with Ms. Nupson and/or her counsel regarding Ms. | A/C | John individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel.. | None |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | Nupson's and/or Ms. Hughes' disagreement regarding distributions from the 1994 Anna Trust | | | | | |
| 955 | 2010/06/18 John S. Middleton email to Larry P. Laubach re negotiations with Ms. Nupson, Ms. Hughes and/or Ms. Hughes' counsel Jill Raspet re 1994 Anna Trust | A/C | John individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel. It is unclear whether legal fees were paid from a trust of which Ms. Nupson was a beneficiary. | None |
| 956 | 2011/02/23 John S. Middleton email to Larry P. Laubach re Ms. Nupson's desire to have Jonathan Freund review setting aside or modifying the 1994 Anna Trust | A/C | John individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel. | None |
| 957 | 2011/02/23 John S. Middleton email to Larry P. Laubach re Ms. Nupson's desire to have Jonathan Freund review setting aside or modifying the 1994 Anna Trust | A/C | John individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel. | None |
| 958 | 2011/02/23 Larry P. Laubach email to John | A/C | John individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of | None |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | Middleton  re Ms. Nupson's desire to have Jonathan Freund review setting aside or modifying the 1994 Anna Trust | | | | beneficiaries who were represented by separate counsel. | |
| 959 | 2011/02/23 Larry P. Laubach email to John Middleton  re Ms. Nupson's desire to have Jonathan Freund review setting aside or modifying the 1994 Anna Trust | A/C | John individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel. | None |
| 963 | 2009/09/14 John S. Middleton email to Larry P. Laubach re Ms. Nupson's demands to modify the 1994 Anna Trust and proposed revisions to trust documents | A/C | John individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel. | None |
| 964 | 2009/09/14 Larry P. Laubach email to John Middleton re Ms. Nupson's demands to modify the 1994 Anna Trust and proposed revisions to trust document | A/C | John individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel. | None |
| 965 | 2010/08/16 Larry P. Laubach email to John Middleton re negotiations with Ms. Nupson, Ms. | A/C | John individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate | None |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | Hughes and/or Ms. Hughes' counsel Jill Raspet re 1994 Anna Trust | | | | counsel. | |
| 966 | 2008/06/27 John S. Middleton email to Larry P. Laubach re negotiations with Ms. Hughes and/or Ms. Nupson re 1994 Anna Trust and his resignation as trustee | A/C | John individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel. | None |
| 967 | 2008/06/26 Larry P. Laubach email to John Middleton  re negotiations with Ms. Hughes and/or Ms. Nupson re 1994 Anna Trust and his resignation as trustee | A/C | John individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel. | None |
| 968 | 2008/06/24 John S. Middleton email to Larry P. Laubach re discussions with Ms. Nupson and/or Frances S. Middleton (or their counsel) regarding Ms. Nupson's and/or Ms. Hughes' demands relating to the 1994 Anna Trust | A/C | John individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel.. | None |
| 969 | This document was produced in unredacted form as part of the meet-and-confer process in the Orphans' Court Litigation | | | | | |
| 970 | 2008/06/27 Larry P. Laubach email to John Middleton  re negotiations | A/C | John individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were | None |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | with Ms. Hughes and/or Ms. Nupson re 1994 Anna Trust and his resignation as trustee | | | | represented by separate counsel. | |
| 971 | 2008/06/24 Larry P. Laubach email to John Middleton re discussions with Ms. Nupson and/or Frances S. Middleton (or their counsel) regarding Ms. Nupson's and/or Ms. Hughes' demands relating to the 1994 Anna Trust | A/C | John individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel. | None |
| 972 | 2008/06/24 Larry P. Laubach email to John Middleton re discussions with Ms. Nupson and/or Frances S. Middleton (or their counsel) regarding Ms. Nupson's and/or Ms. Hughes' demands relating to the 1994 Anna Trust | A/C | John individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel.. | None |
| 973 | 2009/01/30 John Stine (Smart & Associates) email to John S. Middleton, Larry P. Laubach and William Marx (Smart & Associates) re accounting for 1994 Anna Trust (numbered paragraph | A/C | John as Trustee of the 1994 Anna Trust as to paragraph 1<br><br>John individually and/or Bradford as to numbered paragraphs 2 to 5 | No | Paragraph 1 of the document relating to 1994 Anna Trust was produced in the Orphans' Court Litigation.<br><br>The only remaining redacted portions relate to company | None |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | 1) and issues relating to salary/ bonuses/ distributions for the company (numbered paragraphs 2 to 5) | | | | matters long after the 2003 stock redemption. | |
| 974 | 2009/02/27 John S. Middleton email to Larry P. Laubach re discussions about Frances S. Middleton and her estate planning | A/C | John individually | No – relates solely to communications about Mrs. Middleton and not any trusts of which Ms. Nupson is a beneficiary. | N/A | 2, 3 |
| 975 | 2011/07/01 Larry P. Laubach email to John Middleton  re discussions with Ms. Nupson's attorney Jonathan Freund about the 1994 Anna Trust | A/C | John individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel.. | None |
| 977 | 2011/07/08 Larry P. Laubach email to John Middleton  re discussions with Ms. Nupson's attorney John Stoviak about the 1994 Anna Trust | A/C | John individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel. | None |
| 978 | 2011/07/08 John S. Middleton email to Larry P. Laubach re discussions with Ms. Nupson and/or her attorney John Stoviak re her demands relating to the | A/C | John individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel. | None |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | 1994 Anna Trust | | | | | |
| 979 | 2011/07/08 Larry P. Laubach email to John Middleton re discussions with Ms. Nupson and/or her attorney John Stoviak re her demands relating to the 1994 Anna Trust | A/C | John individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel. | None |
| 980 | 2011/07/12 John S. Middleton email to Larry P. Laubach re discussions with Ms. Nupson and/or her attorney John Stoviak re her demands relating to the 1994 Anna Trust | A/C | John individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel. | None |
| 981 | 2011/07/12 Larry P. Laubach email to John Middleton re discussions with Ms. Nupson and/or her attorney John Stoviak re her demands relating to the 1994 Anna Trust | A/C | John individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel. | None |
| 982 | 2011/07/12 John S. Middleton email to Larry P. Laubach re discussions with Ms. Nupson and/or her attorney John Stoviak re her demands relating to the | A/C | John individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel. | None |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | 1994 Anna Trust | | | | | |
| 983 | 2011/07/13 Larry P. Laubach email to John Middleton  re discussions with Ms. Nupson and/or her attorney Jonathan Freund re her demands relating to the 1994 Anna Trust | A/C | John individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel. | None |
| 984 | 2011/07/18 Larry P. Laubach email to John Middleton  re discussions with Ms. Nupson and/or her attorneys Jonathan Freund and John Stoviak re her demands relating to the 1994 Anna Trust | A/C | John individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel. | None |
| 985 | 2011/09/26 Larry P. Laubach email to John Middleton  re discussions with Ms. Nupson and/or her attorney John Stoviak re her demands relating to the 1994 Anna Trust and trust disbursals and Ms. Hughes' position re same. | A/C | John individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel. | None |
| 986 | 2011/10/03 Larry P. Laubach email to John Middleton  re discussions | A/C | John individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were | 7 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | with Ms. Nupson and/or her attorneys Jonathan Freund and John Stoviak re her demands relating to the 1994 Anna Trust | | | | represented by separate counsel.. | |
| 987 | 2011/10/03 John S. Middleton email to Larry P. Laubach re discussions with Ms. Nupson and/or her attorneys Jonathan Freund and John Stoviak re her demands relating to the 1994 Anna Trust | A/C | John individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel. | None |
| 989 993 | These documents were produced in unredacted form as part of the meet and confer process in the Orphans' Court Litigation | | | | | |
| 994 | 2012/09/28 Larry P. Laubach email to John S. Middleton re calculation of potential gifts from Frances S. Middleton's 1998 Revocable Trust, with attachment listed below | A/C | John individually | No | N/A | 2, 3 |
| 995 996 1010 1011 1012 | These documents were produced in unredacted form as part of the meet and confer process in the Orphans' Court Litigation | | | | | |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| 1013 | | | | | | |
| 1014 | | | | | | |
| 1015 | | | | | | |
| 1016 | 2012/12/22 John Stine (Grant Thornton) email to John S. Middleton  and Larry P. Laubach re gifts from Marital Trust | A/C and WP | John individually and as Trustee of the Marital Trust under the Will of Herbert H. Middleton, Jr. | No | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel. | 8 |
| 1044 | 2012/12/23 John Stine (Grant Thornton), Larry P. Laubach, James Mannion email to John S. Middleton; and Jared Szychter; John Stine (Grant Thornton) re negotiations with Ms. Hughes, Ms. Nupson and/or their respective counsel regarding 2012 Family Settlement Agreement, with attachment listed below | A/C and WP | John individually and as Trustee of the Marital Trust under the Will of Herbert H. Middleton, Jr. | No | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel. | 2, 3, 4 |
| 1045 | 2012/12/23 John Stine document for review/comment by Larry Laubach, James Mannion and John Middleton regarding assets of Frances S. Middleton.  Electronic file named "Analysis of | A/C and WP | John individually and as Trustee of the Marital Trust under the Will of Herbert H. Middleton, Jr. | No | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel. | 2, 3, 4 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | 12.17 portfolios.v2.5mm.wscenario summary.v2 12.23.12.xlsx" | | | | | |
| 1046 | 2012/12/23 Larry P. Laubach, John S. Middleton, Margaret Thompson email to James Mannion re negotiations with Ms. Hughes, Ms. Nupson and/or their respective counsel regarding 2012 Family Settlement Agreement, with attachment listed below | A/C and WP | John individually and as Trustee of the Marital Trust under the Will of Herbert H. Middleton, Jr. | No | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel. | 2, 3, 4 |
| 1047 | 2012/12/23 Draft Family Settlement Agreement with edits by James Mannion, for review/comment by Margaret Thompson, John Middleton.  Electronic file named  "PHILADELPHIA-#6794714-v6-MIDDLETON_2012_FAMILY_AGREEMENT JFM EDITS 12 23 12.DOCX" | A/C and WP | John individually and as Trustee of the Marital Trust under the Will of Herbert H. Middleton, Jr. | No | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel. | 2, 3, 4 |
| 1048 | 2012/12/23 John S. Middleton, John Stine email to James Mannion and Larry | A/C and WP | John individually and as Trustee of the Marital Trust under the Will of Herbert H. | No | Interests of John as trustee differed from interests of beneficiaries who were | 2, 3, 4 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | P. Laubach re 2012 Family Agreement | | Middleton, Jr. | | represented by separate counsel. | |
| 1052 | 2012/12/24 John Stine (Grant Thornton) email to John S. Middleton and Larry P. Laubach re attached document, listed below, for 2012 Family Settlement Agreement | A/C and WP | John individually and as Trustee of the Marital Trust under the Will of Herbert H. Middleton, Jr. | No | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel. | 2, 3, 4 |
| 1053 | 2012/12/24 John Stine document for review/comment by John Middleton and Larry Laubach, attached to email listed above.  Electronic file named "12.24.12 Trustee Authorization to transfer assets exhibit.pdf" | A/C and WP | John individually and as Trustee of the Marital Trust under the Will of Herbert H. Middleton, Jr. | No | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel. | 2, 3, 4 |
| 1055 | 2012/12/24 Larry P. Laubach email to John S. Middleton re 2012 Family Settlement Agreement and instructions to Hayes Roberts at Tiedemann to sell securities of Revocable Trust | A/C and WP | John individually and as Trustee of the Marital Trust under the Will of Herbert H. Middleton, Jr. | No | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel. | 2, 3, 4 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| 1060 | These documents were produced in unredacted form as part of the meet and confer process in the Orphans' Court Litigation | | | | | |
| 1061 | | | | | | |
| 1062 | | | | | | |
| 1063 | | | | | | |
| 1064 | | | | | | |
| 1066 | | | | | | |
| 1067 | | | | | | |
| 1068 | | | | | | |
| 1071 | | | | | | |
| 1072 | | | | | | |
| 1073 | | | | | | |
| 1074 | | | | | | |
| 1075 | | | | | | |
| 1076 | | | | | | |
| 1077 | | | | | | |
| 1080 | | | | | | |
| 1081 | 2013/12/11 Margaret Thompson  email to John S. Middleton and Larry P. Laubach re Estate of Francis Middleton and demands on behalf of Ms. Nupson by Thomas Mucci relating to same. | A/C and WP | John as Executor of the Estate of Frances S. Middleton, as Trustee of the Marital Trust under the Will of Herbert H. Middleton, Jr., and as Trustee of the 1998 Revocable Trust | No | Litigation threatened by beneficiary.<br><br>As part of the meet and confer process, the document **was** produced in redacted form. | 2, 3, 7, 8 |
| 1082 | These documents were produced in unredacted form as part of the meet and confer process in the Orphans' Court Litigation | | | | | |
| 1083 | | | | | | |
| 1084 | | | | | | |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| 1085 | 2013/11/05 Attachment to email listed above. Memorandum from Margaret Thompson to John Middleton regarding Estate and Trust of Frances S. Middleton.  Electronic file named "LEGAL 17594867v1 Middleton e-memo to John Middleton.pdf" | A/C | John individually as to numbered paragraph 8 of the attachment regarding his individual disclaimer rights | No | A redacted version of this document was produced in the Orphans' Court Litigation.  The only information still withheld relates to legal advice to John Middleton regarding his legal rights as a beneficiary of hi smother's Revocable Trust / estate. | 2, 3, 8 |
| 1086 1087 1088 1089 | These documents were produced in unredacted form as part of the meet and confer process in the Orphans' Court Litigation | | | | | |
| 1090 | 2014/05/20 Bruce Rosenfeld email to John S. Middleton and Larry P. Laubach re demands of Ms. Nupson relating to assignment of insurance trust distributions to 1994 Anna Trust | A/C and WP | John as Trustee of the 1972, May 1982 and April 1990 insurance trusts; John as Trustee of the 1994 Anna Trust; John individually | Yes | Interests of John as trustee differed from interest of beneficiary who was represented by separate counsel; litigation threatened by beneficiary. | 8 |
| 1091 | 2014/05/20 John S. Middleton emails with Bruce Rosenfield and Larry P. Laubach re demands of Ms. Nupson relating to | A/C and WP | John as Trustee of the 1972, May 1982 and April 1990 insurance trusts; John as Trustee of the 1994 Anna Trust; John individually | Yes | Interests of John as trustee differed from interest of beneficiary who was represented by separate counsel; litigation threatened | 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | assignment of insurance trust distributions to 1994 Anna Trust | | | | by beneficiary. | |
| 1092 | 2014/05/20 Bruce Rosenfield emails with John S. Middleton and Larry P. Laubach re demands of Ms. Nupson relating to assignment of insurance trust distributions to 1994 Anna Trust | A/C and WP | John as Trustee of the 1972, May 1982 and April 1990 insurance trusts; John as Trustee of the 1994 Anna Trust; John individually | Yes | Interests of John as trustee differed from interest of beneficiary who was represented by separate counsel; litigation threatened by beneficiary. | 8 |
| 1093 | 2014/05/20 John S. Middleton emails with Bruce Rosenfield and Larry P. Laubach re demands of Ms. Nupson relating to assignment of insurance trust distributions to 1994 Anna Trust | A/C and WP | John as Trustee of the 1972, May 1982 and April 1990 insurance trusts; John as Trustee of the 1994 Anna Trust; John individually | Yes | Interests of John as trustee differed from interest of beneficiary who was represented by separate counsel; litigation threatened by beneficiary. | 8 |
| 1094 | 2014/05/20 Bruce Rosenfield emails with John S. Middleton and Larry P. Laubach re demands of Ms. Nupson relating to assignment of insurance trust distributions to 1994 Anna Trust | A/C and WP | John as Trustee of the 1972, May 1982 and April 1990 insurance trusts; John as Trustee of the 1994 Anna Trust; John individually | Yes | Interests of John as trustee differed from interest of beneficiary who was represented by separate counsel; litigation threatened by beneficiary. | 8 |
| 1095 | 2014/06/04 Bruce | A/C and WP | John as Trustee of the 1972, | Yes | Interests of John as trustee | 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | Rosenfield email to John S. Middleton and Larry P. Laubach; Margaret Thompson; Rosemary Maher (Schnader) re research for response to demands of Ms. Nupson relating to assignment of insurance trust distributions to 1994 Anna Trust, with attachment listed below | | May 1982 and April 1990 insurance trusts; John as Trustee of the 1994 Anna Trust; John individually | | differed from interest of beneficiary who was represented by separate counsel; litigation threatened by beneficiary. | |
| 1096 | 2014/05/29 Michael S. Williams memorandum (attached to email listed above) to Wilbur Kipnes Nadine Doolittle and Bruce Rosenfield (all from Schnader) regarding Validity of Anna Nupson's 1998 Assignment. Electronic file named "Memo re Validity of Anna Nupson's 1998 Assignment.DOCX" | A/C and WP | John as Trustee of the 1972, May 1982 and April 1990 insurance trusts; John as Trustee of the 1994 Anna Trust; John individually | Yes | Interests of John as trustee differed from interest of beneficiary who was represented by separate counsel; litigation threatened by beneficiary. | 8 |
| 1097 | 2014/06/04 Larry P. Laubach email to Bruce Rosenfield; John S. Middleton and Rosemary | A/C and WP | John as Trustee of the 1972, May 1982 and April 1990 insurance trusts; John as Trustee of the 1994 Anna | Yes | Interests of John as trustee differed from interest of beneficiary who was represented by separate | 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | Maher (Schnader) re research for response to demands of Ms. Nupson relating to assignment of insurance trust distributions to 1994 Anna Trust | | Trust; John individually | | counsel; litigation threatened by beneficiary. | |
| 1098 | 2014/06/04 Larry P. Laubach email to Bruce Rosenfield; John S. Middleton and Rosemary Maher (Schnader) re research for response to demands of Ms. Nupson relating to assignment of insurance trust distributions to 1994 Anna Trust | A/C and WP | John as Trustee of the 1972, May 1982 and April 1990 insurance trusts; John as Trustee of the 1994 Anna Trust; John individually | Yes | Interests of John as trustee differed from interest of beneficiary who was represented by separate counsel; litigation threatened by beneficiary. | 8 |
| 1099 | 2014/06/05 John S. Middleton email to Bruce Rosenfield; Larry P. Laubach and Rosemary Maher (Schnader) re research for response to demands of Ms. Nupson relating to assignment of insurance trust distributions to 1994 Anna Trust | A/C and WP | John as Trustee of the 1972, May 1982 and April 1990 insurance trusts; John as Trustee of the 1994 Anna Trust; John individually | Yes | Interests of John as trustee differed from interest of beneficiary who was represented by separate counsel; litigation threatened by beneficiary. | 8 |
| 1100 | 2014/06/05 Bruce Rosenfield email to John | A/C and WP | John as Trustee of the 1972, May 1982 and April 1990 | Yes | Interests of John as trustee differed from interest of | 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | Middleton ; Larry P. Laubach and Rosemary Maher (Schnader) re research for response to demands of Ms. Nupson relating to assignment of insurance trust distributions to 1994 Anna Trust | | insurance trusts; John as Trustee of the 1994 Anna Trust; John individually | | beneficiary who was represented by separate counsel; litigation threatened by beneficiary. | |
| 1101 | 2014/06/05 Larry P. Laubach email to John S. Middleton; Bruce Rosenfield re discussions with Thomas Mucci re demands of Ms. Nupson relating to assignment of insurance trust distributions to 1994 Anna Trust | A/C and WP | John as Trustee of the 1972, May 1982 and April 1990 insurance trusts; John as Trustee of the 1994 Anna Trust; John individually | Yes | Interests of John as trustee differed from interest of beneficiary who was represented by separate counsel; litigation threatened by beneficiary. | 8 |
| 1102 | 2014/06/06 Larry P. Laubach email to John Middleton and Bruce Rosenfield re attached draft letter (listed below) to Thomas Mucci re demands of Ms. Nupson relating to assignment of insurance trust distributions to 1994 Anna Trust | A/C and WP | John as Trustee of the 1972, May 1982 and April 1990 insurance trusts; John as Trustee of the 1994 Anna Trust; John individually | Yes | Interests of John as trustee differed from interest of beneficiary who was represented by separate counsel; litigation threatened by beneficiary. | 8 |
| 1103 | 2014/06/06 Larry Laubach | A/C and WP | John as Trustee of the 1972, | Yes | Interests of John as trustee | 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | draft letter (attachment to email listed above) for review/comment by John Middleton and Bruce Rosenfield, to Thomas Mucci re demands of Ms. Nupson relating to assignment of insurance trust distributions to 1994 Anna Trust.  Electronic file named "LEGAL 19315292v1 Letter to Thomas J. Budd Mucci.DOCX" | | May 1982 and April 1990 insurance trusts; John as Trustee of the 1994 Anna Trust; John individually | | differed from interest of beneficiary who was represented by separate counsel; litigation threatened by beneficiary. | |
| 1104 | 2014/06/08 Bruce Rosenfield email to Larry P. Laubach and John Middleton  re attached draft letter (listed below) to Thomas Mucci re demands of Ms. Nupson relating to assignment of insurance trust distributions to 1994 Anna Trust | A/C and WP | John as Trustee of the 1972, May 1982 and April 1990 insurance trusts; John as Trustee of the 1994 Anna Trust; John individually | Yes | Interests of John as trustee differed from interest of beneficiary who was represented by separate counsel; litigation threatened by beneficiary. | 8 |
| 1105 | 2014/06/08 Bruce Rosenfield revisions of Larry Laubach draft letter (attachment to email listed | A/C and WP | John as Trustee of the 1972, May 1982 and April 1990 insurance trusts; John as Trustee of the 1994 Anna | Yes | Interests of John as trustee differed from interest of beneficiary who was represented by separate | 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | above) for review/comment by John Middleton and Bruce Rosenfield, to Thomas Mucci re demands of Ms. Nupson relating to assignment of insurance trust distributions to 1994 Anna Trust, attached to email listed above. Electronic file named "LEGAL 19315292v1 Letter to Thomas J. Budd Mucci.DOCX" | | Trust; John individually | | counsel; litigation threatened by beneficiary. | |
| 1106 | 2014/06/09 Larry P. Laubach email to Bruce Rosenfield and John Middleton re draft letter to Thomas Mucci re demands of Ms. Nupson relating to assignment of insurance trust distributions to 1994 Anna Trust | A/C and WP | John as Trustee of the 1972, May 1982 and April 1990 insurance trusts; John as Trustee of the 1994 Anna Trust; John individually | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary.  In addition, legal fees not paid from trusts of which Ms. Nupson is a beneficiary | 8 |
| 1107 | 2014/06/09 John S. Middleton email to Larry P. Laubach; Bruce Rosenfield re draft letter to Thomas Mucci re demands of Ms. Nupson relating to | A/C and WP | John as Trustee of the 1972, May 1982 and April 1990 insurance trusts; John as Trustee of the 1994 Anna Trust; John individually | Yes | Interests of John as trustee differed from interest of beneficiary who was represented by separate counsel; litigation threatened by beneficiary. | 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | assignment of insurance trust distributions to 1994 Anna Trust | | | | | |
| 1108 | 2014/06/09 Larry P. Laubach email to John S. Middleton; Bruce Rosenfield re revised letter to Thomas Mucci re demands of Ms. Nupson relating to assignment of insurance trust distributions to 1994 Anna Trust, with two attachments listed below | A/C and WP | John as Trustee of the 1972, May 1982 and April 1990 insurance trusts; John as Trustee of the 1994 Anna Trust; John individually | Yes | Interests of John as trustee differed from interest of beneficiary who was represented by separate counsel; litigation threatened by beneficiary. | 8 |
| 1109 | 2014/06/09 Larry Laubach revisions to draft letter to Thomas Mucci re demands of Ms. Nupson relating to assignment of insurance trust distributions to 1994 Anna Trust, blackline draft, for review/comment by Bruce Rosenfield and John Middleton.  Electronic file named "[Comparison Result] Letter to Thomas J. Budd Mucci (compared with Letter to Thomas J. Budd | A/C and WP | John as Trustee of the 1972, May 1982 and April 1990 insurance trusts; John as Trustee of the 1994 Anna Trust; John individually | Yes | Interests of John as trustee differed from interest of beneficiary who was represented by separate counsel; litigation threatened by beneficiary. | 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | Mucci-1).pdf" | | | | | |
| 1110 | 2014/06/09 Larry Laubach revised draft letter to Thomas Mucci re demands of Ms. Nupson relating to assignment of insurance trust distributions to 1994 Anna Trust, for review/comment by Bruce Rosenfield and John Middleton.  Electronic file named "[Modified Document] Letter to Thomas J. Budd Mucci.docx" | A/C and WP | John as Trustee of the 1972, May 1982 and April 1990 insurance trusts; John as Trustee of the 1994 Anna Trust; John individually | Yes | Interests of John as trustee differed from interest of beneficiary who was represented by separate counsel; litigation threatened by beneficiary. | 8 |
| 1111 | 2014/06/10 Larry P. Laubach email to Bruce Rosenfield; John S. Middleton re discussions with Thomas Mucci about demands of Ms. Nupson relating to assignment of insurance trust distributions to 1994 Anna Trust | A/C and WP | John as Trustee of the 1972, May 1982 and April 1990 insurance trusts; John as Trustee of the 1994 Anna Trust; John individually | Yes | Interests of John as trustee differed from interest of beneficiary who was represented by separate counsel; litigation threatened by beneficiary. | 8 |
| 1112 | 2014/06/11 Bruce Rosenfield email to Larry P. Laubach; John S. Middleton re letter re distributions to | A/C and WP | John as Trustee of the 1972, May 1982 and April 1990 insurance trusts; John as Trustee of the 1994 Anna | Yes | Interests of John as trustee differed from interest of beneficiary who was represented by separate | 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | Ms. Nupson from 1972, May 1982 and April 1990 insurance trusts | | Trust; John individually | | counsel; litigation threatened by beneficiary. | |
| 1113 | 2014/06/11 John S. Middleton email to Bruce Rosenfield; Larry P. Laubach re letter re distributions to Ms. Nupson from 1972, May 1982 and April 1990 insurance trusts | A/C and WP | John as Trustee of the 1972, May 1982 and April 1990 insurance trusts; John as Trustee of the 1994 Anna Trust; John individually | Yes | Interests of John as trustee differed from interest of beneficiary who was represented by separate counsel; litigation threatened by beneficiary. | 8 |
| 1114 | 2014/06/11 Bruce Rosenfield email to John Middleton ; Larry P. Laubach re letter re distributions to Ms. Nupson from 1972, May 1982 and April 1990 insurance trusts | A/C and WP | John as Trustee of the 1972, May 1982 and April 1990 insurance trusts; John as Trustee of the 1994 Anna Trust; John individually | Yes | Interests of John as trustee differed from interest of beneficiary who was represented by separate counsel; litigation threatened by beneficiary. | 8 |
| 1115 | 2014/06/24 John S. Middleton  email to Larry P. Laubach; Bruce Rosenfield, Esq. re Ms. Nupson's demand to inspect trust records and related documents | A/C and WP | John as Trustee of the 1972, May 1982 and April 1990 insurance trusts; John as Trustee of the 1994 Anna Trust; John individually | Yes | Interests of John as trustee differed from interest of beneficiary who was represented by separate counsel; litigation threatened by beneficiary. | 6, 7, 8 |
| 1116 | 2014/07/03 Larry P. Laubach email to John S. Middleton and Bruce Rosenfield re discussion | A/C and WP | John as Trustee of the 1972, May 1982 and April 1990 insurance trusts; John as Trustee of the 1994 Anna | Yes | Interests of John as trustee differed from interest of beneficiary who was represented by separate | 6, 7, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | with Arthur Solmssen (counsel for Ms. Hughes) about Ms. Nupson's demand to inspect trust records and other documents | | Trust; John individually | | counsel; litigation threatened by beneficiary. | |
| 1117 | 2014/07/11 Larry P. Laubach email to John Middleton, Bruce Rosenfield and Margaret Thompson re research memorandum(attached, listed below)regarding demands of Thomas Mucci as counsel for Ms. Nupson to inspect trust records and other documents | A/C and WP | John as Trustee of the 1972, May 1982 and April 1990 insurance trusts; John as Trustee of the 1994 Anna Trust; John individually | Yes | Interests of John as trustee differed from interest of beneficiary who was represented by separate counsel; litigation threatened by beneficiary. | 6, 7, 8 |
| 1118 | 2014/07/11 Emily B. Pickering memorandum, attached to email listed above, to Margaret Thompson and Larry Laubach (all of Cozen) regarding "Inspection of Trust and Related Documents" in the possession of Cozen O'Connor, P.C. Electronic file named | A/C and WP | John as Trustee of the 1972, May 1982 and April 1990 insurance trusts; John as Trustee of the 1994 Anna Trust; John individually | Yes | Interests of John as trustee differed from interest of beneficiary who was represented by separate counsel; litigation threatened by beneficiary. | 6, 7, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | "19471519_6.pdf" | | | | | |
| 1119 | 2014/07/17 Larry P. Laubach email to John Middleton and Bruce Rosenfield re attached draft response (listed below) to Thomas Mucci re Ms. Nupson's demands to inspect trust records and other documents | A/C and WP | John as Trustee of the 1972, May 1982 and April 1990 insurance trusts; John as Trustee of the 1994 Anna Trust; John individually | Yes | Interests of John as trustee differed from interest of beneficiary who was represented by separate counsel; litigation threatened by beneficiary. | 6, 7, 8 |
| 1120 | 2014/07/17 Larry Laubach draft letter to Thomas Mucci, for review/comment by John Middleton, Bruce Rosenfield re Ms. Nupson's demands to inspect trust records and other documents, attached to email listed above. Electronic file named "LEGAL 19579012v1 Letter to Thomas J. Budd Mucci, Esquire.DOCX" | A/C and WP | John as Trustee of the 1972, May 1982 and April 1990 insurance trusts; John as Trustee of the 1994 Anna Trust; John individually | Yes | Interests of John as trustee differed from interest of beneficiary who was represented by separate counsel; litigation threatened by beneficiary. | 6, 7, 8 |
| 1121 | 2014/07/17 John S. Middleton  email to Larry P. Laubach and Bruce Rosenfield re draft response to Thomas Mucci re Ms. | A/C and WP | John as Trustee of the 1972, May 1982 and April 1990 insurance trusts; John as Trustee of the 1994 Anna Trust; John individually | Yes | Interests of John as trustee differed from interest of beneficiary who was represented by separate counsel; litigation threatened | 6, 7, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
|  | Nupson's demands to inspect trust records and other documents |  |  |  | by beneficiary. |  |
| 1122 | 2014/07/17 John S. Middleton email to Larry P. Laubach and Bruce Rosenfield re draft response to Thomas Mucci re Ms. Nupson's demands to inspect trust records and other documents | A/C and WP | John as Trustee of the 1972, May 1982 and April 1990 insurance trusts; John as Trustee of the 1994 Anna Trust; John individually | Yes | Interests of John as trustee differed from interest of beneficiary who was represented by separate counsel; litigation threatened by beneficiary. | 6, 7, 8 |
| 1123 | 2014/07/17 Larry P. Laubach email to John S. Middleton and Bruce Rosenfield re draft response to Thomas Mucci re Ms. Nupson's demands to inspect trust records and other documents | A/C and WP | John as Trustee of the 1972, May 1982 and April 1990 insurance trusts; John as Trustee of the 1994 Anna Trust; John individually | Yes | Interests of John as trustee differed from interest of beneficiary who was represented by separate counsel; litigation threatened by beneficiary. | 6, 7, 8 |
| 1124 | 2014/07/17 John S. Middleton email to Larry P. Laubach and Bruce Rosenfield re draft response to Thomas Mucci re Ms. Nupson's demands to inspect trust records and other documents | A/C and WP | John as Trustee of the 1972, May 1982 and April 1990 insurance trusts; John as Trustee of the 1994 Anna Trust; John individually | Yes | Interests of John as trustee differed from interest of beneficiary who was represented by separate counsel; litigation threatened by beneficiary. | 6, 7, 8 |
| 1125 | 2014/07/17 John S. | A/C and WP | John as Trustee of the 1972, | Yes | Interests of John as trustee | 6, 7, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | Middleton email to Bruce Rosenfield; Larry P. Laubach re draft response to Thomas Mucci re Ms. Nupson's demands to inspect trust records and other documents | | May 1982 and April 1990 insurance trusts; John as Trustee of the 1994 Anna Trust; John individually | | differed from interest of beneficiary who was represented by separate counsel; litigation threatened by beneficiary. | |
| 1126 | 2014/07/17 Larry P. Laubach email to John S. Middleton; Bruce Rosenfield re Ms. Nupson's demand to inspect trust records and other documents | A/C and WP | John as Trustee of the 1972, May 1982 and April 1990 insurance trusts; John as Trustee of the 1994 Anna Trust; John individually | Yes | Interests of John as trustee differed from interest of beneficiary who was represented by separate counsel; litigation threatened by beneficiary. | 6, 7, 8 |
| 1140 | 2014/05/29 Michael S. Williams Memorandum (attached to email listed above) to Nadine Doolittle, Wilbur Kipnes and Bruce Rosenfield (all from Schnader) re "Validity of Anna Nupson's 1998 Assignment." Electronic file named "4931963_1.pdf" | A/C and WP | John as Trustee of the 1972, May 1982 and April 1990 insurance trusts; John as Trustee of the 1994 Anna Trust; John individually | Yes | Interests of John as trustee differed from interest of beneficiary who was represented by separate counsel; litigation threatened by beneficiary. | None |
| 1146 | 2014/10/29 Larry P. Laubach email to John S. Middleton and Margaret Thompson re discussions with Thomas Mucci and | A/C and WP | John as Trustee of the 1972, May 1982 and April 1990 insurance trusts; John as Trustee of the 1994 Anna Trust; John individually | Yes | Interests of John as trustee differed from interest of beneficiary who was represented by separate counsel; litigation threatened | 6, 7, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | Joel Young regarding Ms. Nupson's demands relating to the insurance trusts and the 1994 Anna Trust and 10/28/14 email from Mr. Young | | | | by beneficiary. | |
| 1147 | 2014/10/29 Larry P. Laubach email to John Middleton and Margaret Thompson re discussions with Thomas Mucci and Joel Young regarding Ms. Nupson's demands relating to the insurance trusts and the 1994 Anna Trust and 10/28/14 email from Mr. Young | A/C and WP | John as Trustee of the 1972, May 1982 and April 1990 insurance trusts; John as Trustee of the 1994 Anna Trust; John individually | Yes | Interests of John as trustee differed from interest of beneficiary who was represented by separate counsel; litigation threatened by beneficiary. | 6, 7, 8 |
| 1157 | 2014/11/10 Bruce Rosenfield email to James Mannion and John S. Middleton; Larry P. Laubach; Nadine Doolittle (Schnader) re Ms. Nupson's litigation relating to the three insurance trusts and the 1994 Anna Trust | A/C and WP | John as Trustee of the 1972, May 1982 and April 1990 insurance trusts; John individually and as Trustee of the 1994 Anna Trust | Yes | Relates to then-active litigation; trustee and beneficiary's interests adverse. | 8 |
| 1158 | 2014/11/10 Bruce Rosenfield email to James | A/C and WP | John as Trustee of the 1972, May 1982 and April 1990 | Yes | Relates to then-active litigation; trustee and | 6, 7, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | Mannion and John S. Middleton; Larry P. Laubach; Nadine Doolittle (Schnader) re Ms. Nupson's litigation relating to the three insurance trusts and the 1994 Anna Trust | | insurance trusts; John individually and as Trustee of the 1994 Anna Trust | | beneficiary's interests adverse. | |
| 1166 | 2014/12/02 Margaret Thompson email to John S. Middleton and Larry P. Laubach; James Mannion re accounts for the 1994 Anna Trusts, with three attachments listed below | A/C and WP | John individually and as Trustee of the 1994 Anna Trust | Yes | Relates to then-active litigation; trustee and beneficiary's interests adverse. | 8 |
| 1167 | 2014/12/02 Margaret Thompson draft fbo Hughes account document. Electronic file named "LEGAL 21654519v1 Anna Bauer Trust fbo Hughes Account.PDF" | A/C and WP | John individually and as Trustee of the 1994 Anna Trust | Yes | Relates to then-active litigation; trustee and beneficiary's interests adverse. | 8 |
| 1168 | 2014/12/02 Margaret Thompson draft fbo Middleton account document. Electronic file named "LEGAL 21653833v1 Anna Bauer Trust fbo Middleton Second | A/C and WP | John individually and as Trustee of the 1994 Anna Trust | Yes | Relates to then-active litigation; trustee and beneficiary's interests adverse. | 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | Account.PDF" | | | | | |
| 1169 | 2014/12/02 Margaret draft document for accounting of 1994 Anna Trusts. Electronic file named "LEGAL 21655089v1 Anna Trust Verifications.PDF" | A/C and WP | John individually and as Trustee of the 1994 Anna Trust | Yes | Relates to then-active litigation; trustee and beneficiary's interests adverse. | 8 |
| 1170 | 2014/12/02 Margaret Thompson  email to John S. Middleton and Larry P. Laubach; James Mannion re accounts for the  1994 Anna Trusts | A/C and WP | John individually and as Trustee of the 1994 Anna Trust | Yes | Relates to then-active litigation; trustee and beneficiary's interests adverse. | 8 |
| 1171 | 2014/12/05 John Stine (Grant Thornton) email to Michael Kelly (Bradford), Larry P. Laubach and John S. Middleton re Ms. Nupson's demands and litigation to inspect trust record and related documents | A/C and WP | John as Trustee of the 1972, May 1982 and April 1990 insurance trusts; John individually and as Trustee of the 1994 Anna Trust | Yes | Relates to then-active litigation; trustee and beneficiary's interests adverse. | 8 |
| 1172 | 2014/12/09 Margaret Thompson email to John S. Middleton and James Mannion; Larry P. Laubach re potential resignation and replacement as Trustee of | A/C and WP | John individually and as Trustee of the 1994 Anna Trust | Yes | Relates to then-active litigation; trustee and beneficiary's interests adverse. | 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | the 1994 Anna Trust and pending litigation | | | | | |
| 1173 | 2014/12/09 Margaret Thompson email to John S. Middleton and James Mannion; Larry P. Laubach re potential resignation and replacement as Trustee of the 1994 Anna Trust and pending litigation | A/C and WP | John individually and as Trustee of the 1994 Anna Trust | Yes | Relates to then-active litigation; trustee and beneficiary's interests adverse. | 8 |
| 1174 | 2014/12/09 Margaret Thompson email to John S. Middleton and James Mannion; Larry P. Laubach re draft Petitions for Adjudication of accounting for 1994 Anna Trust, with three attachments listed below. | A/C and WP | John individually and as Trustee of the 1994 Anna Trust | Yes | Relates to then-active litigation; trustee and beneficiary's interests adverse. | 8 |
| 1175 | 2014/12/09 Margaret Thompson draft for review/comment. Electronic file named "LEGAL 21695808v1 Anna Middleton Bauer Trust fbo Hughes - Petition for Adjudication for Second Account.pdf" | A/C and WP | John individually and as Trustee of the 1994 Anna Trust | Yes | Relates to then-active litigation; trustee and beneficiary's interests adverse. | 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| 1176 | 2014/12/09 Margaret Thompson draft for review/comment.  Electronic file named "LEGAL 21705402v1 Anna Middleton Bauer Trust fbo Middleton - Petition for Adjudication for Second Account.pdf" | A/C and WP | John individually and as Trustee of the 1994 Anna Trust | Yes | Relates to then-active litigation; trustee and beneficiary's interests adverse. | 8 |
| 1177 | 2014/12/09 Margaret Thompson draft for review/comment.  Electronic file named "LEGAL 21708044v1 SIGNATURE PAGES Anna Trusts.PDF" | A/C and WP | John individually and as Trustee of the 1994 Anna Trust | Yes | Relates to then-active litigation; trustee and beneficiary's interests adverse. | 8 |
| 1178 | 2014/12/09 James Mannion email to John S. Middleton and Larry P. Laubach; Margaret Thompson  re court hearing on Ms. Nupson's Petition for Declaratory Relief in May 1982 Insurance Trust | A/C and WP | John as Trustee of the 1972, May 1982 and April 1990 insurance trusts; John individually and as Trustee of the 1994 Anna Trust | Yes | Relates to then-active litigation; trustee and beneficiary's interests adverse. | 8 |
| 1179 | 2015/01/13 Margaret Thompson  email to James Mannion; Larry P. Laubach; John S. Middleton re communication from Joel | A/C and WP | John as Trustee of the 1972, May 1982 and April 1990 insurance trusts; John individually and as Trustee of the 1994 Anna Trust | Yes | Relates to then-active litigation; trustee and beneficiary's interests adverse. | 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | Young relating to filing in Docket 2012-X3503 | | | | | |
| 1180 | This document was produced in unredacted form as part of the meet and confer process in the Orphans' Court Litigation | | | | | |
| 1190 | 2002/03/29 Larry P. Laubach email to Robert Siwicki, Patrick Hurley, Daniel Williams, James E. Reilly (all of Fleet) and John S. Middleton and Annette Madison re revised confidentiality agreement | A/C | Bradford | No | N/A | 1, 8 |
| 1193 | 2001/03/26 John S. Middleton email to John Stine (E&Y); Bruce Rosenfeld; Larry Laubach re S-Corp reorganization and shareholder elections | A/C | Bradford; John individually and as Trustee of the 1994 Anna Trust | Yes only as to portion about Ms. Nupson, which has been produced. | As part of the meet and confer in the Orphans' Court Litigation, a version containing **all** information about the 1994 Anna Trust **was** produced; only information about other shareholders (for example, Mr. Middleton himself) was redacted. | 8 |
| 1194 | 2001/03/26 John Stine email to John S. Middleton; Bruce Rosenfield, Larry Laubach, and Katherine Bruckman (of E&Y) re S-Corp reorganization and shareholder elections | A/C | Bradford; John individually and as Trustee of the 1994 Anna Trust | Yes only as to portion about Ms. Nupson, which has been produced. | As part of the meet and confer in the Orphans' Court Litigation, a version containing **all** information about the 1994 Anna Trust **was** produced; only information about other shareholders (for example, Mr. Middleton) was redacted. | 8 |

126

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| 1203 | 2001/10/31 John Stine email to Larry Laubach, Bruce Rosenfield, John S. Middleton regarding legal and tax issues relating to possible amendment to shareholders agreement | A/C | Bradford; John individually | No | N/A | 8 |
| 1204 | 2002/01/17 – Larry Laubach mark-up of Confidentiality Agreement with Fleet Securities | A/C | Bradford | No | N/A | 1, 8 |
| 1205 | 2002/01/17 – Larry Laubach mark-up of Fleet engagement letter with Schnader.  Electronic file named "ENGAGEMENT LETTER (Marked).doc" | A/C | Bradford | No | N/A | 1, 8 |
| 1206 | 2002/01/17 – Larry Laubach mark-up of Fleet engagement letter with Bradford for Built-In Gains valuation relating to S-Corp conversion.  Electronic file named "EXPANDED ENGAGEMENT LETTER (Marked).doc" | A/C | Bradford | No | N/A | 1, 8 |
| 1210 | 2002/02/15 Larry P. Laubach email to Robert | A/C | Bradford | No | N/A | 1, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | Siwicki, Andrea Falcione (both of Fleet), John Middleton and Annette Madison re confidentiality agreement | | | | | |
| 1211 | 2001/08/31 - Bradford Letter agreement with Fleet Advisors regarding access to confidential Bradford information in connection with engagement by Bruce Rosenfield/Schnader as counsel for Bradford to provide services to assist counsel in advising client | A/C | Bradford | No | N/A | 1, 8 |
| 1214 | 2002/03/14 Larry P. Laubach email to Robert Siwicki (Fleet), John Middleton and Annette Madison re confidentiality agreement | A/C | Bradford | No | N/A | 1, 8 |
| 1215 | 2002/03/14 – draft confidentiality agreement between Bradford and Fleet Securities.  Electronic file named "YB$PDOC.DOC" | A/C | Bradford | No | N/A | 1, 8 |
| 1219 | 2002/03/29 Larry P. Laubach email to Robert | A/C | Bradford | No | N/A | 1, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | Siwicki, Patrick Hurley (Fleet), Daniel Williams (Fleet), James E. Reilly (Fleet), John Middleton and Annette Madison re revised confidentiality agreement | | | | | |
| 1220 | 2002/04/01 Larry P. Laubach email to Robert Siwicki, Patrick Hurley (Fleet), Daniel Williams (Fleet), James E. Reilly (Fleet), John Middleton and Annette Madison re revised confidentiality agreement, with attachment listed below | A/C | Bradford | No | N/A | 1, 8 |
| 1221 | 2002/04/01 Larry Laubach draft confidentiality agreement with Fleet for review/comment by recipients of email listed above.  Electronic file named "YBMDDOC_.doc" | A/C | Bradford | No | N/A | 1, 8 |
| 1237 | 2001/03/29 Bruce Rosenfield email to John Middleton  re QSST or ESBT election for November 1982 trust and Anna 1994 Trust | A/C | John individually and as trustee of November 1982 Trust | No | N/A | 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| 1238 | 2001/03/29 Larry P. Laubach email to John Middleton, Annette Madison (Bradford) and Bruce Rosenfield re E&Y request to lift restriction on ability of E&Y staff member providing services to other tobacco companies | A/C | Bradford; JMI (now owned by Philip Morris USA, Inc. | No | N/A | 8 |
| 1242 | 2001/02/22 Marianna Marchiano (Schnader) email to John Stine (E&Y),  John S. Middleton Bruce Rosenfield and Larry P. Laubach re stock purchase agreements with Susan Thorkelson and Nancy Smith (listed below) | A/C | Bradford | No | N/A | 8 |
| 1243 | 2001/02/22 Marianna Marchiano draft for review/comment by John Middleton, Larry Laubach and Bruce Rosenfield, attached to email above. Electronic file named "bradford - stock purchase agreement of susan flood thorkelson v1.WPD" | A/C | Bradford | No | N/A | 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| 1244 | 2001/02/22 Marianna Marchiano draft for review/comment by John Middleton, Larry Laubach and Bruce Rosenfield, attached to email above. Electronic file named "bradford - stock purchase agreement of nancy f. smith (2).WPD" | A/C | Bradford | No | N/A | 8 |
| 1245 | 2001/02/22 Marianna Marchiano draft for review/comment by John Middleton, Larry Laubach and Bruce Rosenfield, attached to email above. Electronic file named "bradford - stock purchase agreement of susan f. thorkelson vRED (3).WPD" | A/C | Bradford | No | N/A | 8 |
| 1248 | 2009/03/31 Larry P. Laubach email to John Middleton re potential conversion of 1994 Anna Trust to Unitrust and discussions with Ms. Nupson, Ms. Hughes and their respective counsel re | A/C | John individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel. | None |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | same | | | | | |
| 1249 | 2009/09/14 John S. Middleton email to Larry P. Laubach re Ms. Nupson's demands to modify the 1994 Anna Trust and proposed revisions to trust document | A/C | John individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel. | None |
| 1250 | 2009/09/14 Larry P. Laubach email to John Middleton re Ms. Nupson's demands to modify the 1994 Anna Trust and proposed revisions to trust document | A/C | John individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel. | None |
| 1251 | This document was produced in unredacted form as part of the meet and confer process in the Orphans' Court Litigation | | | | | |
| 1253 | 2014/06/10 Bruce Rosenfield email to Larry P. Laubach and John S. Middleton re revised letter to Thomas Mucci in response to Ms. Nupson's demands relating to the three insurance trusts, the 1994 Anna Trust and her assignment | A/C and WP | John as Trustee of the 1972, May 1982 and April 1990 insurance trusts; John individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel. Relates to threatened litigation with beneficiary. | 8 |
| 1254 | 2014/06/10 Larry P. Laubach email to Bruce Rosenfield and John S. Middleton re discussions | A/C and WP | John as Trustee of the 1972, May 1982 and April 1990 insurance trusts; John as Trustee of the 1994 Anna | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate | 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | with Thomas Mucci about demands of Ms. Nupson relating to assignment of insurance trust distributions to 1994 Anna Trust | | Trust; John individually | | counsel. Relates to threatened litigation with beneficiary. | |
| 1255 | 2014/07/17 Bruce Rosenfield email to John S. Middleton; Larry P. Laubach re draft response to Thomas Mucci re Ms. Nupson's demands to inspect trust records and other documents | A/C and WP | John as Trustee of the 1972, May 1982 and April 1990 insurance trusts; John as Trustee of the 1994 Anna Trust; John individually | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel. Relates to threatened litigation with beneficiary. | 8 |
| 1257 | 2009/01/07 John S. Middleton email to Larry P. Laubach re negotiations with Ms. Hughes, Ms. Nupson and their respective attorneys regarding potential modifications to the 1994 Anna Trust | A/C | John individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John as trustee differed from interests of beneficiaries who were represented by separate counsel. | None |
| 1258 1259 1260 1263 1265 1273 | These documents were produced in unredacted form as part of the meet and confer process in the Orphans' Court Litigation | | | | | |

133

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| 1274 | 2015/09/10 Margaret Thompson email to James Mannion and John S. Middleton re three insurance trusts, 1994 Anna Trust, 1998 Revocable Trust and Marital Trust, and Ms. Nupson's demands relating to same, with attachment listed below | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts, 1994 Anna Trust, 1998 Revocable Trust, and the Marital Trust Under the Will of Herbert H. Middleton, Jr.; John as former Trustee of the Modified 2001 GRAT | Yes | Interests of John adverse to beneficiary; litigation was pending. | 2, 3, 8 |
| 1275 | 2015/08/24 Cozen O'Connor invoices, attached to email above, for services provided in connection with litigation commenced by Ms. Nupson | A/C and WP | John individually, and as Trustee of the 1972 and May 1982 Insurance Trusts, the 1994 Anna Trust, and the 1998 Revocable Trust | Yes | Interests of John adverse to beneficiary; litigation was pending. | 2, 3, 8 |
| 1276 | 2014/01/10 John S. Middleton email to Margaret Thompson re communication from Ms. Nupson's attorney with demands relating to 1998 Revocable Trust | A/C and WP | John as Executor of the Estate of Frances S. Middleton and Trustee of the 1998 Revocable Trust | No | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 2, 3, 8 |
| 1277 1278 | These documents were produced in unredacted form as part of the meet and confer process in the Orphans' Court Litigation | | | | | |
| 1279 | 2009/01/30 John Stine email to John S. Middleton; Larry P. Laubach and William | A/C | John as Trustee of the 1994 Anna Trust as to paragraph 1 | Yes | As part of the meet and confer in the Orphans' Court Litigation, a version containing | |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | Marx (Smart & Associates) re Notes re conversations | | John individually and/or Bradford as to numbered paragraphs 2 to 5 | No – relates to company matters in post-redemption period | all information about the 1994 Anna Trust was produced; only information relating to the corporation's privilege was redacted. | |
| 1280 | These documents were produced in unredacted form as part of the meet and confer process in the Orphans' Court Litigation | | | | | |
| 1281 | | | | | | |
| 1282 | 2014/04/07 Bruce Rosenfield email to Larry P. Laubach and Margaret Thompson, Wilbur Kipnes (Schnader) re Ms. Nupson's demands relating to trust records and revocation of her assignment | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts, 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 7, 8 |
| 1283 | 2014/08/27 Wilbur Kipnes (Schnader) email to Bruce Rosenfield, Margaret Thompson, Larry P. Laubach and Nadine Doolittle re Ms. Nupson's demands related to trusts of which she is a beneficiary | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts, 1994 Anna Trust, 1998 Revocable Trust, and the Marital Trust Under the Will of Herbert H. Middleton, Jr. | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 8 |
| 1284 | This document was produced in unredacted form as part of the meet and confer process in the Orphans' Court Litigation | | | | | |
| 1285 | 2008/12/18 Larry P. Laubach email to Bruce | A/C | John individually | No | N/A | 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | Rosenfield and Roy Ross re personal matters for John Middleton | | | | | |
| 1286 | This document was produced in unredacted form as part of the meet and confer process in the Orphans' Court Litigation | | | | | |
| 1287 | 2014/02/17 Wilbur Kipnes (Schnader) email to Wilbur Kipnes (Schnader), Larry P. Laubach, Margaret Thompson , Bruce Rosenfield, and Nadine Doolittle re Ms. Nupson's demands relating to the 1994 Anna Trust | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts and 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 8 |
| 1288 | 2014/02/14 Wilbur Kipnes (Schnader) emails with Margaret Thompson, Larry P. Laubach, Bruce Rosenfield and Nadine Doolittle (Schnader) re Ms. Nupson's demands relating to the 1994 Anna Trust and 2/12/14 letter to Thomas Mucci | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts and 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 8 |
| 1289 | 2014/02/14 Margaret Thompson  emails to Wilbur Kipnes (Schnader), Larry P. | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | Laubach, Bruce Rosenfield and Nadine Doolittle re Ms. Nupson's demands relating to the 1994 Anna Trust and 2/12/14 letter to Thomas Mucci | | Trusts and 1994 Anna Trust | | | |
| 1290 | 2014/02/13 Wilbur Kipnes (Schnader) emails with Larry P. Laubach, Margaret Thompson, Bruce Rosenfield and Nadine Doolittle re Ms. Nupson's demands relating to the 1994 Anna Trust and 2/12/14 letter to Thomas Mucci | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts and 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 8 |
| 1291 | 2014/01/21 Rosemary Maher (Schnader) emails with Margaret Thompson, Larry P. Laubach, Nadine Doolittle and Bruce Rosenfield re Ms. Nupson's demands relating to the 1994 Anna Trust and 1/14/14 communications with Thomas Mucci | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts and 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 8 |
| 1292 | 2014/01/20 Bruce Rosenfield emails with | A/C and WP | John individually, and as Trustee of the 1972, May 1982 | Yes | Interests of John adverse to beneficiary; litigation | 6, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
|  | Margaret Thompson, Larry P. Laubach, Rosemary Maher (Schnader), and Nadine Doolittle re Ms. Nupson's demands relating to the 1994 Anna Trust and 1/14/14 communications with Thomas Mucci |  | and April 1990 Insurance Trusts and 1994 Anna Trust |  | threatened by beneficiary. |  |
| 1293 | 2014/01/20 Margaret Thompson  emails with Bruce Rosenfield, Larry P. Laubach, Rosemary Maher (Schnader), and Nadine Doolittle re Ms. Nupson's demands relating to the 1994 Anna Trust and 1/14/14 communications with Thomas Mucci | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts and 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 8 |
| 1294 | 2014/01/20 Bruce Rosenfield emails with Margaret Thompson, Larry P. Laubach, Rosemary Maher (Schnader) and Nadine Doolittle re Ms. Nupson's demands relating to the 1994 Anna Trust and 1/14/14 communications with Thomas Mucci | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts and 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| 1295 | 2014/01/20 Margaret Thompson emails with Bruce Rosenfield, Larry P. Laubach, Rosemary Maher (Schnader), and Nadine Doolittle re Ms. Nupson's demands relating to the 1994 Anna Trust and 1/14/14 communications with Thomas Mucci | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts and 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 8 |
| 1296 | 2014/01/20 Bruce Rosenfield emails with Larry P. Laubach, Margaret Thompson, Rosemary Maher (Schnader) and Nadine Doolittle re Ms. Nupson's demands relating to the 1994 Anna Trust and 1/14/14 communications with Thomas Mucci | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts and 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 8 |
| 1297 | 2014/01/19 Margaret Thompson emails with Bruce Rosenfield, Larry P. Laubach, Rosemary Maher (Schnader) and Nadine Doolittle re Ms. Nupson's demands relating to the 1994 Anna Trust and | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts and 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | 1/14/14 communications with Thomas Mucci | | | | | |
| 1298 | 2014/01/18 Bruce Rosenfield emails with Margaret, Larry P. Laubach, Rosemary Maher (Schnader) and Nadine Doolittle re Ms. Nupson's demands relating to the 1994 Anna Trust and 1/14/14 communications with Thomas Mucci | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts and 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 8 |
| 1299 | 2014/01/18 Bruce Rosenfield emails with Margaret Thompson, Larry P. Laubach and Rosemary Maher (Schnader) re Ms. Nupson's demands relating to the 1994 Anna Trust and 1/14/14 communications with Thomas Mucci | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts and 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 8 |
| 1300 | 2014/01/18 Larry P. Laubach emails with Margaret Thompson, and Bruce Rosenfield re Ms. Nupson's demands relating to the 1994 Anna Trust and 1/14/14 communications with Thomas Mucci | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts and 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| 1301 | 2014/01/17 Bruce Rosenfield emails with Margaret Thompson and Larry P. Laubach re Ms. Nupson's demands relating to the 1994 Anna Trust and 1/14/14 communications with Thomas Mucci | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts and 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 8 |
| 1302 | 2014/01/16 Bruce Rosenfield emails with Larry P. Laubach and Margaret Thompson  re Ms. Nupson's demands relating to the 1994 Anna Trust and 1/14/14 communications with Thomas Mucci | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts and 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 8 |
| 1303 | 2014/02/20 Larry P. Laubach email to Wilbur Kipnes (Schnader), Margaret Thompson, Bruce Rosenfield and Nadine Doolittle re Ms. Nupson's demands relating to the 1994 Anna Trust | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts and 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 8 |
| 1304 | 2014/02/17 Larry P. Laubach email to Wilbur Kipnes (Schnader), Margaret Thompson, Bruce | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts and 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | Rosenfield and Nadine Doolittle re Ms. Nupson's demands relating to the 1994 Anna Trust | | | | | |
| 1305 | 2014/02/13 Larry P. Laubach email to Margaret Thompson, Wilbur Kipnes, Bruce Rosenfield and Nadine Doolittle re Ms. Nupson's demands relating to the 1994 Anna Trust and 2/12/14 communications with Thomas Mucci | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts and 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 8 |
| 1306 | 2014/01/20 Larry P. Laubach email to Margaret Thompson, Bruce Rosenfield, Rosemary Maher (Schnader), and Nadine Doolittle re Ms. Nupson's demands relating to the 1994 Anna Trust and 2/12/14 communications with Thomas Mucci | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts and 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 8 |
| 1307 | 2014/01/20 Larry P. Laubach email to Bruce Rosenfield, Margaret Thompson, Rosemary Maher (Schnader), and | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts and 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | Nadine Doolittle re Ms. Nupson's demands relating to the 1994 Anna Trust and 1/14/14 communications with Thomas Mucci | | | | | |
| 1308 | 2014/01/17 Larry P. Laubach email to Margaret Thompson and Bruce Rosenfield re Ms. Nupson's demands relating to the 1994 Anna Trust and 1/14/14 communications with Thomas Mucci | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts and 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 8 |
| 1309 | These documents were produced in unredacted form as part of the meet and confer process in the Orphans' Court Litigation | | | | | |
| 1310 | | | | | | |
| 1311 | | | | | | |
| 1312 | 2014/04/11 Larry P. Laubach email to Bruce Rosenfield, Margaret Thompson and Wilbur Kipnes (Schnader) re Ms. Nupson's demands for trust records | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts and 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 7, 8 |
| 1313 | 2014/04/11 Larry P. Laubach email to Wilbur Kipnes (Schnader), Bruce Rosenfield and Margaret Thompson  re Ms. Nupson's | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts and 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 7, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | demands for trust records | | | | | |
| 1314 | 1993/11/24 - 1997/07/08 - Collection of privileged communications by Herbert H. Middleton, Jr. with counsel (Bruce Rosenfield and Albert Momjian of Schnader) regarding personal representation of Herbert H. Middleton, Jr.. Electronic file named "LEGAL 18486430v1 Middleton Schnader HHM.PDF" | A/C and WP | John as Executor of the Estate of Herbert H. Middleton, Jr. | No – Although the documents mention the 1994 Anna Trust, they relate to Schnader's representation of Herbert H. Middleton Jr., individually | N/A | 4, 8 |
| 1315 | 2014/04/11 Larry P. Laubach email to Bruce Rosenfield, Wilbur Kipnes (Schnader), Margaret Thompson and Nadine Doolittle (Schnader) re Ms. Nupson's demands for trust records, and Bradford confidentiality agreement | A/C and WP | Bradford; John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts and 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 8 |
| 1316 | 2014/04/11 Larry P. Laubach email to Bruce Rosenfield, Wilbur Kipnes (Schnader), Margaret Thompson and Nadine | A/C and WP | Bradford, John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts and 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | Doolittle (Schnader) re Ms. Nupson's demands for trust records, and Bradford confidentiality agreement | | | | | |
| 1317 | 2014/04/15 Larry P. Laubach email to Bruce Rosenfield, Wilbur Kipnes (Schnader), Margaret Thompson, and Nadine Doolittle (Schnader) re Ms. Nupson's demands for trust records, and Bradford confidentiality agreement | A/C and WP | Bradford, John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts and 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 8 |
| 1318 | 2014/04/15 Larry P. Laubach email to Bruce Rosenfield, Wilbur Kipnes (Schnader), Margaret Thompson and Nadine Doolittle (Schnader) re Ms. Nupson's demands for trust records, and Bradford confidentiality agreement | A/C and WP | Bradford, John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts and 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 8 |
| 1319 | 2014/06/03 Larry P. Laubach email to Bruce Rosenfield re Ms. Nupson's position regarding revocation of assignment | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts and 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 8 |
| 1320 | 2014/06/10 Larry P. | A/C and WP | John individually, and as | Yes | Interests of John adverse to | 6, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
|  | Laubach email to Nadine Doolittle and Bruce Rosenfield (both of Schnader) re Ms. Nupson's demands for trust records |  | Trustee of the 1972, May 1982 and April 1990 Insurance Trusts and 1994 Anna Trust |  | beneficiary; litigation threatened by beneficiary. |  |
| 1321 | 2014/06/24 Wilbur Kipnes (Schnader) email to Larry P. Laubach and Bruce Rosenfield re Ms. Nupson's demands for trust records | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts and 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 8 |
| 1322 | 2014/07/16 Wilbur Kipnes (Schnader) email to Larry P. Laubach and Bruce Rosenfield re Ms. Nupson's demands for trust records | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts and 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 8 |
| 1323 | 2014/07/16 Bruce Rosenfield email to Larry P. Laubach and Wilbur Kipnes (Schnader) re Ms. Nupson's demands for trust records | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts and 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 8 |
| 1324 | 2014/08/25 Bruce Rosenfield email to Larry P. Laubach and Wilbur Kipnes (Schnader); Nadine Doolittle re attached memorandum (listed below) regarding Ms. Nupson's demands regarding trusts of | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts, 1994 Anna Trust, 1998 Revocable Trust, and the Marital Trust Under the Will of Herbert H. Middleton, Jr. | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | which she is a beneficiary | | | | | |
| 1325 | 2014/08/7 Nadine Doolittle Memorandum regarding Ms. Nupson's demands regarding trusts of which she is a beneficiary. Electronic file named "Memo to File.pdf" | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts, 1994 Anna Trust, 1998 Revocable Trust, and the Marital Trust Under the Will of Herbert H. Middleton, Jr. | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 8 |
| 1326 | 2014/08/26 Larry P. Laubach email to Bruce Rosenfield, Wilbur Kipnes (Schnader), Nadine Doolittle and Margaret Thompson  re Ms. Nupson's demands regarding trusts of which she is a beneficiary | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts, 1994 Anna Trust, 1998 Revocable Trust, and the Marital Trust Under the Will of Herbert H. Middleton, Jr. | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 8 |
| 1327 | 2014/08/26 Margaret Thompson  email to Larry P. Laubach, Bruce Rosenfield, Wilbur Kipnes (Schnader) and Nadine Doolittle re Ms. Nupson's demands regarding trusts of which she is a beneficiary | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts, 1994 Anna Trust, 1998 Revocable Trust, and the Marital Trust Under the Will of Herbert H. Middleton, Jr. | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 8 |
| 1328 | 2014/08/26 Bruce Rosenfield email to Larry P. Laubach, Wilbur Kipnes (Schnader), Nadine | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts, 1994 Anna Trust, 1998 | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | Doolittle, Margaret Thompson and Rosemary Maher (Schnader) re Ms. Nupson's demands regarding trusts of which she is a beneficiary | | Revocable Trust, and the Marital Trust Under the Will of Herbert H. Middleton, Jr. | | | |
| 1329 | 2014/08/26 Wilbur Kipnes (Schnader) email to Bruce Rosenfield, Larry P. Laubach, Nadine Doolittle, Margaret Thompson and Rosemary Maher (Schnader) re Ms. Nupson's demands regarding trusts of which she is a beneficiary | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts, 1994 Anna Trust, 1998 Revocable Trust, and the Marital Trust Under the Will of Herbert H. Middleton, Jr. | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 8 |
| 1330 | 2014/08/26 Bruce Rosenfield email to Larry P. Laubach, Wilbur Kipnes (Schnader), Nadine Doolittle, Margaret Thompson and Rosemary Maher (Schnader) re Ms. Nupson's demands regarding trusts of which she is a beneficiary | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts, 1994 Anna Trust, 1998 Revocable Trust, and the Marital Trust Under the Will of Herbert H. Middleton, Jr. | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 8 |
| 1331 | 2014/08/26 Wilbur Kipnes (Schnader) email to Larry P. Laubach, Bruce Rosenfield, | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | Margaret Thompson and Nadine Doolittle re Ms. Nupson's demands regarding trusts of which she is a beneficiary | | Trusts, 1994 Anna Trust, 1998 Revocable Trust, and the Marital Trust Under the Will of Herbert H. Middleton, Jr. | | | |
| 1332 | 2014/08/26 Bruce Rosenfield email to Margaret Thompson, Larry P. Laubach, Wilbur Kipnes (Schnader), and Nadine Doolittle re Ms. Nupson's demands regarding trusts of which she is a beneficiary | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts, 1994 Anna Trust, 1998 Revocable Trust, and the Marital Trust Under the Will of Herbert H. Middleton, Jr. | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 8 |
| 1333 | 2014/08/27 Bruce Rosenfield email to Margaret Thompson, Larry P. Laubach, Wilbur Kipnes (Schnader), Nadine Doolittle and Rosemary Maher (Schnader) re Ms. Nupson's demands regarding trusts of which she is a beneficiary | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts, 1994 Anna Trust, 1998 Revocable Trust, and the Marital Trust Under the Will of Herbert H. Middleton, Jr. | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 8 |
| 1334 | 2014/08/27 Wilbur Kipnes (Schnader) email to Margaret Thompson, Larry P. Laubach, Bruce Rosenfield, Nadine Doolittle and Rosemary Maher | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts, 1994 Anna Trust, 1998 Revocable Trust, and the Marital Trust Under the Will of | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | (Schnader) re Ms. Nupson's demands regarding trusts of which she is a beneficiary | | Herbert H. Middleton, Jr. | | | |
| 1335 | 2014/08/27 Margaret Thompson email to Bruce Rosenfield, Larry P. Laubach, Wilbur Kipnes (Schnader), Nadine Doolittle and Rosemary Maher (Schnader) re Ms. Nupson's demands regarding trusts of which she is a beneficiary | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts, 1994 Anna Trust, 1998 Revocable Trust, and the Marital Trust Under the Will of Herbert H. Middleton, Jr. | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 8 |
| 1336 | 2014/08/27 Larry P. Laubach email to Bruce Rosenfield, Margaret Thompson, Wilbur Kipnes (Schnader), Nadine Doolittle and Rosemary Maher (Schnader) re Ms. Nupson's demands regarding trusts of which she is a beneficiary | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts, 1994 Anna Trust, 1998 Revocable Trust, and the Marital Trust Under the Will of Herbert H. Middleton, Jr. | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 8 |
| 1337 | 2014/10/05 Bruce Rosenfield email to Margaret Thompson and Larry P. Laubach re communications from Thomas Mucci regarding Ms. Nupson's demands for | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts, and as Trustee of the 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | trust records and her position about the revocation of her assignment | | | | | |
| 1338 | 2014/10/05 Larry P. Laubach email to Bruce Rosenfield and Margaret Thompson  re communications from Thomas Mucci regarding Ms. Nupson's demands for trust records and her position about the revocation of her assignment | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts, and as Trustee of the 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 8 |
| 1339 | 2014/10/05 Bruce Rosenfield email to Larry P. Laubach, Margaret Thompson,  and Wilbur Kipnes (Schnader) re communications from Thomas Mucci regarding Ms. Nupson's demands for trust records and her position about the revocation of her assignment | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts, and as Trustee of the 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 8 |
| 1340 | 2014/10/06 Larry P. Laubach email to Bruce Rosenfield, Margaret Thompson, Wilbur Kipnes | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts, and as Trustee of the | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | (Schnader) and Nadine Doolittle re Ms. Nupson's demands for trust records and her position about the revocation of her assignment | | 1994 Anna Trust | | | |
| 1341 | 2014/10/29 Margaret Thompson (Cozen) email to Nancy Pole, Nadine Doolittle, Zach Zacharia, Bruce Rosenfield (all of Schnader) and Larry Laubach re Ms. Nupson's demands for distribution from insurance trusts and her position about the revocation of her assignment, and potential accountings for May 1982 trust | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts, and as Trustee of the 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 8 |
| 1342 | 2014/10/29 Wilbur Kipnes (Schnader) email to Larry P. Laubach, Bruce Rosenfield, Margaret Thompson and Nadine Doolittle re communications with Thomas Mucci re Ms. Nupson's demands for distribution from May 1982 | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts, and as Trustee of the 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | insurance trust | | | | | |
| 1343 | 2014/10/29 Larry P. Laubach email to Wilbur Kipnes, Bruce Rosenfield (both Schnader) and Margaret Thompson (Cozen) re communications with Thomas Mucci re Ms. Nupson's demands for distribution from May 1982 insurance trust | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts, and as Trustee of the 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 8 |
| 1344 | 2014/10/29 Bruce Rosenfield email to Larry P. Laubach, Wilbur Kipnes (Schnader), Margaret Thompson and Nadine Doolittle re communications with Thomas Mucci re Ms. Nupson's demands for distribution from May 1982 insurance trust | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts, and as Trustee of the 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 8 |
| 1345 | 2014/10/30 Nancy Pole (Schnader) email to Margaret Thompson (Cozen), Zach Zacharia, Nadine Doolittle, Bruce Rosenfield (all Schnader) and Larry Laubach re Ms. | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts, and as Trustee of the 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | Nupson's demands for distribution from insurance trusts and her position about the revocation of her assignment, and potential accountings for May 1982 trust | | | | | |
| 1346 | 2014/10/31 Bruce Rosenfield email to Larry P. Laubach, Margaret Thompson and Nadine Doolittle re potential resignation of John and replacement as Trustee of the 1994 Anna Trust | A/C and WP | John individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation was pending. | 8 |
| 1347 | 2014/11/04 Larry P. Laubach email to Wilbur Kipnes (Schnader), Bruce Rosenfield and Nadine Doolittle re Ms. Nupson's' demands for trust records and pending petition re same | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts, and as Trustee of the 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation was pending. | 6, 8 |
| 1348 | 2014/11/17 Nadine Doolittle email to Margaret Thompson, Larry P. Laubach, James Mannion and Bruce Rosenfield re Petition for Adjudication | A/C and WP | John individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation was pending. | 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | relating to 1994 Anna Trusts, with five attachments listed below for review/comment by recipients | | | | | |
| 1349 | 2014/11/17 Nadine Doolittle draft document for Petition for Adjudication of 1994 Anna Trust, for review/comment by recipients of email listed above.  Electronic file named "Nupson, Anna (Middleton) - 1994 Trust fbo Middleton - Explanation of Exhibit 1 to Second Account (20.pdf" | A/C and WP | John individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation was pending. | 8 |
| 1350 | 2014/11/17 Nadine Doolittle draft document for Petition for Adjudication of 1994 Anna Trust, for review/comment by recipients of email listed above.  Electronic file named "Nupson, Anna (Middleton) - 1994 Trust fbo Hughes - Explanation of Exhibit 1 to Second Account | A/C and WP | John individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation was pending. | 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | (2014).pdf" | | | | | |
| 1351 | 2014/11/17 Nadine Doolittle draft document for Petition for Adjudication of 1994 Anna Trust, for review/comment by recipients of email listed above.  Electronic file named "Nupson, Anna (Middleton) - 1994 Trust fbo Middleton - Trustee Documents (2014).pdf" | A/C and WP | John individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation was pending. | 8 |
| 1352 | 2014/11/17 Nadine Doolittle draft document for Petition for Adjudication of 1994 Anna Trust, for review/comment by recipients of email listed above.  Electronic file named "Nupson, Anna (Middleton) - 1994 Trust fbo Hughes - Trustee Documents (2014).pdf" | A/C and WP | John individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation was pending. | 8 |
| 1353 | 2014/11/17 Nadine Doolittle draft document for Petition for Adjudication of 1994 Anna Trust, for review/comment by | A/C and WP | John individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation was pending. | 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | recipients of email listed above.  Electronic file named "Nupson, Anna (Middleton) - 1994 Trust fbo Middleton - Petition for Adjudication Re_ Second Account (.pdf" | | | | | |
| 1354 | 2014/11/17 Nadine Doolittle draft document for Petition for Adjudication of 1994 Anna Trust, for review/comment by recipients of email listed above.  Electronic file named "Nupson, Anna (Middleton) - 1994 Trust fbo Hughes - Petition for Adjudication Re_ Second Account (201.pdf" | A/C and WP | John individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation was pending. | 8 |
| 1355 | 2014/11/21 Margaret Thompson  email to Nadine Doolittle, James Mannion, Bruce Rosenfield and Larry P. Laubach re strategy for responding to Ms. Nupson's Petition relating to May 1982 Trust | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts, and as Trustee of the 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation was pending. | 8 |
| 1356 | 2001/03/27 Bruce | A/C | Bradford | No | N/A | 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | Rosenfield email to Larry P. Laubach re regarding questions relating to potential combination of various JMI subsidiaries | | | | | |
| 1357 | 2002/02/15 Robert Siwicki email to Larry P. Laubach, Andrea Falcione (both of Fleet), John Middleton and Annette Madison re confidentiality agreement | A/C | Bradford | No | N/A | 1, 8 |
| 1358 | 2001/03/29 Larry P. Laubach email to Katherine Bruckman, John Stine (both of E&Y), Bruce Rosenfield, Jeffrey God (both of Schnader), Annette Madison (Bradford), Clint Price (JMI, and John Middleton relating to steps to merge certain JMI subsidiaries into the parent company or into one another, as part of S-Corp conversion of Bradford | A/C | Bradford; JMI (now owned by Philip Morris USA, Inc. | No | N/A | 8 |
| 1359 | 2002/11/05 Larry P. Laubach email to Annette Madison (Bradford), Gregory Cunningham | A/C | Bradford | No | N/A. | None |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | (Cozen) regarding advice to corporation regarding payment of corporate dividends, with attachment listed below | | | | | |
| 1360 | 2014/06/05 Bruce Rosenfield email to Larry P. Laubach and Nadine Doolittle re Ms. Nupson's position regarding revocation of assignment and her demands for distribution from May 1982 insurance trust | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts, and as Trustee of the 1994 Anna Trust | Yes | Yes – litigation threatened by beneficiary. | 8 |
| 1361 | 2014/06/10 Nadine Doolittle email to Larry Laubach and Bruce Rosenfield re Ms. Nupson's demands for trust records | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts and 1994 Anna Trust, 1998 Revocable Trust, and the Marital Trust Under the Will of Herbert H. Middleton, Jr. | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 8 |
| 1362 | 2014/10/31 Margaret Thompson  email to Bruce Rosenfield, Nadine Doolittle and Larry P. Laubach re potential resignation and replacement as trustee for the 1994 Anna Trust | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts and 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| 1363 | 2014/03/12 Wilbur Kipnes (Schnader) emails with Margaret Thompson, Larry P. Laubach, Bruce Rosenfield and Nadine Doolittle re discussions with Thomas Mucci regarding his demands on behalf of Ms. Nupson for information about the 1994 Anna Trust and 3/12/14 email from Mr. Mucci | A/C and WP | John individually, and as Trustee of the 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 8 |
| 1364 | 2014/02/14 Wilbur Kipnes (Schnader) email to Margaret Thompson, Larry P. Laubach, Bruce Rosenfield and Nadine Doolittle re attached documents pulled for review in response to Ms. Nupson's demands | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts, as Trustee of the 1994 Anna Trust, 1998 Revocable Trust, and the Marital Trust Under the Will of Herbert H. Middleton, Jr., and as Executor of the Estate of Herbert H. Middleton, Jr. | Yes – to the extent refers to trusts of which Ms. Nupson is a beneficiary<br><br>No – to the extent relates to Schnader's representation of Herbert H. Middleton Jr. | Interests of John adverse to beneficiary; litigation threatened by beneficiary | 6, 8 |
| 1365 | 2014/02/14 Various documents representing communications by Herbert H. Middleton, Jr., with attorneys at Schnader relating to the firm's | A/C | John as Executor of the Estate of Herbert H. Middleton, Jr. | No – Although the documents mention the 1994 Anna Trust, the relate to Schnader's representation of Herbert H. Middleton Jr., individually and Mr. Middleton was never a | N/A. However, if determined to be trust administration record then exception applies, as litigation was threatened by beneficiary | 4, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | representation of Herbert H. Middleton, Jr | | | trustee of that trust | | |
| 1366 | 2014/04/11 Bruce Rosenfield email to Larry P. Laubach, Margaret Thompson, and Wilbur Kipnes (Schnader) re response to Ms. Nupson's demands for trust records relating to the 1994 Anna Trust and other trusts | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts and 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 8 |
| 1367 | 2014/04/11 Wilbur Kipnes (Schnader) email to Bruce Rosenfield, Larry P. Laubach and Margaret Thompson  re Ms. Nupson's demands for trust records relating to the 1994 Anna Trust and other trusts, and Bradford's confidentiality agreement | A/C and WP | Bradford, John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts and 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 8 |
| 1368 | 2014/04/11 Wilbur Kipnes (Schnader) email to Bruce Rosenfield, Larry P. Laubach and Margaret Thompson  re Ms. Nupson's demands for trust records relating to the 1994 Anna | A/C and WP | Bradford, John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts and 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | Trust and other trusts, and Bradford's confidentiality agreement | | | | | |
| 1369 | 2014/04/11 Wilbur Kipnes (Schnader) email to Bruce Rosenfield, Larry P. Laubach and Margaret Thompson  re Ms. Nupson's demands for trust records relating to the 1994 Anna Trust and other trusts, and Bradford's confidentiality agreement | A/C and WP | Bradford, John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts and 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 8 |
| 1370 | 2014/04/15 Wilbur Kipnes (Schnader) email to Bruce Rosenfield, Larry P. Laubach and Margaret Thompson and Nadine Doolittle re Ms. Nupson's demands for trust records relating to the 1994 Anna Trust and other trusts, and Bradford's confidentiality agreement | A/C and WP | Bradford, John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts and 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 8 |
| 1371 | 2014/04/15 Wilbur Kipnes (Schnader) email to Bruce Rosenfield, Larry P. Laubach and Margaret | A/C and WP | Bradford, John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts and 1994 | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 8 |

162

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | Thompson and Nadine Doolittle re Ms. Nupson's demands for trust records relating to the 1994 Anna Trust and other trusts, and Bradford's confidentiality agreement | | Anna Trust | | | |
| 1372 | 2014/04/15 Wilbur Kipnes (Schnader) email to Bruce Rosenfield, Larry P. Laubach and Margaret Thompson and Nadine Doolittle re Ms. Nupson's demands for trust records relating to the 1994 Anna Trust and other trusts, and Bradford's confidentiality agreement | A/C and WP | Bradford, John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts and 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 8 |
| 1373 | 2014/01/16 Bruce Rosenfield email to Larry P. Laubach and Margaret Thompson re communications with Thomas Mucci re Ms. Nupson's demands for information about the 1994 Anna Trust and the Estate of Frances S. Middleton, and | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts, as Trustee of the 1994 Anna Trust, 1998 Revocable Trust, and the Marital Trust Under the Will of Herbert H. Middleton, Jr., as Executor of the Estate of Herbert H. Middleton, Jr. and as Executor | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | 1/14/14 communications with Thomas Mucci | | of the Estate of Frances S. Middleton | | | |
| 1374 | 2014/02/20 Margaret Thompson email to Larry P. Laubach and Wilbur Kipnes, Bruce Rosenfield and Nadine Doolittle (all of Schnader) re communications with Thomas Mucci re Ms. Nupson's demands for information about the 1994 Anna Trust | A/C and WP | John individually, as Trustee of the 1994 Anna Trust, and as Executor of the Estate of Frances S. Middleton | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 8 |
| 1375 | 2014/02/20 Wilbur Kipnes (Schnader) email to Margaret Thompson, Larry P. Laubach (both of Cozen), Bruce Rosenfield and Nadine Doolittle (Schnader) re Ms. Nupson's demands for information about the 1994 Anna Trust | A/C and WP | John individually, as Trustee of the 1994 Anna Trust, and as Executor of the Estate of Frances S. Middleton | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 6, 8 |
| 1376 | 2014/08/14 Nadine Doolittle email to Margaret Thompson, Larry P. Laubach and Bruce Rosenfield re draft accounts for 1994 Anna Trust with | A/C | John individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | two attachments, listed below | | | | | |
| 1377 | 2014/08/14 draft accounting for Anna Trust fbo Hughes.pdf, attached to email above | A/C | John individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 8 |
| 1378 | 2014/08/14 draft accounting for Anna Trust fbo Middleton.pdf, attached to email above | A/C | John individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 8 |
| 1379 | 2014/10/31 Bruce Rosenfield email to Margaret Thompson, Nadine Doolittle and Larry P. Laubach re petition for adjudication of 1994 Anna Trust and John's potential resignation and replacement as Trustee of same | A/C and WP | John individually and as Trustee of the 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation was pending. | 8 |
| 1380 | 2013/11/05 Margaret Thompson email to John Stine (Grant Thornton), Bruce Rosenfield, Larry Laubach, Nadine Doolittle (Schnader), and Nancy Pole (Schnader) re petition for adjudication re 1994 Anna Trust | A/C and WP | John individually and as Trustee of the 1994 Anna Trust; John as Executor of the Estate of Frances S. Middleton | Yes | Interests of John adverse to beneficiary; litigation was pending. | 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| 1381 | 2013/10/22 Bruce Rosenfield email to Larry P. Laubach, John Stine (Grant Thornton), Margaret Thompson (Cozen), Nadine Doolittle (Schnader) and Nancy Pole (Schnader)  re petition for adjudication re 1994 Anna Trust | A/C and WP | John individually and as Trustee of the 1994 Anna Trust; John as Executor of Estate of Frances S. Middleton | Yes | Interests of John adverse to beneficiary; litigation was pending. | 8 |
| 1389 | 2014/10/29 Larry P. Laubach email to Wilbur Kipnes, Bruce Rosenfield, Nadine Doolittle (all of Schnader) and Margaret Thompson (Cozen) regarding communications with Thomas Mucci regarding Ms. Nupson's demands relating to three insurance trusts and revocation of assignment | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts and 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 8 |
| 1390 | 2014/10/29 Wilbur Kipnes (Schnader) email to Larry P. Laubach, Bruce Rosenfield, Margaret Thompson and Nadine Doolittle re communications with Thomas Mucci regarding | A/C and WP | John individually, and as Trustee of the 1972, May 1982 and April 1990 Insurance Trusts and 1994 Anna Trust | Yes | Interests of John adverse to beneficiary; litigation threatened by beneficiary. | 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | Ms. Nupson's demands for distribution from the May 1982 insurance trust | | | | | |
| 1391 | These documents were produced in unredacted form as part of the meet and confer process in the Orphans' Court Litigation | | | | | |
| 1392 | | | | | | |
| 1393 | | | | | | |
| 1394 | | | | | | |
| 1395 | | | | | | |
| 1396 | | | | | | |
| 1397 | | | | | | |
| 1398 | *Subject to Schnader Harrison Segal & Lewis claw back request. Document SHSL_00006155* | Blank Rome complied with Schnader's clawback demand when it was made in 2017.  It no longer has possession, custody or control of these documents.<br><br>Responsive to Request No. 8 | | | | |
| 1399 | *Subject to Schnader Harrison Segal & Lewis claw back request. Document SHSL_00006156* | | | | | |
| 1400 | *Subject to Schnader Harrison Segal & Lewis claw back request. Document SHSL_00006158* | | | | | |
| 1401 | *Subject to Schnader Harrison Segal & Lewis claw back request. Document SHSL_00006159* | | | | | |
| 1402 | *Subject to Schnader* | | | | | |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | *Harrison Segal & Lewis claw back request. Document SHSL_00006160* | | | | | |
| 1403 | *Subject to Schnader Harrison Segal & Lewis claw back request. Document SHSL_00009884* | | | | | |
| 1404 | *Subject to Schnader Harrison Segal & Lewis claw back request. Document SHSL_00009898* | Blank Rome complied with Schnader's clawback demand when it was made in 2017.  It no longer has possession, custody or control of these documents.  Responsive to Request No. 8 | | | | |
| 1405 | *Subject to Schnader Harrison Segal & Lewis claw back request. Document SHSL_00009936* | | | | | |
| 1406 | *Subject to Schnader Harrison Segal & Lewis claw back request. Document SHSL_00010474* | | | | | |
| 1407 | 2005/04/27 Bruce Rosenfield letter to Frances Middleton re Revocable Trust amendments and terms of Mrs. Middleton's Will | A/C – FSM Executors | John Middleton as Executor of the Estate of Frances S. Middleton and Lucia Hughes as Executrix of the Estate of Frances S. Middleton | No – document relates to Frances S. Middleton's actions as settlor and her personal estate planning | N/A | 3, 8 |
| 1408 | 2005/07/12 - Bruce Rosenfield letter to Frances | A/C - FSM Executors | John Middleton and Lucia Hughes as Executor and | No – document does not involve advice to Mrs. Middleton | N/A | 3, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | S. Middleton re (a) estate planning, including (b) gifting to her grandchildren; (c) actions as settlor of 1998 Revocable Trust; (d) gifting to 1990 Trust for which Mrs. Middleton's three children are beneficiaries; and (e) trusts under the Modified 2001 GRAT f/b/o Lucia Hughes and John Middleton | | Executrix of the Estate of Frances S. Middleton | regarding actions as a Trustee of a trust for which Ms. Nupson is a beneficiary, but instead involves advice to Mrs. Middleton about her own estate planning and actions as a settlor | | |
| 1412 | September 12, 2013 notes of J. Stine re telephone conference with M. Thompson (counsel for Frances S. Middleton) regarding Mrs. Middleton's estate planning (withheld from Production No. 31); communication with financial advisor necessary for counsel to provide legal advice to client | A/C – FSM Executors | John Middleton as Executor of the Estate of Frances S. Middleton and Lucia Hughes as Executrix of the Estate of Frances S. Middleton | No – document relates to advice about Frances S. Middleton's estate and planning prior to her death | N/A | 3, 8 |
| JSM-82-CO 00537[2] | 2014/11/10 – 2014/11/11: Email chain between | Attorney-Client Privilege and/or Attorney Work | John S. Middleton, Individually, as Trustee of the | Yes | Interests of John as trustee differed from interests of | |

[2] Blank Rome does not have copies of these documents and therefore has not identified them as responsive to any particular Subpoena Request.

169

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | Margaret Thompson, Esq., Wilbur Kipnes, Esq., Bruce Rosenfield, Esq., and Larry Laubach, Esq. regarding litigation redacted. | Product | Anna 1994 Trust, as Trustee of the 1972 Trust, as Trustee of the 1982 JMI Trust, and as Trustee of the 1990 Trust | | beneficiary who was represented by separate counsel. At the time this document was created there was active litigation between John S. Middleton and Ms. Nupson regarding, among other things, the 1982 JMI Trust | |
| JSM-82-CO 00541-00543 | 2014/10/29: Email from Larry Laubach, Esq. to Margaret Thompson, Esq., Wilbur Kipnes, Esq., Bruce Rosenfield, Esq., Nadine Doolittle, Zach Zacharia, Esq., and Nancy Pole, Esq. regarding communication from opposing counsel and threatened litigation redacted. | Attorney-Client Privilege and/or Attorney Work Product | John S. Middleton, Individually, as Trustee of the Anna 1994 Trust, as Trustee of the 1972 Trust, as Trustee of the 1982 JMI Trust, and as Trustee of the 1990 Trust | Yes | Interests of John as trustee differed from interests of beneficiary who was represented by separate counsel. At the time this document was created there was threatened litigation between John S. Middleton and Ms. Nupson regarding, among other things, the 1982 JMI Trust | |
| JSM-82-CO 00545 | 2014/10/30: Email chain between Margaret Thompson, Esq., Wilbur Kipnes, Esq., Larry Laubach, Esq., Nancy Pole, Esq., Zach Zacharia, Esq., and Bruce Rosenfield, Esq. regarding threatened litigation redacted. | Attorney-Client Privilege and/or Attorney Work Product | John S. Middleton, Individually, as Trustee of the Anna 1994 Trust, as Trustee of the 1972 Trust, as Trustee of the 1982 JMI Trust, and as Trustee of the 1990 Trust | Yes | Interests of John as trustee differed from interests of beneficiary who was represented by separate counsel. At the time this document was created there was threatened litigation between John S. Middleton and Ms. Nupson regarding, among | |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | | | | | other things, the 1982 JMI Trust | |
| JSM-82-CO 00546 | 2014/10/29: Email chain between Margaret Thompson, Esq., Larry Laubach, Esq., Wilbur Kipnes, Esq., Bruce Rosenfield, Esq., Nadine Doolittle, Esq., Zach Zacharia, Esq., and Nancy Pole, Esq. regarding threatened litigation redacted. | Attorney-Client Privilege and/or Attorney Work Product | John S. Middleton, Individually, as Trustee of the Anna 1994 Trust, as Trustee of the 1972 Trust, as Trustee of the 1982 JMI Trust, and as Trustee of the 1990 Trust | Yes | Interests of John as trustee differed from interests of beneficiary who was represented by separate counsel.  At the time this document was created there was threatened litigation between John S. Middleton and Ms. Nupson regarding, among other things, the 1982 JMI Trust | |
| JSM-82-CO 00551 | 2013/12/20: Email chain between Margaret Thompson, Esq., Bruce Rosenfield, Esq., and Nancy Pole, Esq. regarding threatened litigation redacted. | Attorney-Client Privilege and/or Attorney Work Product | John S. Middleton, Individually, as Trustee of the Anna 1994 Trust, as Trustee of the 1972 Trust, as Trustee of the 1982 JMI Trust, and as Trustee of the 1990 Trust | Yes | Interests of John as trustee differed from interests of beneficiary who was represented by separate counsel.  At the time this document was created there was threatened litigation between John S. Middleton and Ms. Nupson regarding, among other things, the 1982 JMI Trust | |
| JSM-82-CO 00693- 00695 | 2014/11/19 – 2014/12/03: Email chain between Margaret Thompson, Esq., Zach Zacharia, Esq., Nancy | Attorney-Client Privilege and/or Attorney Work Product | John S. Middleton, Individually and as Trustee of the 1982 JMI Trust | Yes | Interests of John as trustee differed from interests of beneficiary who was represented by separate | |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | Pole, Esq., Bruce Rosenfield, Esq., and Nadine Doolittle, Esq. regarding preparation and filing of the account and litigation redacted. | | | | counsel.  At the time this document was created there was active litigation between John S. Middleton and Ms. Nupson regarding, among other things, the 1982 JMI Trust | |
| JSM-82-CO 00696 | 2014/11/21: Email chain between Margaret Thompson, Esq., James F. Mannion, Esq., Nadine Doolittle, Esq., and Bruce Rosenfield, Esq. regarding preparation and filing of the account and litigation redacted. | Attorney-Client Privilege and/or Attorney Work Product | John S. Middleton, Individually and as Trustee of the 1982 JMI Trust | Yes | Interests of John as trustee differed from interests of beneficiary who was represented by separate counsel.  At the time this document was created there was active litigation between John S. Middleton and Ms. Nupson regarding, among other things, the 1982 JMI Trust | |
| JSM-82-CO 00697 | 2014/11/19 – 2014/11/21: Email chain between Margaret Thompson, Esq., James F. Mannion, Esq., Nadine Doolittle, Esq., Bruce Rosenfield, Esq., and Larry Laubach, Esq. regarding preparation and filing of the account and litigation redacted. | Attorney-Client Privilege and/or Attorney Work Product | John S. Middleton, Individually and as Trustee of the 1982 JMI Trust | Yes | Interests of John as trustee differed from interests of beneficiary who was represented by separate counsel.  At the time this document was created there was active litigation between John S. Middleton and Ms. Nupson regarding, among other things, the 1982 JMI Trust | |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| JSM-82-CO 00698-00699 | 2014/11/19: Email chain between Margaret Thompson, Esq., Zach Zacharia, Esq., Nancy Pole, Esq., Bruce Rosenfield, Esq., and Nadine Doolittle, Esq., with marginalia of Margaret Thompson, Esq., regarding preparation and filing of the account and litigation redacted. | Attorney-Client Privilege and/or Attorney Work Product | John S. Middleton, Individually and as Trustee of the 1982 JMI Trust | Yes | Interests of John as trustee differed from interests of beneficiary who was represented by separate counsel.  At the time this document was created there was active litigation between John S. Middleton and Ms. Nupson regarding, among other things, the 1982 JMI Trust | |
| JSM-82-CO 00709 | 2014/10/29 – 2014/10/30: Email chain between Margaret Thompson, Esq., Nancy Pole, Esq., Nadine Doolittle, Esq., Zach Zacharia, Esq., Bruce Rosenfield, Esq., and Larry Laubach, Esq. regarding preparation and filing of the account and threatened litigation redacted. | Attorney-Client Privilege and/or Attorney Work Product | John S. Middleton, Individually, as Trustee of the Anna 1994 Trust, as Trustee of the 1972 Trust, as Trustee of the 1982 JMI Trust, and as Trustee of the 1990 Trust | Yes | Interests of John as trustee differed from interests of beneficiary who was represented by separate counsel.  At the time this document was created there was threatened litigation between John S. Middleton and Ms. Nupson regarding, among other things, the 1982 JMI Trust | |
| JSM-82-CO 00711 | 2014/10/29: Email from Margaret Thompson, Esq. to Nancy Pole, Esq., Nadine Doolittle, Esq., Zach Zacharia, Esq., Bruce Rosenfield, Esq., and Larry | Attorney-Client Privilege and/or Attorney Work Product | John S. Middleton, Individually, as Trustee of the Anna 1994 Trust, as Trustee of the 1972 Trust, as Trustee of the 1982 JMI Trust, and as Trustee of the 1990 Trust | Yes | Interests of John as trustee differed from interests of beneficiary who was represented by separate counsel.  At the time this document was created there | |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | Laubach, Esq. regarding preparation and filing of an account and threatened litigation redacted. | | | | was threatened litigation between John S. Middleton and Ms. Nupson regarding, among other things, the 1982 JMI Trust | |
| JSM-82-CO 00712 | 2014/10/29: Email chain between Margaret Thompson, Esq., Nancy Pole, Esq., Nadine Doolittle, Esq., Zach Zacharia, Esq., Bruce Rosenfeld, Esq., Wilbur Kipnes, Esq., and Larry Laubach, Esq. regarding preparation and filing of the account and threatened litigation redacted. | Attorney-Client Privilege and/or Attorney Work Product | John S. Middleton, Individually, as Trustee of the QTIP Marital Trust u/w/o Herbert H. Middleton, Jr., as Trustee of the 1972 Trust, as Trustee of the 1982 JMI Trust, and as Trustee of the 1990 Trust | Yes | Interests of John as trustee differed from interests of beneficiary who was represented by separate counsel.  At the time this document was created there was threatened litigation between John S. Middleton and Ms. Nupson regarding, among other things, the 1982 JMI Trust | |
| JSM-82-CO 00726 | 2013/12/20: Email chain between Margaret Thompson, Esq., Bruce Rosenfield, Esq., and Nancy Pole, Esq. regarding threatened litigation redacted. | Attorney-Client Privilege and/or Attorney Work Product | John S. Middleton, Individually, as Trustee of the 1994 Anna Trusts, as Trustee of the 1972 Trust, as Trustee of the 1982 JMI Trust, and as Trustee of the 1990 Trust | Yes | Interests of John as trustee differed from interests of beneficiary who was represented by separate counsel.  At the time this document was created there was threatened litigation between John S. Middleton and Ms. Nupson regarding, among other things, the 1982 JMI Trust | |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| JSM-82-CO 00774-00776 | 2014/11/19 – 2014/12/22: Email chain between Margaret Thompson, Esq., Zach Zacharia, Esq., Nancy Pole, Esq., Bruce Rosenfield, Esq., and Nadine Doolittle, Esq., with marginalia of Margaret Thompson, regarding preparation and filing of the account and litigation redacted. | Attorney-Client Privilege and/or Attorney Work Product | John S. Middleton, Individually and as Trustee of the 1982 JMI Trust | Yes | Interests of John as trustee differed from interests of beneficiary who was represented by separate counsel.  At the time this document was created there was active litigation between John S. Middleton and Ms. Nupson regarding, among other things, the 1982 JMI Trust | |
| JSM-82-CO 00777-00779 | 2014/11/19 – 2014/11/24: Email chain between Margaret Thompson, Esq., Zach Zacharia, Esq., Nancy Pole, Esq., Bruce Rosenfield, Esq., and Nadine Doolittle, Esq., with marginalia of Margaret Thompson, regarding preparation and filing of the account and litigation redacted. | Attorney-Client Privilege and/or Attorney Work Product | John S. Middleton, Individually and as Trustee of the 1982 JMI Trust | Yes | Interests of John as trustee differed from interests of beneficiary who was represented by separate counsel.  At the time this document was created there was active litigation between John S. Middleton and Ms. Nupson regarding, among other things, the 1982 JMI Trust | |
| JSM-82-CO 00780-00782 | 2014/11/19 – 2014/11/22: Email chain between Margaret Thompson, Esq., Zach Zacharia, Esq., Nancy | Attorney-Client Privilege and/or Attorney Work Product | John S. Middleton, Individually and as Trustee of the 1982 JMI Trust | Yes | Interests of John as trustee differed from interests of beneficiary who was represented by separate | |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | Pole, Esq., Bruce Rosenfield, Esq., and Nadine Doolittle, Esq., with marginalia of Margaret Thompson, regarding preparation and filing of the account and litigation redacted. | | | | counsel.  At the time this document was created there was active litigation between John S. Middleton and Ms. Nupson regarding, among other things, the 1982 JMI Trust | |
| 1/31/2017 Production[3] | 11/2007 - Bruce A. Rosenfield, Transmittal Slip for the File, with attachment from Fran Middleton | AC – FSM Executors Hold | John Middleton as Executor of the Estate of Frances S. Middleton and Lucia Hughes as Executrix of the Estate of Frances S. Middleton | No – communication from Frances S. Middleton does not relate to a trust or to Frances Middleton's estate | N/A | 8 |
| 1/31/2017 Production | Undated, Schnader attorney's handwritten notes re: 1990 Insurance Trust, 1982 Insurance Trust and November 18, 1982 Trust for the benefit of John S. Middleton, with attachments

Undated, Schnader | AC – FSM Executors Hold | John Middleton as Executor of the Estate of Frances S. Middleton and Lucia Hughes as Executrix of the Estate of Frances S. Middleton | No | N/A | 8 |

---

[3] The entries on the "1/31/2017 Production" Privilege log were not collected into the Compiled Privilege Logs in the Orphans' Court Litigation because Ms. Nupson did not previously challenge any entries contained thereon.  Thus these particular entries did not, at that time, receive the same types of revision and elaboration as the other logs.  For purposes of this Motion, Blank Rome has expanded upon (and at times corrected) the document descriptions and the identification of the holder(s) of any privilege.  Though referred to at the time, and in the Subpoena attachment, as a production of "Schnader Hardcopy Documents," as shown by the descriptions for the last documents this log also included some materials from the files of Cozen O'Connor, P.C.

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | attorney's handwritten notes regarding conversation with Frances S. Middleton | | | | | |
| 1/31/2017 Production | 11/29/2004, Schnader attorney's handwritten notes re: various McCabe trust accounts | AC | John Middleton as Executor of the Estate of Frances S. Middleton and Lucia Hughes as Executrix of the Estate of Frances S. Middleton *and* John as Trustee of the Anna 1994 Trust, the 1982 Insurance Trust, the 1990 Insurance Trust, and various other Trusts for which Ms. Nupson is not a beneficairy | Yes as to information about the Anna 1994 Trust, no as to information about other Trusts. | N/A | 8 |
| 1/31/2017 Production | 1/18/2001, John Stine to Bruce Rosenfield, Fax transmission with attachment re: Middleton Trusts | AC | John, individually, as Trustee of 1994 Anna Trust, Marital Trust, 1994 GST Trust, and the November 18, 1982 Trust | Yes as to portions about 1994 Anna Trust and Marital Trust\n\nNo as to portions about 1996 GST Trust and November 1982 Trusts | N/A | 8 |
| 1/31/2017 Production | 5/2/2005, Schnader attorney's handwritten notes re: conference with Bruce on John S. Middleton estate planning, Bradford Holdings, Inc. and Fran's 2001 GRAT | AC | Bradford; John individually; John, as Trustee of the 1994 Anna Trust; John as Trustee of the 2001 JSM Family Trust | Yes as to portions about 1994 Anna Trust, 2001 Anna Trust\n\nNo as to portions about Bradford | N/A | 8 |
| | 5/25/2001, Bruce A. | AC – FSM | John Middleton as Executor of | No – Ms. Nupson was not a | N/A | 2, 3, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| 1/31/2017 Production | Rosenfield to John S. Middleton and Larry Laubach, Letter re: Frances Middleton estate planning/2001 GRAT | Executors Hold | the Estate of Frances S. Middleton and Lucia Hughes as Executrix of the Estate of Frances S. Middleton *and* John as Trustee of the Original 2001 GRAT | beneficiary of the Original 2001 GRAT | | |
| 1/31/2017 Production | 4/11/2002 through 2/28/2003, Transaction History for the account of John S. Middleton TTEE, FSM GRAT 2/1/01 | A/C | John S. Middleton individually and as Trustee of the Original 2001 GRAT | No | Subject to confirmation, Blank Rome understand that the transaction history for the accounts for the Original 2001 GRAT were previously provided to Ms. Nupson in connection with her petitions for trust administration records in the Orphans' Court Litigation. | 8 |
| 1/31/2017 Production | 9/28/2000, Bruce Rosenfield to Roy Ross and Larry Laubach, Memorandum re: John/Fran Middleton | AC – FSM Executors Hold | John Middleton as Executor of the Estate of Frances S. Middleton and Lucia Hughes as Executrix of the Estate of Frances S. Middleton | No | N/A | 2, 3, 8 |
| 1/31/2017 Production | 8/13/2008, Margaret Thompson to Bruce Rosenfield, Email chain re: Fran Middleton | AC – FSM Executors Hold | John Middleton as Executor of the Estate of Frances S. Middleton and Lucia Hughes as Executrix of the Estate of Frances S. Middleton | No | N/A | 8 |
| 1/31/2017 | 7/12/2005, Bruce Rosenfield to Frances Middleton, Letter | AC – FSM Executors Hold | John Middleton as Executor of the Estate of Frances S. | No | N/A | 2, 3, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| Production | re: estate planning | | Middleton and Lucia Hughes as Executrix of the Estate of Frances S. Middleton | | | |
| 1/31/2017 Production | 4/5/2002, Bruce Rosenfield to John Middleton, Email re: GRAT assignment | AC | John as Trustee of the Original 2001 GRAT | No – Ms. Nupson was not a beneficiary of the Original 2001 GRAT | N/A | 8 |
| 1/31/2017 Production | 4/5/2002, Bruce Rosenfield to John Middleton, Email re: assignment for 2001 GRAT | AC | John as Trustee of the Original 2001 GRAT | No – Ms. Nupson was not a beneficiary of the Original 2001 GRAT | N/A | 8 |
| 1/31/2017 Production | 3/21/2002, Bruce Rosenfield to John Stine, cc John Middleton, Email re: agenda for meeting on various issues | AC – FSM Executors Hold in part | John, individually, as Trustee of the Original 2001 GRAT, as Settlor of the 1996 Trust for his children, as Executor of the Estate of Frances S. Middleton and Lucia Hughes as Executrix of the Estate of Frances S. Middleton | No —Ms. Nupson was not a beneficiary of the Original 2001 GRAT | Even if co-Executor consented, information regarding 1996 Trust settled by Mr. Middleton for his children would be withheld. | 2, 3, 8 |
| 1/31/2017 Production | 11/9/2001, Bruce Rosenfield to Frances S. Middleton, Letter re estate planning | AC – FSM Executors Hold | John Middleton as Executor of the Estate of Frances S. Middleton and Lucia Hughes as Executrix of the Estate of Frances S. Middleton | No – relates to Frances Middleton's estate planning rather than legal advice about a trust for which Ms. Nupson is or was a beneficiary | N/A | 2, 3, 8 |
| 1/31/2017 Production | 11/21/2001, Bruce Rosenfield to John Middleton, Letter re: GRAT of Frances | AC – FSM Executors Hold in part | John as Trustee of the Original 2001 GRAT and John Middleton as Executor of the Estate of Frances S. Middleton and Lucia Hughes as Executrix of the Estate of Frances S. | No – Ms. Nupson was not a beneficiary of the Original 2001 GRAT. | N/A | 2, 3, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | | | Middleton | | | |
| 1/31/2017 Production | 8/28/2001, Bruce Rosenfield to Frances Middleton, cc John Middleton, Letter re: GRAT | AC – FSM Executors Hold in part | John as Trustee of the Original 2001 GRAT and John Middleton as Executor of the Estate of Frances S. Middleton and Lucia Hughes as Executrix of the Estate of Frances S. Middleton | No – relates to Frances Middleton's actions as settlor of the Original 2001 GRAT | N/A | 2, 3, 8 |
| 1/31/2017 Production | 6/28/2001, Bruce Rosenfield to Frances Middleton, cc John Middleton, Letter re estate planning | AC – FSM Executors Hold | John Middleton as Executor of the Estate of Frances S. Middleton and Lucia Hughes as Executrix of the Estate of Frances S. Middleton | No – relates to Frances Middleton's actions as settlor of the Original 2001 GRAT | N/A | 2, 3, 8 |
| 1/31/2017 Production | 6/22/2001, Annuity calculations for Original 2001 GRAT | AC – FSM Executors Hold in part | John as Trustee of the Original 2001 GRAT and John Middleton as Executor of the Estate of Frances S. Middleton and Lucia Hughes as Executrix of the Estate of Frances S. Middleton | No – relates to Frances Middleton's actions as settlor of the Original 2001 GRAT | N/A | 2, 3, 8 |
| 1/31/2017 Production | 8/11/1999, Bruce Rosenfield to File, Memorandum re Middleton accounts with financial advisors | AC – FSM Executors Hold in part | John Middleton as Executor of the Estate of Frances S. Middleton and Lucia Hughes as Executrix of the Estate of Frances S. Middleton<br><br>John as Trustee of the 1994 Anna Trust and the May 1982 | Yes as to portions relating to the 1994 Anna Trust<br><br>No as to all other portions | Even if co-Executor consented, personal information about Mr. Middleton and his wife would be withheld. | 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | | | Trust, and as Executor of the Estate of Herbert H. Middleton, Jr.<br><br>John and Leigh Middleton individually | | | |
| 1/31/2017 Production | 6/8/1999, Bruce Rosenfield to Nancy Pole, Memorandum re: various Middleton personal and trust financial accounts and Frances Middleton's estate planning | AC – FSM Executors Hold in part | John Middleton as Executor of the Estate of Frances S. Middleton and Lucia Hughes as Executrix of the Estate of Frances S. Middleton<br><br>John and Leigh Middleton individually, John as settlor of the 1996 GST Trust and Trustee of the November 1982 Trust, and John as Trustee of the January 1994 Trust<br><br>John as Trustee of the April 1990 Insurance Trust and Executor of the Estate of Herbert H. Middleton, Jr. | No | Even if co-Executor consented, information regarding 1996 Trust settled by Mr. Middleton for his children would be withheld. | 2, 3, 8 |
| 1/31/2017 Production | 8/2/2001, Handwritten draft and typed final version of charts showing family tree of Frances Middleton with | AC – FSM Executors Hold | John Middleton as Executor of the Estate of Frances S. Middleton and Lucia Hughes as Executrix of the Estate of | No – though document references trusts for which Ms. Nupson is a beneficiary, it relates to representation of Mrs. | N/A | 2, 3, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | stock owned by family members and current assets available for distribution net of any death taxes for estate planning of Mrs. Middleton | | Frances S. Middleton | Middleton as part of her estate planning | | |
| 1/31/2017 Production | 1999, Unexecuted Agreement of Trust between Frances S. Middleton as Grantor, and Frances S. Middleton and John S. Middleton as Trustees | AC – FSM Executors Hold | John Middleton as Executor of the Estate of Frances S. Middleton and Lucia Hughes as Executrix of the Estate of Frances S. Middleton | No – relates to representation of Frances S. Middleton in her capacity as settlor. | N/A | 2, 3, 8 |
| 1/31/2017 Production | 4/8/2002; 6/4/2002; 9/9/2002; and 12/20/2002, Assignments executed by John S. Middleton re: distributions from Bradford Holdings, Inc., with attachments.  Includes 12/2002 handwritten message from John S. Middleton to Bruce A. Rosenfield regarding draft assignments | AC | John as Trustee of the Original 2001 GRAT | No – Ms. Nupson was not a beneficiary of the Original 2001 GRAT | N/A | 8 |
| 1/31/2017 Production | 4/25/2001, Schnader attorney's handwritten notes re: meeting on Frances Middleton estate planning | AC – FSM Executors Hold in part | John Middleton as Executor of the Estate of Frances S. Middleton and Lucia Hughes as Executrix of the Estate of | No | No | 2, 3, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | | | Frances S. Middleton | | | |
| 1/31/2017 Production | 1/24/2001, Bruce Rosenfield to John Stine, Email re: agenda for various issues, including estate planning for Frances Middleton | AC – FSM Executors Hold in part | John Middleton as Executor of the Estate of Frances S. Middleton and Lucia Hughes as Executrix of the Estate of Frances S. Middleton<br><br>Bradford in part | No – related to Frances S. Middleton's estate planning and/or actions as settlor | N/A | 2, 3, 8 |
| 1/31/2017 Production | Undated, Schnader document titled "Bradford Holdings Valuations" with recommendation to client | AC | Bradford | No | N/A | 1, 8 |
| 1/31/2017 Production | Undated, Schnader document titled "Bradford Holdings Valuation as of April 19, 2000" | AC | Bradford | No | N/A | 1, 8 |
| 1/31/2017 Production | 3/10/1999, Bruce Rosenfield to Roy Ross, Email re: Middleton and GRAT for Fran, with attachments | AC – FSM Executors Hold | John Middleton as Executor of the Estate of Frances S. Middleton and Lucia Hughes as Executrix of the Estate of Frances S. Middleton | No – relates to Frances S. Middleton's estate planning | N/A | 2, 3, 8 |
| 1/31/2017 Production | 3/22/2002, Amy Newman to Bruce Rosenfield, Transmittal slip re: Middleton  GRAT, *i.e.,* the | AC – FSM Executors Hold in part | John Middleton as Trustee of the Original 2001 GRAT; John Middleton as Executor of the Estate of Frances S. Middleton | No – Ms. Nupson was not a beneficiary of the Original 2001 GRAT | N/A | 2, 3, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | Original 2001 GRAT | | and Lucia Hughes as Executrix of the Estate of Frances S. Middleton | | | |
| 1/31/2017 Production | 9/25/2000, Schnader document titled "Agenda – Fran Middleton", with attachments | AC – FSM Executors Hold | John Middleton as Executor of the Estate of Frances S. Middleton and Lucia Hughes as Executrix of the Estate of Frances S. Middleton | No – does not relate to a trust for which Ms. Nupson was a beneficiary; rather is about Mrs. Middleton's estate planning. | N/A | 2, 3, 8 |
| 1/31/2017 Production | Undated, Schnader handwritten document titled "Fran" regarding discussions with Frances S. Middleton | AC – FSM Executors Hold | John Middleton as Executor of the Estate of Frances S. Middleton and Lucia Hughes as Executrix of the Estate of Frances S. Middleton | No – though refers to trusts, document is related to the estate planning of Frances S. Middleton rather than legal advice regarding any trustee's duties to a trust | N/A | 2, 3, 8 |
| 1/31/2017 Production | Undated, Schnader document titled "Frances Middleton – GRAT dated 2/1/01", with attachments outlining family assets for Mrs. Middleton's estate planning | AC – FSM Executors Hold | John Middleton as Executor of the Estate of Frances S. Middleton and Lucia Hughes as Executrix of the Estate of Frances S. Middleton | No – though refers to trusts, document is related to the estate planning of Frances S. Middleton rather than legal advice regarding any trustee's duties to a trust | N/A | 2,3, 8 |
| 1/31/2017 Production | 11/17/2001, Schnader handwritten document titled "Fran Middleton – Assets", for Mrs. Middleton's estate planning | AC – FSM Executors Hold | John Middleton as Executor of the Estate of Frances S. Middleton and Lucia Hughes as Executrix of the Estate of Frances S. Middleton | No – though refers to trusts, document is related to the estate planning of Frances S. Middleton rather than legal advice regarding any trustee's duties to a trust | N/A | 2,3, 8 |
| 1/31/2017 Production | 11/9/2001, Bruce Rosenfield to Herbert Middleton, Letter re estate planning | AC – FSM Executors Hold | John Middleton as Executor of the Estate of Frances S. Middleton and Lucia Hughes | No – relates to Frances Middleton's estate planning rather than legal advice about a | N/A | 2, 3, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | | | as Executrix of the Estate of Frances S. Middleton | trust for which Ms. Nupson is or was a beneficiary | | |
| 1/31/2017 Production | Undated, Schnader draft document titled Frances S. Middleton GRAT Chart" for Mrs. Middleton's gift tax return | AC – FSM Executors Hold | John Middleton as Executor of the Estate of Frances S. Middleton and Lucia Hughes as Executrix of the Estate of Frances S. Middleton | No – relates to Original 2001 GRAT | N/A | 2,3, 8 |
| 1/31/2017 Production | 10/9/2002, Schnader handwritten notes re: telephone call with Stephanie and RTC account for GRAT | AC – FSM Executors Hold in part | John Middleton as Trustee of the Original 2001 GRAT; John Middleton as Executor of the Estate of Frances S. Middleton and Lucia Hughes as Executrix of the Estate of Frances S. Middleton | No – relates to Original 2001 GRAT | N/A | 2,3, 8 |
| 1/31/2017 Production | 3/2003, Amy Newman to Zach Zacharia, Transmittal Slip re: Middleton 709 for GRAT, with attached emails among Amy Newman, Jennifer Stoudt and Bruce Rosenfield regarding statutes of limitations and gift tax return | AC – FSM Executors Hold | John Middleton as Executor of the Estate of Frances S. Middleton and Lucia Hughes as Executrix of the Estate of Frances S. Middleton | No – though relates to the 2001 GRAT and was written at time Ms. Nupson was beneficiary, relates to representation of Frances S. Middleton in her capacity as settlor. | N/A | 8 |
| 1/31/2017 Production | 10/16/2002, Nancy Pole to Frank Orr, Re: filing of Mrs. Middleton's gift tax return | AC – FSM Executors Hold | John Middleton as Executor of the Estate of Frances S. Middleton and Lucia Hughes as Executrix of the Estate of Frances S. Middleton | No | N/A | 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| 1/31/2017 Production | 9/23/2002, Bruce Rosenfield to Nancy Pole; Frank Orr; cc to Roy Ross; Zach Zacharia, Email chain re Frances Middleton's gift tax return | AC – FSM Executors Hold | John Middleton as Executor of the Estate of Frances S. Middleton and Lucia Hughes as Executrix of the Estate of Frances S. Middleton | No – though relates to the 2001 GRAT, Ms. Nupson was not a beneficiary at the time, and relates to representation of Frances S. Middleton in her capacity as settlor. | N/A | 8 |
| 1/31/2017 Production | 9/23/2002, Frank Orr to Roy S. Ross; cc to Bruce A. Rosenfield; Nancy Pole, Memorandum re: Frances Middleton Gift Tax Return | AC – FSM Executors Hold | John Middleton as Executor of the Estate of Frances S. Middleton and Lucia Hughes as Executrix of the Estate of Frances S. Middleton | No – though relates to the 2001 GRAT, Ms. Nupson was not a beneficiary at the time, and relates to representation of Frances S. Middleton in her capacity as settlor. | N/A | 8 |
| 1/31/2017 Production | 9/23/2002, Bruce Rosenfield to Frank Orr, Email chain re: Frances Middleton gift tax return | AC – FSM Executors Hold | John Middleton as Executor of the Estate of Frances S. Middleton and Lucia Hughes as Executrix of the Estate of Frances S. Middleton | No – though relates to the 2001 GRAT, Ms. Nupson was not a beneficiary at the time, and relates to representation of Frances S. Middleton in her capacity as settlor. | N/A | 8 |
| 1/31/2017 Production | 4/10/2002, Amy Newman to Frank Orr, Transmittal Slip re: info on GRAT of Frances Middleton, with attachments relating to Original 2001 GRAT for use in gift tax return | AC – FSM Executors Hold | John Middleton as Executor of the Estate of Frances S. Middleton and Lucia Hughes as Executrix of the Estate of Frances S. Middleton | No – though relates to the 2001 GRAT, Ms. Nupson was not a beneficiary at the time, and relates to representation of Frances S. Middleton in her capacity as settlor. | N/A | 8 |
| 1/31/2017 Production | 8/6/2002, Nancy Pole to Frank Orr, Email chain re Frances Middleton gift tax | AC – FSM Executors Hold | John Middleton as Executor of the Estate of Frances S. Middleton and Lucia Hughes | No – though relates to the 2001 GRAT, Ms. Nupson was not a beneficiary at the time, and | N/A | 8 |

186

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | return<br><br>4/2/2002, Nancy Pole to Frank Orr re: Frances Middleton gift tax return<br><br>2/18/2002, Roy Ross to Bruce Rosenfield, Frank Orr and Nancy Pole re: Frances Middleton gift tax return | | as Executrix of the Estate of Frances S. Middleton | relates to representation of Frances S. Middleton in her capacity as settlor. | | |
| 1/31/2017 Production | 4/2/2002, Nancy Pole to Frank Orr, Email chain re: Fran Middleton gift tax return | AC – FSM Executors Hold | John Middleton as Executor of the Estate of Frances S. Middleton and Lucia Hughes as Executrix of the Estate of Frances S. Middleton | No – though relates to the 2001 GRAT, Ms. Nupson was not a beneficiary at the time, and relates to representation of Frances S. Middleton in her capacity as settlor. | N/A | 8 |
| 1/31/2017 Production | 2/2/2002, Roy Ross to Bruce Rosenfield; Frank Orr; Nancy Pole. Email re; Fran Middleton gift tax return | AC – FSM Executors Hold | John Middleton as Executor of the Estate of Frances S. Middleton and Lucia Hughes as Executrix of the Estate of Frances S. Middleton | No – though relates to the 2001 GRAT, Ms. Nupson was not a beneficiary at the time, and relates to representation of Frances S. Middleton in her capacity as settlor. | N/A | 8 |
| 1/31/2017 Production | 4/2/2002, Nancy Pole to Frank Orr, Email chain re: Middleton GRAT for use in preparing Frances S. Middleton gift tax return | AC – FSM Executors Hold | John Middleton as Executor of the Estate of Frances S. Middleton and Lucia Hughes as Executrix of the Estate of Frances S. Middleton | No – though relates to the 2001 GRAT, Ms. Nupson was not a beneficiary at the time, and relates to representation of Frances S. Middleton in her capacity as settlor. | Entry is a duplicate for same document two lines above. | 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| 1/31/2017 Production | 2/2/2002, Roy Ross to Frank Orr, cc Nancy Pole, Email chain re: gift tax list | AC – FSM Executors Hold | John Middleton as Executor of the Estate of Frances S. Middleton and Lucia Hughes as Executrix of the Estate of Frances S. Middleton | No – though relates to the 2001 GRAT, Ms. Nupson was not a beneficiary at the time, and relates to representation of Frances S. Middleton in her capacity as settlor. | Entry is a duplicate for same document two lines above | 8 |
| 1/31/2017 Production | 11/27/2001, Roy Ross to A. R. Zacharia, cc Bruce Rosenfield, Memorandum re GRAT, with attachment | AC – FSM Executors Hold in part | John Middleton as Trustee of the Original 2001 GRAT; John Middleton as Executor of the Estate of Frances S. Middleton and Lucia Hughes as Executrix of the Estate of Frances S. Middleton | No – though relates to the 2001 GRAT, Ms. Nupson was not a beneficiary at the time, and relates to representation of Frances S. Middleton in her capacity as settlor. | N/A | 8 |
| 1/31/2017 Production | 2/1/2001, Unexecuted Agreement of Trust between Frances S. Middleton as Grantor and John S. Middleton as Trustee | AC – FSM Executors Hold | John Middleton as Executor of the Estate of Frances S. Middleton and Lucia Hughes as Executrix of the Estate of Frances S. Middleton | No – Ms. Nupson was not a beneficiary of this draft trust | N/A | 8 |
| 1/31/2017 Production | 3/16/1999, Schnader document re: Gift Tax/QPRT estate planning calculations for Frances S. Middleton | AC – FSM Executors Hold | John Middleton as Executor of the Estate of Frances S. Middleton and Lucia Hughes as Executrix of the Estate of Frances S. Middleton | No – though relates to the 2001 GRAT, Ms. Nupson was not a beneficiary at the time, and relates to representation of Frances S. Middleton in her capacity as settlor. | N/A | 2, 3, 8 |
| 1/31/2017 Production | 3/16/1999, Schnader document re: Gift Tax/QPRT estate planning calculations for Frances S. | AC – FSM Executors Hold | John Middleton as Executor of the Estate of Frances S. Middleton and Lucia Hughes as Executrix of the Estate of | No – though relates to the 2001 GRAT, Ms. Nupson was not a beneficiary at the time, and relates to representation of | | 2, 3, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | Middleton, and GRIT/Qualified Personal Residence Trust | | Frances S. Middleton | Frances S. Middleton in her capacity as settlor. | | |
| 1/31/2017 Production | 9/9/2002, Frank Orr to Roy Ross; Bruce Rosenfield, Email chain re Bradford information for Frances S. Middleton's gift tax return | AC – FSM Executors Hold | John Middleton as Executor of the Estate of Frances S. Middleton and Lucia Hughes as Executrix of the Estate of Frances S. Middleton | No – though relates to the 2001 GRAT, Ms. Nupson was not a beneficiary at the time, and relates to representation of Frances S. Middleton in her capacity as settlor. | N/A | 8 |
| 1/31/2017 Production | Undated, Schnader handwritten notes re: family shares and GRAT | AC – FSM Executors Hold | John Middleton as Executor of the Estate of Frances S. Middleton and Lucia Hughes as Executrix of the Estate of Frances S. Middleton | No -- relates to representation of Frances S. Middleton in her capacity as settlor. | N/A | 8 |
| 1/31/2017 Production | 4/27/2005, Bruce Rosenfield to Frances Middleton, Letter re:Revocable Trust, with attachment | AC – FSM Executors Hold | John Middleton as Executor of the Estate of Frances S. Middleton and Lucia Hughes as Executrix of the Estate of Frances S. Middleton | No – though relates to Revocable Trust for which Ms. Nupson was a beneficiary, relates to representation to Frances S. Middleton in her capacity as settlor | N/A | 2, 3, 8 |
| 1/31/2017 Production | 7/8/2005, Schnader handwritten notes re: Fran Middleton regarding discussions with Mrs. Middleton about estate planning | AC – FSM Executors Hold | John Middleton as Executor of the Estate of Frances S. Middleton and Lucia Hughes as Executrix of the Estate of Frances S. Middleton | No | N/A | 2, 3, 8 |
| 1/31/2017 | 3/25/2005, Bruce Rosenfield to File, cc Roy Ross, | AC – FSM Executors Hold | John Middleton as Executor of the Estate of Frances S. | Yes as to portions regarding Frances S. Middleton's service as | | 2, 3, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| Production | Memorandum re: Fran Middleton | | Middleton and Lucia Hughes as Executrix of the Estate of Frances S. Middleton | co-Trustee of the 1994 Anna Trust.<br><br>No as to portions relating to Frances S. Middleton's general estate and gift planning | | |
| 1/31/2017 Production | 7/28/1995, Herb Middleton to Bruce Rosenfield, Handwritten note re: Trust and renunciation | AC – HHM, Jr. Executor | John as Executor of the Estate of Herbert H. Middleton, Jr. | No – though refers to Ms. Nupson's renunciation, Herbert H. Middleton, Jr., was not trustee of that trust. | N/A | 8 |
| 1/31/2017 Production | 4/8/2002; 6/4/2002; 9/9/2002; and 12/20/2002, Assignments executed by John S. Middleton as Trustee of Original 2001 GRAT | AC | John as Trustee of the Original 2001 GRAT | No – Ms. Nupson was not a beneficiary at the time | N/A | 8 |
| 1/31/2017 Production | 9/6/2002, Rose Kennedy to Roy Ross, Transmittal Slip, with chart attached re: summary of current/future ownership of Bradford Holdings Inc. stock of Herbert H. Middleton, Jr. and Frances S. Middleton Family for estate planning binder | AC – FSM Executors Hold | John Middleton as Executor of the Estate of Frances S. Middleton and Lucia Hughes as Executrix of the Estate of Frances S. Middleton | No – though refers to various trusts, document relates to representation of Frances S. Middleton in connection with her estate planning | N/A | 2, 3, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| 1/31/2017 Production | 5/30/2001, Schnader chart with handwritten notes titled "Bradford Holdings, Inc. Class B Non-Voting Common Shares – Summary" for estate planning | AC – FSM Executors Hold | John Middleton as Executor of the Estate of Frances S. Middleton and Lucia Hughes as Executrix of the Estate of Frances S. Middleton | No – though refers to various trusts, document relates to representation of Frances S. Middleton in connection with her estate planning | N/A | 2, 3, 8 |
| 1/31/2017 Production | 7/31/2002, Schnader chart titled "Bradford Holdings Co. Summary of Ownership" for estate planning | AC – FSM Executors Hold | John Middleton as Executor of the Estate of Frances S. Middleton and Lucia Hughes as Executrix of the Estate of Frances S. Middleton | No – though refers to various trusts, document relates to representation of Frances S. Middleton in connection with her estate planning | N/A | 2, 3, 8 |
| 1/31/2017 Production | 12/31/2001, Schnader chart re: Bradford Holdings Inc. for estate planning | AC – FSM Executors Hold | John Middleton as Executor of the Estate of Frances S. Middleton and Lucia Hughes as Executrix of the Estate of Frances S. Middleton | No – though refers to various trusts, document relates to representation of Frances S. Middleton in connection with her estate planning | N/A | 2, 3, 8 |
| 1/31/2017 Production | 4/19/2000, Message Confirmation re: fax of document titled "Bradford Holdings Valuation as of April 19, 2000" | AC | Bradford | No | N/A | 1, 8 |
| 1/31/2017 Production | 6/28/2000, Larry Laubach to Robert M. Siwicki; cc to John Middleton; Bruce Rosenfield, Letter re: Bradford Holdings, Inc., with attachments | AC | Bradford | No | N/A | 1, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| 1/31/2017 Production | 6/26/2008; 7/25/2008; 9/17/2008; and 12/9/2008, Letters from Cozen O'Connor to Frances Middleton c/o John Stine, enclosing Invoices for Professional Services related to estate planning (Bates Nos. CO 000629 – 641) | AC – FSM Executors Hold | John Middleton as Executor of the Estate of Frances S. Middleton and Lucia Hughes as Executrix of the Estate of Frances S. Middleton | No – though refers to various trusts, document relates to representation of Frances S. Middleton in connection with her estate planning | N/A | 2, 3, 8 |
| 1/31/2017 Production | 1/26/2009; 3/17/2009; 4/16/2009; 5/14/2009; 6/29/2009; 7/24/2009; 9/25/2009; 11/24/2009; and 12/15/2009, Letters from Cozen O'Connor to Frances Middleton c/o John Stine, enclosing Invoices for Professional Services related to estate planning (Bates Nos. CO 000642 – 677) | AC – FSM Executors Hold | John Middleton as Executor of the Estate of Frances S. Middleton and Lucia Hughes as Executrix of the Estate of Frances S. Middleton | No – though refers to various trusts, document relates to representation of Frances S. Middleton in connection with her estate planning | N/A | 2, 3, 8 |
| 1/31/2017 Production | 1/19/2010; 2/25/2010; 4/14/2010; 5/13/2010; 6/14/2010; 7/22/2010; 8/26/2010; 9/15/2010; 10/25/2010; 11/11/2010; and 12/6/2010, Letters from Cozen O'Connor to Frances | AC – FSM Executors Hold | John Middleton as Executor of the Estate of Frances S. Middleton and Lucia Hughes as Executrix of the Estate of Frances S. Middleton | No – though refers to various trusts, document relates to representation of Frances S. Middleton in connection with her estate planning | N/A | 2, 3, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | Middleton c/o John Stine, enclosing Invoices for Professional Services related to estate planning (Bates Nos. CO 000678 – 720) | | | | | |
| 1/31/2017 Production | 1/26/2011; 3/16/2011; 4/20/2011; 5/26/2011; 6/10/2011; 7/26/2011; 8/15/2011; 9/21/2011; 10/24/2011; 11/15/2011; and 12/9/2011, Letters from Cozen O'Connor to Frances Middleton c/o John Stine, enclosing Invoices for Professional Services related to estate planning (Bates Nos. CO 000721 – 754) | AC – FSM Executors Hold | John Middleton as Executor of the Estate of Frances S. Middleton and Lucia Hughes as Executrix of the Estate of Frances S. Middleton | No – though refers to various trusts, document relates to representation of Frances S. Middleton in connection with her estate planning | N/A | 2, 3, 8 |
| 1/31/2017 Production | 1/13/2012; 2/21/2012; 4/16/2012; 5/23/2012; 6/20/2012; 7/23/2012; 8/23/2012; 9/27/2012; 10/18/2012; 11/15/2012; and 12/12/2012, Letters from Cozen O'Connor to Frances Middleton c/o John Stine, enclosing Invoices for Professional Services (Bates | AC – FSM Executors Hold | John Middleton as Executor of the Estate of Frances S. Middleton and Lucia Hughes as Executrix of the Estate of Frances S. Middleton | No – though refers to various trusts, document relates to representation of Frances S. Middleton in connection with her estate planning | N/A | 2, 3, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | Nos. CO 000755 – 789) | | | | | |
| 1/31/2017 Production | 1/22/2013; 2/22/2013; 3/25/2013; 4/10/2013; 5/23/2013; 6/17/2013; 7/23/2013; 8/30/2013; 9/12/2013; and 11/12/2013, Letters from Cozen O'Connor to Frances Middleton c/o John Stine, enclosing Invoices for Professional Services related to estate planning (Bates Nos. CO 000790 – 827) | AC – FSM Executors Hold | John Middleton as Executor of the Estate of Frances S. Middleton and Lucia Hughes as Executrix of the Estate of Frances S. Middleton | No – though refers to various trusts, document relates to representation of Frances S. Middleton in connection with her estate planning | N/A | 2, 3, 8 |
| 1/31/2017 Production | 1/17/2014; 2/19/2014; 4/25/2014; 5/20/2014; 6/12/2014; and 12/3/2014, Letters from Cozen O'Connor to Frances Middleton Trust c/o John Stine, enclosing Invoices for Professional Services related to Frances Middleton Revocable Trust (Bates Nos. CO 000874 – 891) | AC | John as Executor of the Estate of Frances S. Middleton (not shared with Lucia Hughes) | ?? | | 2, 3, 8 |
| 1/31/2017 Production | 10/7/2014 and 12/3/2014, Letters from Cozen O'Connor to Anna M. Bauer Trusts, John S. | AC | John as Executor of the Estate of Frances S. Middleton (not shared with Lucia Hughes) | ?? | | 2, 3, 8 |

| A. Bates Number/ Log Entry Number | B. Description of Redacted or Withheld Document | C. Privilege, with Description of Redacted Information, If Any | D. Holder of Privilege | E. Is the Redacted Portion or Withheld Document About the 1994 Anna Trusts, the 2001 Anna GRAT, or the Modified 2001 GRAT? | F. Additional Notes | G. Redacted or Withheld Information Is Responsive to What Subpoena Request? |
|---|---|---|---|---|---|---|
| | Middleton Trustee, enclosing Invoices for Professional Services related to Anna 1994 Trusts (Bates Nos. CO 000914 – 919) | | | | | |