# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANNA K. NUPSON** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 18-2505** |
| **v.** | : | |
| | : | |
| **SCHNADER HARRISON SEGAL &** | : | |
| **LEWIS, LLP,** *et al.* | : | |
| *Defendants* | : | |

# O R D E R

**AND NOW**, this 10th day of May 2021, upon consideration of Plaintiff's *motion to enforce subpoena and request for service by alternative methods*, [ECF 196], and for good cause shown, it is hereby **ORDERED** that the motion is **GRANTED,** as follows:  Plaintiff shall serve her subpoena for deposition on non-party Lucia M. Hughes by (1) sending a copy of the subpoena and this Order to Ms. Hughes' last known address by first class and certified mail; and (2) sending a copy of the subpoena and this Order to Ms. Hughes' counsel, Kevin Rethore, Esquire, by first class and certified mail and electronic mail (kevin.rethore@caffhill.com).

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*