| | |
|---|---|
| From: | Ben Davis |
| To: | kevin.rethore@caffhill.com |
| Cc: | Tom Mucci; Courtney Vidales; Kimberly Brusuelas; "Justin Kaufman"; Lauren Martinez |
| Subject: | Regarding: Nupson v. Schnader et al. |
| Date: | Tuesday, January 5, 2021 12:02:31 PM |

Kevin,

It was nice to talk with you today. I spoke with my team. I do not think we can avoid taking Ms. Hughes' deposition. That being said, I am willing to only seek her deposition at this point without any document requests attached. If, during the deposition, we learn of some documents that Ms. Hughes may have that were not previously produced, we will then seek those documents. Hopefully that will make things easier for Ms. Hughes.

Please let me know of a good time and place to depose Ms. Hughes. These are the dates we previously sent: January 21, 22, 25, 26 (after 10:30), 28, February 1, 2 (after 10:30), 3-5, 8, 9 (after 10:30), and 10th.

Best,
Ben

**Ben Davis**
ATTORNEY

Davis Kelin Law Firm 

127 BRYN MAWR DR SE | ALBUQUERQUE, NM 87106

DIRECT: (505) 903-6891

OFFICE: (505) 242-7200

FAX: (505) 213-3399

OUR FIRM | REFERRALS | BLOG

THIS EMAIL COMMUNICATION MAY CONTAIN CONFIDENTIAL INFORMATION AND IS INTENDED ONLY FOR THE USE OF THE INTENDED RECIPIENT(S) IDENTIFIED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS COMMUNICATION, YOU ARE HEREBY NOTIFIED THAT ANY UNAUTHORIZED REVIEW, USE, DISSEMINATION, DISTRIBUTION, DOWNLOADING, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY REPLY EMAIL, DELETE THE COMMUNICATION, AND DESTROY ALL COPIES.

**EXHIBIT 2**