

# EXHIBIT C

DIRECT DIAL NUMBER:                                                                                   Patrick M. Harrington
(215) 575-7236                                                                                  pharrington@dilworthlaw.com

June 17, 2020

**VIA EMAIL** (Kim@fifthstreetlaw.com)
Kimberly Brusuelas, Esquire
5th Street Law Offices
1015 5th Street NW
Albuquerque, NM  87102

      **RE:**     **Nupson v. Schnader Harrison Segal & Lewis, LLP, et al., No. 2:18-CV-02505**

Dear Kimberly:

      I write in response to your May 29, 2020 letter regarding depositions in the above matter. We had been focused on the mediation, but with that behind us right now, I wanted to respond. You list thirteen (13) witnesses in your letter and as such I remind you of the constraints of Rule 30(a)(2)(A), which limits the number of depositions to ten (10).  In an effort to streamline things and be able to give you some proposed dates, please consider the priority of your listed prospective deponents and advise as to the order in which you would request to have them appear.

      Larry will be reaching out shortly to coordinate in greater detail.  Be well.

                                                                         Respectfully,

                                                                       Patrick M. Harrington

Cc:     Lawrence G. McMichael, Esquire (via email)