EXHIBIT H

| | |
|---|---|
| Message | |
| From: | Rosenfield, Bruce [/O=SCHNADER/OU=SHSLEXCH/CN=RECIPIENTS/CN=42434D0D] |
| Sent: | 3/10/2001 2:58:58 PM |
| To: | 'JMiddl9352@aol.com' [JMiddl9352@aol.com] |
| Subject: | Re: Additional Redemptions |

Several quick thoughts. First to take them out now removes the problem down the line that we have finally solved with your cousins. Think about what a distraction and concern they have been over the years.

It also serves to get money to them now, removing risk from them (but takes away upside from them)

With respect to your mom, during our last meeting, my thought she was leaning to make no further benefit to anna under her will. It wouldn't be that much of a stretch to say she would give you stock and them the rest (or something like that). We will be addressing that sooner than later if we ever get together on gifting.

In this regard, if there are enough assets,we are talking aboutcashing out lots of her stock throough the gifting program. She will be getting cash in stead, which would help in the over all programof getting non company assets  to your sisters.

We have to be careful to make sure that any transactions qualify for cap gains treatment for your sisters.

I am in florida till wednesday. Talk to you soon. Bruce
---------------------------
Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)


-----Original Message-----
From: JMiddl9352@aol.com <JMiddl9352@aol.com>
To: brosenfield@schnader.com <Bruce_Rosenfield@SHSL.com>
Sent: Sat Mar 10 08:59:04 2001
Subject: Additional Redemptions

Bruce,

     On and off for the last few months, I have wondered whether it would be worthwhile to make the same offer to my sisters that we have to my cousins.  The problem I keep stumbling over is exactly what is the benefit given that when my mother eventually dies they will receive more stock.  Your thoughts?

John

CONFIDENTIAL
BHICOZ027092