# EXHIBIT I

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

- - -

ANNA K. NUPSON,

   Plaintiff,

VS.

SCHNADER HARRISON SEGAL
& LEWIS, LLP, and BRUCE A.
ROSENFIELD, ESQ.,

   Defendants.    NO. 2:18-cv-02505-NIQA

- - -

CONFIDENTIAL

- - -

Videotaped deposition of BRUCE A. ROSENFIELD, ESQUIRE, taken at Dilworth Paxon, LLP, 1500 Market Street, Suite 3500E, Philadelphia, Pennsylvania, on Thursday, June 24, 2021, beginning at approximately 9:11 a.m., before Elizabeth Kelly, Professional Reporter and Notary Public in and of the Commonwealth of Pennsylvania.

- - -

Anna K. Nupson v. Schnader Harrison Segal & Lewis, LLP, et al.  June 24, 2021
Bruce Rosenfield, Esq.  NO. 2:18-cv-02505-NIQA

Page 182

1    A   Thank you.

2    Q   Was this document ever transmitted to
3    Anna?

4    A   I don't know the answer to that. I don't
5    recall. I don't think I gave it to her, but I don't
6    -- I can't be sure of that. And I don't know that
7    -- whether someone else did, I don't know.

8    Q   Did she ever see this document?

9    A   I think she did. I went -- because at the
10   meeting on what I think is September 17th, I went
11   through the terms of the GRAT with her, so I would
12   have had a copy of the GRAT with me and sitting with
13   her.

14           So whether I gave her a copy, I
15   really don't remember. I might have given her a
16   copy of the GRAT at that point, but I went through
17   all of the terms of it. And that's reflected in her
18   notes.

19   Q   Did you tell her that this began as an
20   oral GRAT?

21   A   No, it was -- that's irrelevant. I told
22   her it began as a GRAT. It was created on
23   February 1, 2001.

24   Q   What did you -- when did you start
25   representing Anna Nupson in this matter that we're