Anna K. Nupson v. Schnader Harrison Segal & Lewis, LLP, et al.　　　　　　　　　June 24, 2021
Bruce Rosenfield, Esq.　　　　　　　　　　　　　　　　　　　　　　　　　NO. 2:18-cv-02505-NIQA

# EXHIBIT J

Page 183

1　discussing here, the negotiation of --
2　　A　**The late summer of 2002.**
3　　Q　Did you have an engagement letter with
4　her.
5　　A　**I did not.**
6　　Q　What was the scope of your representation?
7　　A　**I'm sorry, I can't hear you.**
8　　Q　What was the scope of your representation?
9　　A　**The representation was to try to resolve**
10　**the family dispute over the 2001 GRAT.**
11　　Q　And you also represented Frances Middleton
12　at the same time in that same dispute?
13　　A　**I did.**
14　　Q　And you previously represented John
15　Middleton in other trust and estates matters?
16　　A　**I did.**
17　　Q　Frances Middleton permitted you to
18　disclose Nupson-15, which is GRAT 1?
19　　A　**She asked me to disclose it.**
20　　Q　Asked you to disclose it.
21　　　　Did she ask you to disclose any other
22　details about her trust and estates planning?
23　　A　**She did not.**
24　　Q　Okay.  Did you explain to Anna that you
25　were not permitted to discuss any of those matters

Case 2:18-cv-02505-NIQA   Document 239-10   Filed 10/21/21   Page 2 of 2

Anna K. Nupson v. Schnader Harrison Segal & Lewis, LLP, et al.　　　　　June 24, 2021
Bruce Rosenfield, Esq.　　　　　　　　　　　　　　　　　　　　　　NO.  2:18-cv-02505-NIQA

Page 184

1　　with Anna?
2　　　　A　I didn't explain that, no.
3　　　　Q　Nupson-15 was that ever transmitted -- I
4　　know we talked about Anna Nupson.
5　　　　　　But do you know if it was transmitted
6　　formally to Frances Middleton?
7　　　　A　I'm just -- actually just trying to recall
8　　whether she wanted copies of her documents.  If she
9　　wanted them, she would have had it.  Usually copies
10　　of -- certainly in Herb's time, all of the family
11　　documents were kept by Herb in binders at the
12　　company.
13　　　　　　And I just don't recall if Fran had
14　　her own binders at home.  If she did, I would have
15　　-- when I brought it, I would have given her this
16　　copy and put it in her binder.  But I don't have a
17　　specific recollection of that.  Are we done with
18　　this one?
19　　　　Q　We are.
20　　　　A　Things are piling up.
21　　　　Q　No, I appreciate it.  You know what,
22　　before I go to Exhibit 52, I said you're done with
23　　that one -- let me -- let me -- do we know what the
24　　notes are, what exhibit notes are Anna's notes?
25　　　　　　(Discussion was held off the record.)