UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNA K. NUPSON,<br><br>    Plaintiff,<br><br>v.<br><br>SCHNADER HARRISON SEGAL & LEWIS LLP, and BRUCE A. ROSENFIELD, ESQ.,<br><br>    Defendants. | Case No. 2:18-cv-02505-NIQA<br><br>**STIPULATED ORDER MODIFYING CERTAIN SCHEDULING, WITHOUT EXTENSION** |

The Court, being fully advised in the premises, and pursuant to Local Rule of Civil Procedure 7.4(b)(2) finds the parties' stipulation set forth herein to be well taken and **THEREFORE ORDERS** as follows:

WHEREAS, on October 13, 2021, this Court entered a Revised Scheduling Order [ECF 235] that extended certain case management deadlines in this matter, specifically that

- Affirmative expert reports shall be exchanged by December 13, 2021; and

- Rebuttal expert reports shall be exchanged by January 13, 2022. [*See* ECF 235]

WHEREAS, this Court clearly stated in the Revised Scheduling Order that "There will be no further extension of deadlines granted," and the parties respect that direction and do not intend to have this stipulation serve to extend any deadlines memorialized in the Court's October 13, 2021 Order [ECF 235]; and

WHEREAS the parties have conferred among themselves and concluded that it is more efficient and appropriate for Plaintiff to serve her expert report(s) first, and then for Defendants to serve responsive reports 30 days later, with Plaintiff having the right to serve rebuttal report(s) shortly thereafter; and

WHEREAS this modification can be accomplished without extending any existing dates or deadlines contained in this Court's Revised Scheduling Order [ECF 235.]

NOW THEREFORE, and intending to be legally bound hereby, Plaintiff and Defendants stipulate as follows:

1. **Preamble and Recitals.**  The foregoing preamble and recitals are incorporated into, and are terms of, this Stipulation.

2. **Plaintiff's Expert Report(s) Deadline.**  Instead of the Parties' respective expert reports being due December 13, 2021, Plaintiff and Defendants agree that the date by which Plaintiff must serve her expert report(s) shall be December 13, 2021.

3. **Defendants' Expert Report(s) Deadline.**  Instead of the Parties' rebuttal reports being due January 13, 2022, Plaintiff and Defendants agree that the date by which Defendants must serve their expert report(s) shall be January 13, 2022.

4. **Plaintiff's Rebuttal Report Deadline.**  Plaintiff and Defendants agree that the date by which Plaintiff must serve any rebuttal report(s) shall be February 7, 2022.

5. **No Extensions.** Plaintiff and Defendants acknowledge that this stipulation shall not extend any deadlines previously set by this Court in its October 13, 2021 Revised Scheduling Order [ECF 235].

IN WITNESS WHEREOF, the Parties hereto have caused this Stipulation to be executed by their duly authorized counsel.

For Plaintiff Anna K. Nupson

Dated:  December 2, 2021

*/s/ Ben Davis*
Ben Davis, Esq.
THE DAVIS KELIN LAW FIRM

122578996_1

For Defendants Schnader Harrison Segal
& Lewis LLP and Bruce A. Rosenfield, Esq.

Dated:  December 2, 2021  /s/Lawrence G. McMichael
Lawrence G. McMichael, Esq.
DILWORTH PAXSON LLP

STIPULATION DISAPPROVED AND

**SO ORDERED this** \_\_1st\_\_ **day of** \_\_December_____, 2021

/s/ Nitza I. Quinones Alejandro
**UNITED STATES DISTRICT JUDGE**

122578996_1