UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNA K. NUPSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:18-cv-02505-NIQA |
| SCHNADER HARRISON SEGAL & LEWIS LLP, and BRUCE A. ROSENFIELD, ESQ., | ) |
| Defendants. | ) |

## ORDER

**AND NOW**, this _____ day of _____, 2022, upon consideration of Defendants' Motion for Leave to File Under Seal Exhibits 11, 14, 16, 17, and 32 to Defendants' Motion for Summary Judgment, and any replies and/or argument, it is hereby **ORDERED** that Defendants' Motion for Leave to File Under Seal is **GRANTED**.

It is further **ORDERED** that Exhibits 11, 14, 16, 17, and 32 to Defendants' Motion for Summary Judgment shall be placed under seal.

**BY THE COURT:**

_____
QUIÑONES ALEJANDRO, J.

122663728_1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNA K. NUPSON,<br><br>    Plaintiff,<br><br>    v.<br><br>SCHNADER HARRISON SEGAL & LEWIS LLP, and BRUCE A. ROSENFIELD, ESQ.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   Case No. 2:18-cv-02505-NIQA<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS 11, 14, 16, 17, AND 32 TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants Schnader Harrison Segal & Lewis LLP ("Schnader") and Bruce A. Rosenfield, Esq. ("Rosenfield" and collectively "Defendants"), seek leave to file under seal Exhibits 11, 14, 16, 17, and 32 to Defendants' Motion for Summary Judgment, and in support thereof, state as follows:

1. In their Motion for Summary Judgment, Defendants seek to attach as exhibits documents designated as "CONFIDENTIAL" subject to a Stipulated Order for the Exchange of Confidential Information filed April 14, 2016 with the Orphans' Court of Montgomery County, Pennsylvania (ECF No. 103-1) and the Stipulated Order for the Exchange of Confidential Information filed February 25, 2020 in this case (ECF No. 103-2).

2. In order to avoid the disclosure of confidential information, Defendants respectfully request permission to file under seal their Exhibits 11, 14, 16, 17, and 32 to Defendants' Motion for Summary Judgment.

For the foregoing reasons, Defendants respectfully request this Court grant Defendants' Motion for Leave to File Under Seal and permit Defendants to file Exhibits 11, 14, 16, 17, and

122663728_1

32 to Defendants' Motion for Summary Judgment under seal.

                                                  Respectfully submitted,

By:   */s/ Jessica L. Titler-Lingle*
       DILWORTH PAXSON LLP
       Lawrence G. McMichael, Esquire
       Patrick M. Harrington, Esquire
       Timothy J. Ford, Esquire
       Jessica L. Titler-Lingle, Esquire
       Pa. Id. Nos. 28550/317998/325290/320618
       1500 Market Street, Suite 3500E
       Philadelphia, PA 19102-2101
       P: (215) 575-7000 / F: (215) 575-7200
       lmcmichael@dilworthlaw.com
       pharrington@dilworthlaw.com
       tford@dilworthlaw.com
       jtitler-lingle@dilworthlaw.com
       *Attorneys for Defendants Schnader Harrison Segal & Lewis LLP, and Bruce A. Rosenfield, Esquire*

Dated: February 14, 2022

## CERTIFICATE OF SERVICE

I, Jessica L. Titler-Lingle, hereby certify that on February 14, 2022, a true and correct copy of the foregoing Defendants' Motion for Leave to File Under Seal Exhibits 11, 14, 16, 17, and 32 to Defendants' Motion for Summary Judgment, was served by electronic mail on all counsel of record.

Respectfully submitted,

By:   */s/ Jessica L. Titler-Lingle*
DILWORTH PAXSON LLP
Jessica L. Titler-Lingle, Esquire
Pa. Id. No. 320618
1500 Market Street, Suite 3500E
Philadelphia, PA 19102-2101
P: (215) 575-7000 / F: (215) 575-7200
jtitler-lingle@dilworthlaw.com
*Counsel for Defendants Schnader Harrison Segal & Lewis LLP, and Bruce A. Rosenfield, Esquire*

Dated: February 14, 2022