**EXHIBIT F**

| | |
|---|---|
| **From:** | Courtney Vidales |
| **To:** | Harrington, Patrick M.; Ben Davis; Brian Gordon; Tom Mucci; Justin Kaufman |
| **Cc:** | Titler-Lingle, Jessica L.; Ford, Timothy J.; McMichael, Lawrence G. |
| **Subject:** | RE: Nupson v. Schnader, et al. (Defendants" Expert Witness Disclosures) |
| **Date:** | Tuesday, January 18, 2022 3:52:00 PM |
| **Attachments:** | Finn Appendix B- Sources of Information.pdf |

Patrick,

Would you please provide copies of the highlighted items on the attached Appendix B of Finn's report. We were able to locate the items that are not highlighted. If the items were produced in discovery, please identify the Bates Numbers.

Thank you,


Courtney Johnson Vidales, Esq.
Mucci Law Firm
1600 Rio Grande Blvd. NW
Albuquerque, NM 87104
courtney@muccilaw.com
Office: (505) 247-2211



**From:** Harrington, Patrick M. <pharrington@dilworthlaw.com>
**Sent:** Friday, January 14, 2022 3:00 PM
**To:** Ben Davis <bdavis@daviskelin.com>; Brian Gordon <briangordon249@gmail.com>; Courtney Vidales <courtney@muccilaw.com>; Tom Mucci <tom@muccilaw.com>; Justin Kaufman <jkaufman@dpslawgroup.com>
**Cc:** Titler-Lingle, Jessica L. <jtitler-lingle@dilworthlaw.com>; Ford, Timothy J. <tford@dilworthlaw.com>; McMichael, Lawrence G. <lmcmichael@dilworthlaw.com>
**Subject:** Nupson v. Schnader, et al. (Defendants' Expert Witness Disclosures)

I'm using Mimecast to share large files with you. Please see the attached instructions.

Counsel:
Attached, please find copies of Defendants' Expert Witness Disclosures, which are being produced subject the confidentiality order in this matter, and a certificate of service regarding the same.
Be well,
Patrick

PATRICK HARRINGTON | DILWORTH PAXSON LLP
1500 Market Street | Suite 3500E | Philadelphia, PA 19102
Tel: (215) 575-7236 | Cell: (609) 276-6564 | Fax: (215) 754-4603
pharrington@dilworthlaw.com | www.dilworthlaw.com