# EXHIBIT G

| | |
|---|---|
| **From:** | Harrington, Patrick M. |
| **To:** | Courtney Vidales; Ben Davis; Brian Gordon; Tom Mucci; Justin Kaufman |
| **Cc:** | Titler-Lingle, Jessica L.; Ford, Timothy J.; McMichael, Lawrence G. |
| **Subject:** | RE: Nupson v. Schnader, et al. (Defendants" Expert Witness Disclosures) |
| **Date:** | Thursday, January 20, 2022 8:23:41 AM |

Courtney:
I am in receipt of your email and I hope to have copies of these documents to you today.
Patrick

PATRICK HARRINGTON | DILWORTH PAXSON LLP
1500 Market Street | Suite 3500E | Philadelphia, PA 19102
Tel: (215) 575-7236 | Cell: (609) 276-6564 | Fax: (215) 754-4603
pharrington@dilworthlaw.com | www.dilworthlaw.com

---

**From:** Courtney Vidales [mailto:courtney@muccilaw.com]
**Sent:** Tuesday, January 18, 2022 5:53 PM
**To:** Harrington, Patrick M.; Ben Davis; Brian Gordon; Tom Mucci; Justin Kaufman
**Cc:** Titler-Lingle, Jessica L.; Ford, Timothy J.; McMichael, Lawrence G.
**Subject:** RE: Nupson v. Schnader, et al. (Defendants' Expert Witness Disclosures)

Patrick,

Would you please provide copies of the highlighted items on the attached Appendix B of Finn's report. We were able to locate the items that are not highlighted. If the items were produced in discovery, please identify the Bates Numbers.

Thank you,


Courtney Johnson Vidales, Esq.
Mucci Law Firm
1600 Rio Grande Blvd. NW
Albuquerque, NM 87104
courtney@muccilaw.com
Office: (505) 247-2211



---

**From:** Harrington, Patrick M. <pharrington@dilworthlaw.com>
**Sent:** Friday, January 14, 2022 3:00 PM
**To:** Ben Davis <bdavis@daviskelin.com>; Brian Gordon <briangordon249@gmail.com>; Courtney Vidales <courtney@muccilaw.com>; Tom Mucci <tom@muccilaw.com>; Justin Kaufman <jkaufman@dpslawgroup.com>
**Cc:** Titler-Lingle, Jessica L. <jtitler-lingle@dilworthlaw.com>; Ford, Timothy J. <tford@dilworthlaw.com>; McMichael, Lawrence G. <lmcmichael@dilworthlaw.com>
**Subject:** Nupson v. Schnader, et al. (Defendants' Expert Witness Disclosures)

| | |
|---|---|
| **From:** | Harrington, Patrick M. |
| **To:** | Courtney Vidales; Brian Gordon; Ben Davis; Justin Kaufman; Tom Mucci |
| **Cc:** | Titler-Lingle, Jessica L.; Ford, Timothy J.; McMichael, Lawrence G. |
| **Subject:** | RE: Nupson v. Schnader, et al. (Defendants" Expert Witness Disclosures) |
| **Date:** | Thursday, January 20, 2022 10:47:11 AM |
| **Attachments:** | Mimecast Large File Send Instructions.msg |

I'm using Mimecast to share large files with you. Please see the attached instructions.

Courtney:

In the interest of time, and as a courtesy, attached please find installment 1 of 2 of the documents you'd highlighted in the appendix. I expect to be able to send you the balance shortly.
Patrick

PATRICK HARRINGTON | DILWORTH PAXSON LLP

1500 Market Street | Suite 3500E | Philadelphia, PA 19102

Tel: (215) 575-7236 | Cell: (609) 276-6564 | Fax: (215) 754-4603

pharrington@dilworthlaw.com | www.dilworthlaw.com

---

**From:** Courtney Vidales [mailto:courtney@muccilaw.com]
**Sent:** Tuesday, January 18, 2022 5:53 PM
**To:** Harrington, Patrick M.; Ben Davis; Brian Gordon; Tom Mucci; Justin Kaufman
**Cc:** Titler-Lingle, Jessica L.; Ford, Timothy J.; McMichael, Lawrence G.
**Subject:** RE: Nupson v. Schnader, et al. (Defendants' Expert Witness Disclosures)

Patrick,

Would you please provide copies of the highlighted items on the attached Appendix B of Finn's report. We were able to locate the items that are not highlighted. If the items were produced in discovery, please identify the Bates Numbers.

Thank you,

Courtney Johnson Vidales, Esq.
Mucci Law Firm
1600 Rio Grande Blvd. NW
Albuquerque, NM 87104
courtney@muccilaw.com
Office: (505) 247-2211

---

**From:** Harrington, Patrick M. <pharrington@dilworthlaw.com>
**Sent:** Friday, January 14, 2022 3:00 PM
**To:** Ben Davis <bdavis@daviskelin.com>; Brian Gordon <briangordon249@gmail.com>; Courtney Vidales <courtney@muccilaw.com>; Tom Mucci <tom@muccilaw.com>; Justin Kaufman <jkaufman@dpslawgroup.com>

| From: | Harrington, Patrick M. |
|---|---|
| To: | Tom Mucci; Justin Kaufman; Brian Gordon; Ben Davis; Courtney Vidales |
| Cc: | Titler-Lingle, Jessica L.; McMichael, Lawrence G.; Ford, Timothy J. |
| Subject: | RE: Nupson v. Schnader, et al. (Defendants" Expert Witness Disclosures) |
| Date: | Thursday, January 20, 2022 10:59:50 AM |
| Attachments: | Mimecast Large File Send Instructions.msg |

I'm using Mimecast to share large files with you. Please see the attached instructions.

Courtney:
Attached, please find installment 2 of 2 of the highlighted documents in Appendix B. Please note that with regard to no. 145, "Capital IQ" is an online database which provides financial data that links to certain of our expert's models via formulas. Capital IQ is more of a source than a specific file. By way of example, your Stout report references Capital IQ as a source on many of their exhibits but not in their list of information considered.
Patrick

PATRICK HARRINGTON | DILWORTH PAXSON LLP
1500 Market Street | Suite 3500E | Philadelphia, PA 19102
Tel: (215) 575-7236 | Cell: (609) 276-6564 | Fax: (215) 754-4603
pharrington@dilworthlaw.com | www.dilworthlaw.com

**From:** Courtney Vidales [mailto:courtney@muccilaw.com]
**Sent:** Tuesday, January 18, 2022 5:53 PM
**To:** Harrington, Patrick M.; Ben Davis; Brian Gordon; Tom Mucci; Justin Kaufman
**Cc:** Titler-Lingle, Jessica L.; Ford, Timothy J.; McMichael, Lawrence G.
**Subject:** RE: Nupson v. Schnader, et al. (Defendants' Expert Witness Disclosures)

Patrick,

Would you please provide copies of the highlighted items on the attached Appendix B of Finn's report. We were able to locate the items that are not highlighted. If the items were produced in discovery, please identify the Bates Numbers.

Thank you,

Courtney Johnson Vidales, Esq.
Mucci Law Firm
1600 Rio Grande Blvd. NW
Albuquerque, NM 87104
courtney@muccilaw.com
Office: (505) 247-2211

**From:** Harrington, Patrick M. <pharrington@dilworthlaw.com>
**Sent:** Friday, January 14, 2022 3:00 PM
**To:** Ben Davis <bdavis@daviskelin.com>; Brian Gordon <briangordon249@gmail.com>; Courtney