| | |
|---|---|
| **From:** | Courtney Vidales |
| **To:** | Harrington, Patrick M.; Tom Mucci; Justin Kaufman; Ben Davis |
| **Cc:** | Titler-Lingle, Jessica L.; McMichael, Lawrence G.; Ford, Timothy J. |
| **Subject:** | RE: Nupson v. Schnader, et al. (Defendants" Expert Witness Disclosures) |
| **Date:** | Wednesday, January 26, 2022 8:06:00 AM |

Patrick,

Thank you for providing these documents. It is much appreciated. However, would you please identify the Bates Nos. for documents 2 and 152 on Fenn's Appendix B. Without the Bates numbers, we are unable to locate them in the voluminous discovery documents and the versions you provided do not have a Bates Number listed on them.

Also, in reviewing Pam Schneider's report we are unable to locate, and no Bates Numbers are identified in her report, documents 16, 19, 27, and 186. If you would please identify the bates numbers or produce the same documents reviewed by your expert.

Thank you,

Courtney Johnson Vidales, Esq.
Mucci Law Firm
1600 Rio Grande Blvd. NW
Albuquerque, NM 87104
courtney@muccilaw.com
Office: (505) 247-2211

---

**From:** Harrington, Patrick M. <pharrington@dilworthlaw.com>
**Sent:** Thursday, January 20, 2022 10:59 AM
**To:** Tom Mucci <tom@muccilaw.com>; Justin Kaufman <jkaufman@dpslawgroup.com>; Brian Gordon <briangordon249@gmail.com>; Ben Davis <bdavis@daviskelin.com>; Courtney Vidales <courtney@muccilaw.com>
**Cc:** Titler-Lingle, Jessica L. <jtitler-lingle@dilworthlaw.com>; McMichael, Lawrence G. <lmcmichael@dilworthlaw.com>; Ford, Timothy J. <tford@dilworthlaw.com>
**Subject:** RE: Nupson v. Schnader, et al. (Defendants' Expert Witness Disclosures)

I'm using Mimecast to share large files with you. Please see the attached instructions.

---

Courtney:
Attached, please find installment 2 of 2 of the highlighted documents in Appendix B. Please note that with regard to no. 145, "Capital IQ" is an online database which provides financial data that links to certain of our expert's models via formulas. Capital IQ is more of a source than a specific file. By way of example, your Stout report references Capital IQ as a source on many of their exhibits but not in their list of information considered.
Patrick

PATRICK HARRINGTON | DILWORTH PAXSON LLP

1500 Market Street | Suite 3500E | Philadelphia, PA 19102
Tel: (215) 575-7236 | Cell: (609) 276-6564 | Fax: (215) 754-4603
pharrington@dilworthlaw.com | www.dilworthlaw.com

**From:** Courtney Vidales [mailto:courtney@muccilaw.com]
**Sent:** Tuesday, January 18, 2022 5:53 PM
**To:** Harrington, Patrick M.; Ben Davis; Brian Gordon; Tom Mucci; Justin Kaufman
**Cc:** Titler-Lingle, Jessica L.; Ford, Timothy J.; McMichael, Lawrence G.
**Subject:** RE: Nupson v. Schnader, et al. (Defendants' Expert Witness Disclosures)

Patrick,

Would you please provide copies of the highlighted items on the attached Appendix B of Finn's report. We were able to locate the items that are not highlighted. If the items were produced in discovery, please identify the Bates Numbers.

Thank you,

Courtney Johnson Vidales, Esq.
Mucci Law Firm
1600 Rio Grande Blvd. NW
Albuquerque, NM 87104
courtney@muccilaw.com
Office: (505) 247-2211


**From:** Harrington, Patrick M. <pharrington@dilworthlaw.com>
**Sent:** Friday, January 14, 2022 3:00 PM
**To:** Ben Davis <bdavis@daviskelin.com>; Brian Gordon <briangordon249@gmail.com>; Courtney Vidales <courtney@muccilaw.com>; Tom Mucci <tom@muccilaw.com>; Justin Kaufman <jkaufman@dpslawgroup.com>
**Cc:** Titler-Lingle, Jessica L. <jtitler-lingle@dilworthlaw.com>; Ford, Timothy J. <tford@dilworthlaw.com>; McMichael, Lawrence G. <lmcmichael@dilworthlaw.com>
**Subject:** Nupson v. Schnader, et al. (Defendants' Expert Witness Disclosures)

I'm using Mimecast to share large files with you. Please see the attached instructions.

Counsel:
Attached, please find copies of Defendants' Expert Witness Disclosures, which are being produced subject the confidentiality order in this matter, and a certificate of service regarding the same.
Be well,
Patrick

PATRICK HARRINGTON | DILWORTH PAXSON LLP
1500 Market Street | Suite 3500E | Philadelphia, PA 19102