| | |
|---|---|
| **From:** | Harrington, Patrick M. |
| **To:** | Courtney Vidales; Tom Mucci; Justin Kaufman; Ben Davis |
| **Cc:** | Titler-Lingle, Jessica L.; McMichael, Lawrence G.; Ford, Timothy J. |
| **Subject:** | RE: Nupson v. Schnader, et al. (Defendants" Expert Witness Disclosures) |
| **Date:** | Wednesday, January 26, 2022 3:39:02 PM |
| **Attachments:** | Schneider Doc 27.pdf |
| | Fenn Doc 152.pdf |
| | Fenn Doc 2.pdf |
| | Schneider Doc 16.pdf |
| | Schneider Doc 19.pdf |

Courtney:
In response to your email below, please see the attached documents:

Fenn Report
Doc 2 – attached, labeled
Doc 152 – previously sent to you, but attached again and labeled

Schneider Report
Doc 16 – attached, labeled
Doc 19 – attached, labeled
Doc 27 – attached, labeled
Doc 186 – BHICOZ022908

Be well,
Patrick

PATRICK HARRINGTON | DILWORTH PAXSON LLP
1500 Market Street | Suite 3500E | Philadelphia, PA 19102
Tel: (215) 575-7236 | Cell: (609) 276-6564 | Fax: (215) 754-4603
pharrington@dilworthlaw.com | www.dilworthlaw.com

**From:** Courtney Vidales [mailto:courtney@muccilaw.com]
**Sent:** Wednesday, January 26, 2022 10:06 AM
**To:** Harrington, Patrick M.; Tom Mucci; Justin Kaufman; Ben Davis
**Cc:** Titler-Lingle, Jessica L.; McMichael, Lawrence G.; Ford, Timothy J.
**Subject:** RE: Nupson v. Schnader, et al. (Defendants' Expert Witness Disclosures)

Patrick,

Thank you for providing these documents. It is much appreciated. However, would you please identify the Bates Nos. for documents 2 and 152 on Fenn's Appendix B. Without the Bates numbers, we are unable to locate them in the voluminous discovery documents and the versions you provided do not have a Bates Number listed on them.

Also, in reviewing Pam Schneider's report we are unable to locate, and no Bates Numbers are identified in her report, documents 16, 19, 27, and 186. If you would please identify the bates numbers or produce the same documents reviewed by your expert.

Thank you,

Courtney Johnson Vidales, Esq.
Mucci Law Firm
1600 Rio Grande Blvd. NW
Albuquerque, NM 87104
courtney@muccilaw.com
Office: (505) 247-2211


**From:** Harrington, Patrick M. <pharrington@dilworthlaw.com>
**Sent:** Thursday, January 20, 2022 10:59 AM
**To:** Tom Mucci <tom@muccilaw.com>; Justin Kaufman <jkaufman@dpslawgroup.com>; Brian Gordon <briangordon249@gmail.com>; Ben Davis <bdavis@daviskelin.com>; Courtney Vidales <courtney@muccilaw.com>
**Cc:** Titler-Lingle, Jessica L. <jtitler-lingle@dilworthlaw.com>; McMichael, Lawrence G. <lmcmichael@dilworthlaw.com>; Ford, Timothy J. <tford@dilworthlaw.com>
**Subject:** RE: Nupson v. Schnader, et al. (Defendants' Expert Witness Disclosures)

I'm using Mimecast to share large files with you. Please see the attached instructions.

Courtney:
Attached, please find installment 2 of 2 of the highlighted documents in Appendix B. Please note that with regard to no. 145, "Capital IQ" is an online database which provides financial data that links to certain of our expert's models via formulas. Capital IQ is more of a source than a specific file. By way of example, your Stout report references Capital IQ as a source on many of their exhibits but not in their list of information considered.
Patrick

PATRICK HARRINGTON | DILWORTH PAXSON LLP
1500 Market Street | Suite 3500E | Philadelphia, PA 19102
Tel: (215) 575-7236 | Cell: (609) 276-6564 | Fax: (215) 754-4603
pharrington@dilworthlaw.com | www.dilworthlaw.com

**From:** Courtney Vidales [mailto:courtney@muccilaw.com]
**Sent:** Tuesday, January 18, 2022 5:53 PM
**To:** Harrington, Patrick M.; Ben Davis; Brian Gordon; Tom Mucci; Justin Kaufman
**Cc:** Titler-Lingle, Jessica L.; Ford, Timothy J.; McMichael, Lawrence G.
**Subject:** RE: Nupson v. Schnader, et al. (Defendants' Expert Witness Disclosures)

Patrick,

Would you please provide copies of the highlighted items on the attached Appendix B of Finn's report. We were able to locate the items that are not highlighted. If the items were produced in discovery, please identify the Bates Numbers.

Thank you,

Courtney Johnson Vidales, Esq.
Mucci Law Firm
1600 Rio Grande Blvd. NW
Albuquerque, NM 87104
courtney@muccilaw.com
Office: (505) 247-2211

**From:** Harrington, Patrick M. <pharrington@dilworthlaw.com>
**Sent:** Friday, January 14, 2022 3:00 PM
**To:** Ben Davis <bdavis@daviskelin.com>; Brian Gordon <briangordon249@gmail.com>; Courtney Vidales <courtney@muccilaw.com>; Tom Mucci <tom@muccilaw.com>; Justin Kaufman <jkaufman@dpslawgroup.com>
**Cc:** Titler-Lingle, Jessica L. <jtitler-lingle@dilworthlaw.com>; Ford, Timothy J. <tford@dilworthlaw.com>; McMichael, Lawrence G. <lmcmichael@dilworthlaw.com>
**Subject:** Nupson v. Schnader, et al. (Defendants' Expert Witness Disclosures)

I'm using Mimecast to share large files with you. Please see the attached instructions.

Counsel:
Attached, please find copies of Defendants' Expert Witness Disclosures, which are being produced subject the confidentiality order in this matter, and a certificate of service regarding the same.
Be well,
Patrick

PATRICK HARRINGTON | DILWORTH PAXSON LLP
1500 Market Street | Suite 3500E | Philadelphia, PA 19102
Tel: (215) 575-7236 | Cell: (609) 276-6564 | Fax: (215) 754-4603
pharrington@dilworthlaw.com | www.dilworthlaw.com

www.DilworthLaw.com

This E-Mail is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege. If you have received this communication in error, please do not distribute it and notify us immediately by email: postmaster@dilworthlaw.com or via telephone: 215-575-7000 and delete the original message. Unless expressly stated in this e-mail, nothing in this message or any attachment should be construed as a digital or electronic signature or as a legal opinion.