IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANNA K. NUPSON** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 18-2505 |
| **v.** | : | |
| | : | |
| **SCHNADER HARRISON SEGAL &** | : | |
| **LEWIS LLP,** *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 15th day of February 2022, upon consideration of Plaintiff's *motion to seal Exhibits M, N, and O of Plaintiff's motion for Rule 37(c)(1) sanctions*, [ECF 252], it is hereby **ORDERED** that the motion is **GRANTED**.  Accordingly, the Clerk of Court is directed to place Exhibits M, N, and O to Plaintiff's motion for Rule 37(c)(1) sanctions, [ECF 254], **UNDER SEAL**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*