# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANNA K. NUPSON | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 18-2505 |
| v. | : | |
| | : | |
| SCHNADER HARRISON SEGAL & LEWIS LLP, *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 22nd day of February 2022, upon consideration of the Parties' *Joint Motion to Modify Response Dates to Pending Motions*, [ECF 261], and for good cause shown, it is hereby **ORDERED** that the motion is **GRANTED**, and that the scheduling of responses is modified as follows:

1. Any response to Defendants Motion to Strike Plaintiff's Motion for Rule 37(c)(1) Sanctions to Exclude the Report of Defendants' Expert Witness John Fenn and Motion for an Order to Show Cause, [ECF 259], shall be filed by March 4, 2022.

2. Should Defendants' Motion be denied, any response to Plaintiff's Motion for Rule 37(c)(1) Sanctions to Exclude the Report of Defendants' Expert Witness John Fenn and Motion for an Order to Show Cause, [ECF 254], shall be filed within fourteen (14) days of this Court's Order denying Defendants' Motion.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*