IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANNA K. NUPSON** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 18-2505 |
| v. | : | |
| | : | |
| **SCHNADER HARRISON SEGAL & LEWIS LLP,** *et al*. | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 6th day of September 2022, upon consideration of Defendants' *motion to strike Plaintiff's motion for sanctions*, [ECF 259], and Plaintiff's response in opposition thereto, [ECF 263], it is hereby **ORDERED** that the motion to strike is **DENIED**.[1] Accordingly, consistent with the Order of February 22, 2022, [ECF 262], Defendants shall file a response to Plaintiff's motion for sanctions, [ECF 254], by September 20, 2022.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1] In the instant motion, Defendants argue that Plaintiff's previously-filed motion for sanctions, [ECF 254], was filed in violation of Federal Rule of Civil Procedure 26(b)(5)(B) and the parties' stipulated protective order. In support, Defendants contend that Plaintiff failed to satisfy various meet-and-confer requirements and inappropriately made public inadvertently disclosed documents. Defendants' contentions are misplaced. Plaintiff filed the inadvertently disclosed documents under seal and engaged in an adequate meet-and-confer process before filing its motion for sanctions. As such, Defendants' motion is denied.