# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANNA K. NUPSON** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 18-2505 |
| **v.** | : | |
| | : | |
| **SCHNADER HARRISON SEGAL &** | : | |
| **LEWIS LLP,** *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 30th day of September 2022, upon consideration of Defendants' *motion for summary judgment*, [ECF 255], Plaintiff's response in opposition, [ECF 277, 278], Defendants' reply, [ECF 284], and Defendants' notice of supplemental authority, [ECF 289], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendants' motion for summary judgment is **GRANTED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*